```
   1:99cv3999           11/01/02          U.S. District Court for the Eastern

Docket as of November 1, 2002 7:50 pm            Page 1

Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al   ECF

                                              MOTREF ECF

                   U.S. District Court
                   New York Eastern (Brooklyn)

          CIVIL DOCKET FOR CASE #: 99-CV-3999

National Association, et al v. A.A. Arms, Inc., et al      Filed: 07/16/99
Assigned to: Judge Jack B. Weinstein        Jury demand: Defendan
            Referred to: Magistrate Cheryl L. Pollak
Demand: $0,000                        Nature of Suit:  360
Lead Docket: None                     Jurisdiction: Diversity
Dkt # in EDNY : is 95cv49

Cause: 28:1332 Diversity-Personal Injury


NATIONAL ASSOCIATION FOR THE        Perry Weitz
ADVANCEMENT OF COLORED PEOPLE       [COR LD NTC
     plaintiff                      Weitz & Luxenberg, P.C.
                                    180 Maiden Lane
                                    New York, NY 10038
                                    (212) 558-5500

                                    Jonathan E. Lowy, Esq.
                                    [COR LD NTC]
                                    Center to Prevent Handgun
                                    Violence
                                    1225 I Street, N.W.
                                    Suite 1100
                                    Washington, DC 20005

                                    Joshua M. Horwitz, Esq.
                                    [COR LD NTC]
                                    Karen M. Kohn, Esq.
                                    [COR LD NTC]
                                    Carolyn M. Morrissette, Esq.
                                    [COR LD NTC]
                                    The Educational Fund to End
                                    Handgun Violence
                                    1000 16th Street, N.W.
                                    Suite 603
                                    Washington, DC 20036
                                    (202) 530-5888

                                    Elisa Barnes
                                    (FAX) 212-693-2334
                                    [COR LD NTC]
                                    Law Office of Elisa Barnes
                                    111 Broadway
                                    4th Floor
                                    New York, NY 10006
                                    (212) 693-2330


Docket as of November 1, 2002 7:50 pm            Page 2
```

```
Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF


NATIONAL SPINAL CORD INJURY        Jonathan E. Lowy, Esq.
ASSOCIATION                         [term  05/23/02]
      plaintiff                    (See above)
 [term  05/23/02]                  [COR LD NTC]

                                    Joshua M. Horwitz, Esq.
                                     [term  05/23/02]
                                    (See above)
                                    [COR LD NTC]
                                    Karen M. Kohn, Esq.
                                     [term  05/23/02]
                                    (See above)
                                    [COR LD NTC]
                                    Carolyn M. Morrissette, Esq.
                                     [term  05/23/02]
                                    (See above)
                                    [COR LD NTC]

                                    Elisa Barnes
                                     [term  05/23/02]
                                    (See above)
                                    [COR LD NTC]


       v.


A.A. ARMS, INC.
      defendant
 [term  03/15/00]


AMERICAN ARMS, INC.                Erin Anne O'Leary
      defendant                    [COR LD NTC]
                                   Morgan, Melhuish et al
                                   39 Broadway
                                   35th Floor
                                   New York, NY 10006
                                   212-809-1111


AMERICAN DERRINGER CORPORATION     John F. Renzulli
      defendant                    [COR LD NTC]
                                   Rutherford & Christie, LLP
                                   300 East 42nd Street
                                   New York, NY 10017-5947
                                   (212) 599-5799

                                   American Derringer Corporation
                                   [COR LD NTC] [PRO SE]
                                   Elisabeth Saundres, President,
                                   American Derringer Corp.
                                   127 N. Lacy Drive


Docket as of November 1, 2002 7:50 pm              Page 3
```

```
Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF
```

Case 1:99-cv-03999-JBW-CLP   Document 833   Filed 06/14/02   Page 3 of 77 PageID #: 3

Waco, TX 76705


AMERICAN FIREARMS TECNOLOGY
        defendant
  [term  01/20/00]


ARCADIA MACHINE & TOOL, INC.
        defendant


ARMS TECHNOLOGY, INC.                   John F. Renzulli
        defendant                       (See above)
                                        [COR LD NTC]


ASTRA-STAR C/LBRRA, S.A.
        defendant


AUGUSTA ARMS, INC.
        defendant
  [term  10/05/99]


BOND ARMS, INC.                         J. Joseph Wilder
        defendant                       [COR LD NTC]
                                        Falk and Siemer
                                        2600 Main Place Tower
                                        Buffalo, NY 14203
                                        (716) 852-6670

                                        Fred E. Scharf
                                        Fax (212) 599-5162
                                        [COR LD NTC]
                                        Rutherford & Christie, LLP
                                        300 East 42nd Street
                                        New York, NY 10017
                                        212-599-5799


BRAZTECH, INC.                          Timothy A. Bumann
        defendant                        [term  10/05/99]
  [term  10/05/99]                      [COR LD NTC]
                                        Budd, Larner, Gross, Rosenbaum,
                                        Greenberg & Sade
                                        The Candler Building
                                        127 Peachtree Street, N.E.
                                        Suite 636
                                        Atlanta, GA 30303
                                        (404) 688-3000



Docket as of November 1, 2002 7:50 pm                Page 4

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al   ECF

BERSA, S.A.
        defendant

```
B.L. JENNINGS, INC.                    Fred E. Scharf
     defendant                          [term  03/01/01]
                                        Fax (212) 599-5162
                                        [COR LD NTC]
                                        Renzulli & Rutherford, LLP
                                        300 East 42nd Street
                                        18th Floor
                                        New York, NY 10017-5947
                                        (212) 599-5533

                                        Brian Heermance
                                        [COR LD NTC]
                                        Morrison, Mahoney & Miller
                                        100 Maiden Lane
                                        New York, NY 10038
                                        212-428-2482

                                        James Clifford Sabalos, Esq.
                                         [term  03/01/01]
                                        Fax (714) 755-0195
                                        [COR LD NTC]
                                        450 Newport Center Drive
                                        Suite 530
                                        Newport Beach, CA 92660
                                        (714) 755-0194

                                        Michael C. Hewitt, Esq.
                                         [term  03/01/01]
                                        Fax (714) 755-0195
                                        [COR LD NTC]
                                        Bruinsma & Hewitt
                                        380 Clinton Street
                                        Unit C
                                        Costa Mesa, CA 92626
                                        (714) 755-0194

                                        Robert E. Scott, Jr., Esq.
                                        [COR LD NTC]
                                        Semmes, Bowen & Semmes
                                        250 West Pratt Street
                                        Baltimore, MA 21201
                                        (410) 539-5040


BROWNING ARMS CO.                      John F. Renzulli
     defendant                          (See above)
                                        [COR LD NTC]


BRYCO ARMS                             Fred E. Scharf
```

Docket as of November 1, 2002 7:50 pm                 Page 5

Proceedings include all events.                                      MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al     ECF

```
     defendant                          [term  03/01/01]
                                        (See above)
                                        [COR LD NTC]

                                        Brian Heermance
                                        (See above)
```

```
                                    [COR LD NTC]

                                    James Clifford Sabalos, Esq.
                                     [term  03/01/01]
                                    (See above)
                                    [COR LD NTC]

                                    Michael C. Hewitt, Esq.
                                     [term  03/01/01]
                                    (See above)
                                    [COR LD NTC]

                                    Robert E. Scott, Jr., Esq.
                                    (See above)
                                    [COR LD NTC]


CALICO LIGHT WEAPON SYSTEMS,        J. Joseph Wilder
INC.                                (See above)
      defendant                     [COR LD NTC]


CASPIAN ARMS, LTD.
      defendant
 [term  09/15/99]


CENTURY INTERNATIONAL ARMS,         John F. Renzulli
INC.                                (See above)
      defendant                     [COR LD NTC]


CESKA ZBROJOVKA                     Thomas Edward Healy, Esq.
      defendant                     [COR LD NTC]
                                    Pino & Associates, LLP
                                    Westchester Financial Center
                                    50 Main Street
                                    White Plains, NY 10606
                                    (914) 946-0600


CHARCO 2000, INC.                   Michael P. Kandler
      defendant                     (121) 248-8800
                                    [COR LD NTC]
                                    Callan, Regenstreich, Koster &
                                    Brady
                                    One Whitehall Street
                                    New York, NY 10004


Docket as of November 1, 2002 7:50 pm              Page 6

Proceedings include all events.                                 MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al   ECF

                                    (212) 248-8800

                                    Timothy G. Atwood
                                    [COR LD NTC]
                                    273 Canal Street
                                    Shelton, CT 06484
                                    (203) 924-4484
```

```
CHINA NORTH INDUSTRIES
aka
Norinco
      defendant


COBRAY FIREARMS, INC
      defendant


COLT'S MANUFACTURING COMPANY,       Lawrence G. Keane
INC.                                [COR LD NTC]
      defendant                     Pino & Associates
                                    Westchester Financial Center
                                    50 Main Street
                                    7th Floor
                                    White Plains, NY 10606
                                    (914) 946-0600

                                    Thomas Edward Healy, Esq.
                                    (See above)
                                    [COR LD NTC]

                                    Thomas E. Fennell, Esq.
                                    [COR LD NTC]
                                    Jones, Day, Reavis & Pogue
                                    2727 North Harwood Street
                                    Dallas, TX 75201
                                    (214) 220-3939

                                    Michael L. Rice, Esq.
                                    [COR LD NTC]
                                    Jones, Day, Reavis & Pogue
                                    2727 North Harwood Street
                                    Dallas, TX 75201
                                    (214) 220-3939


CZ USA                              Lawrence G. Keane
      defendant                     (See above)
                                    [COR LD NTC]

                                    Thomas Edward Healy, Esq.
                                    (See above)
                                    [COR LD NTC]


Docket as of November 1, 2002 7:50 pm                Page 7

Proceedings include all events.                                  MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al  ECF


DAEWOO PRECISION INDUSTRIES,
LTD.
      defendant


DAVIS INDUSTRIES, INC.
      defendant
 [term  09/14/99]
```

DESERT MOUNTAIN MANUFACTURING
        defendant


EAGLE IMPORTS                          John F. Renzulli
        defendant                      (See above)
                                       [COR LD NTC]


EUROPEAN AMERICAN ARMORY CORP.         John F. Renzulli
        defendant                      (See above)
                                       [COR LD NTC]


EXCEL INDUSTRIES                       Steven A. Silver, Esq.
aka                                    Fax: 559-788-2909
Accu-Tek                               [COR LD NTC
        defendant                      83 E. Harrison Avenue
                                       Porterville, CA 93257
                                       (559) 788-2906


FABRICA D'ARMI PIETRO BERETTA          Richard L. Mattiaccio
S.P.A                                  [COR LD NTC]
        defendant                      Pavia & Harcourt
                                       600 Madison Avenue
                                       New York, NY 10025
                                       212/980-3500

                                       Victor Genecin
                                       [COR LD NTC]
                                       Paula & Harcourt
                                       600 Madison Avenue
                                       New York, NY 10022
                                       212-508-2320


FELK INCORPORATED
        defendant


FERUNION/HUNGARIAN ARMS


Docket as of November 1, 2002 7:50 pm                    Page 8

Proceedings include all events.                                 MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

        defendant


FORT WORTH ARMS
        defendant


FREEDOM ARMS, INC.                     John F. Renzulli
        defendant                      (See above)
                                       [COR LD NTC]


FIREARMS INTERNATIONAL CORP.
        defendant
 [term  10/05/99]

Case 1:99-cv-03999-JBW-CLP   Document 833   Filed 06/14/02   Page 8 of 77 PageID #: 8

```
F.M.J., INC.
dba
Full Metal Jacket, Inc.
     defendant


                              John F. Renzulli
     defendant                (See above)
                              [COR LD NTC]


GLOCK, INC.                   John F. Renzulli
     defendant                (See above)
                              [COR LD NTC]


GRENDEL, INC.
     defendant


HAMMERLI LTD.                 Robert L. Joyce
aka                           [COR LD NTC]
Hammerli GmbH                 Wilson, Elser, Moskowitz,
     defendant                Edelman & Dicker, L.L.P.
                              150 East 42nd Street
                              23rd Floor
                              New York, NY 10017-5639
                              (212) 490-3000


HARRINGTON & RICHARDSON, INC.
     defendant
  [term  09/15/00]


HASKELL, INC.
     defendant
```

Docket as of November 1, 2002 7:50 pm                 Page 9

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

```
  [term  10/05/99]


HECKLER & KOCH, GMBH          Leslie F. Ruff
     defendant                [COR LD NTC]
                              Biedermann, Hoenig, Massamillo
                              & Ruff
                              90 Park Avenue
                              36th Floor
                              New York, NY 10016
                              (212)697-6555


HECKLER & KOCH, INC.          Edward G. Williams
     defendant                (212) 513-3522
                              [COR LD NTC]
                              Holland & Knight, LLP
                              195 Broadway
```

```
                              New York, NY 10007
                              (212) 513-3200

                              Leslie F. Ruff
                              (See above)
                              [COR LD NTC]

                              Charles L. Coleman, III, Esq.
                              [COR LD NTC]
                              44 Montgomery Street
                              Suite 4050
                              San Francisco, CA 94104
                              (415) 743-6900

                              James V. Marks, Esq.
                              Fax: (212) 385-9010
                              [COR LD NTC]
                              Holland & Knight, Haight,
                              Gardner
                              195 Broadway
                              New York, NY 10007-3189
                              (212) 341-7000


HERITAGE MANUFACTURING, INC.      Timothy A. Bumann
     defendant                    (See above)
                                  [COR LD NTC]


HIGH STANDARD MANUFACTURING,
INC.
     defendant


HI-POINT FIREARMS
     defendant
```

Docket as of November 1, 2002 7:50 pm                Page 10

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

```
H&R 1871, INC.                    John F. Renzulli
     defendant                    [term  12/27/00]
 [term  12/27/00]                 (See above)
                                  [COR LD NTC]


HOWA MACHINERY LTD.
     defendant
 [term  02/09/01]


IMPORT SPORTS CORP.               John F. Renzulli
     defendant                    [term  10/05/99]
 [term  10/05/99]                 (See above)
                                  [COR LD NTC]


INTERNATIONAL ARMAMENT            Michael P. Kandler
CORPORATION                       (See above)
```

```
dba                               [COR LD NTC]
Interarms
     defendant                    Timothy G. Atwood
                                  (See above)
                                  [COR LD NTC]


ISRAEL MILITARY INDUSTRIES        John F. Renzulli
     defendant                    (See above)
                                  [COR LD NTC]


K.B.I. INC.                       John F. Renzulli
     defendant                    (See above)
                                  [COR LD NTC]


KEL-TEC CNC INDUSTRIES, INC.      John F. Renzulli
     defendant                    (See above)
                                  [COR LD NTC]


L.A.R. MANUFACTURING, INC.        John F. Renzulli
     defendant                     [term  02/12/01]
  [term  02/12/01]                (See above)
                                  [COR LD NTC]


LASERAIM TECHNOLOGIES, INC.
     defendant
  [term  11/17/99]
```

```
Docket as of November 1, 2002 7:50 pm              Page 11
```

```
Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

LLAMA GABILONDO Y CIA
     defendant


LORCIN ENGINEERING CO., INC.
     defendant


L.W. SEECAMP CO., INC.            Michael P. Kandler
     defendant                    (See above)
                                  [COR LD NTC]

                                  Timothy G. Atwood
                                  (See above)
                                  [COR LD NTC]


MAGNUM RESEARCH INC.              John F. Renzulli
     defendant                    (See above)
                                  [COR LD NTC]


MAUSER WEKE OBERNDORF
WAFFNSYSTEME GMBH
```

defendant

MAVERICK ARMS, INC.                    John F. Renzulli
     defendant                        [term  10/18/00]
 [term  10/18/00]                      (See above)
                                       [COR LD NTC]


MITCHELL ARMS, INC.
     defendant


MKS SUPPLY, INC.
     defendant
 [term  09/29/99]


NAVEGAR, INC.                          John F. Renzulli
dba                                    (See above)
Intratec                               [COR LD NTC]
     defendant


NAVY ARMS, INC.                        Frederick B. Polak
     defendant                        [term  10/05/99]
 [term  10/05/99]                      [COR LD NTC]
                                       Post, Polak, Goodsell &
                                       MacNeill
                                       575 Madison Avenue


Docket as of November 1, 2002 7:50 pm                   Page 12

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

                                       New York, NY 10022
                                       212-486-1455


NORTH AMERICAN ARMS                    John F. Renzulli
     defendant                        (See above)
                                       [COR LD NTC]

                                       Bradley T. Beckman, Esq.
                                       fax#: (215)569-8769
                                       [COR LD NTC]
                                       Law Firm of Beckman &
                                       Associates
                                       Two Penn Center Plaza
                                       Suite 910
                                       Philadelphia, PA 19102
                                       (215) 569-3096


NORTH CHINA INDUSTRIES NORINCO,
INC.
     defendant


OLYMPIC ARMS, INC.                     E. Gordon Haesloop
     defendant                        [COR LD NTC]
                                       Bartlett, McDonough Bastone &

Monaghan
300 Old Country Road
Mineola, NY 11501
(516) 877-2900

E. Gordon Haesloop
[COR LD NTC]
Bartlett McDonough Bastone &
Monaghan
300 Old County Road
Mineola, NY 11501
(516) 877-2900


PARA-ORDNANCE MANUFACTURING          John F. Renzulli
INC.                                 (See above)
      defendant                      [COR LD NTC]


PARA-ORDNANCE, INC.                  John F. Renzulli
      defendant                      (See above)
                                     [COR LD NTC]


PHOENIX ARMS, INC.                   Mark L. Clark, Esq.
      defendant                      Fax (713) 227-0701
                                     [COR LD NTC]


Docket as of November 1, 2002 7:50 pm            Page 13

Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al     ECF

                                     Michael J. Zomcik, Esq.
                                     Fax: (713) 227-0701
                                     [COR LD NTC]
                                     Tarics & Carrington, P.C.
                                     5005 Riverway Drive
                                     Suite 500
                                     Houston, TX 77056
                                     (713) 629-4777

                                     Michael Branisa, Esq.
                                     Fax: (713) 227-0701
                                     [COR LD NTC]
                                     Tarics & Carrington, P.C.
                                     5005 Riverway
                                     Suite 500
                                     Houston, TX 77056
                                     (713) 629-4777


QUALITY ARMS, INC.
      defendant
 [term  10/05/99]


QUALITY FIREARMS, INC.
      defendant
 [term  09/13/00]


QUALITY FIREARMS OF IDAHO,

```
INC.
      defendant
 [term  09/15/00]


RAM-LINE CORP.
      defendant
 [term  12/16/99]


RAVEN ARMS, INC.
      defendant


REMINGTON ARMS COMPANY              Anne E. Cohen
      defendant                     [term  10/13/00]
 [term  10/13/00]                   [COR LD NTC]
                                    Debevoise & Plimpton
                                    875 Third Avenue
                                    New York, NY 10022
                                    (212) 909-6000


REPUBLIC ARMS                       Republic Arms
```

Docket as of November 1, 2002 7:50 pm                Page 14

Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al      ECF

```
      defendant                     [COR LD NTC] [PRO SE]
                                    Jim L. Davis, President,
                                    Republic Arms
                                    15167 Sierra Bonita Lane
                                    Chino, CA 91710
                                    (909) 597-3873


RG INDUSTRIES, INC.
      defendant
 [term  01/20/00]


ROCKY MOUNTAIN ARMS, INC.
      defendant
 [term  12/20/99]


ROHM GMBH
      defendant
 [term  07/12/00]


ROSSI, S.A.                         Timothy A. Bumann
      defendant                     (See above)
                                    [COR LD NTC]


SAFARI ARMS, INC.                   E. Gordon Haesloop
      defendant                     (See above)
                                    [COR LD NTC]


                                    E. Gordon Haesloop
```

Case 1:99-cv-03999-JBW-CLP    Document 833    Filed 06/14/02    Page 14 of 77 PageID #: 14

```
                                    (See above)
                                    [COR LD NTC]


SAVAGE ARMS, INC.                   John F. Renzulli
      defendant                     (See above)
                                    [COR LD NTC]


SGS IMPORTS INTERNATIONAL,          John F. Renzulli
INC.                                (See above)
      defendant                     [COR LD NTC]


SGW ENTERPRISES, INC.               E. Gordon Haesloop
      defendant                     (See above)
                                    [COR LD NTC]

                                    E. Gordon Haesloop
                                    (See above)
                                    [COR LD NTC]


Docket as of November 1, 2002 7:50 pm                Page 15


Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF


SIGARMS, INC.                       Robert L. Joyce
      defendant                     (See above)
                                    [COR LD NTC]


SIGARMS/SAUER                       Robert L. Joyce
      defendant                     (See above)
                                    [COR LD NTC]


SMITH & WESSON CORPORATION          Gary R. Long, Esq.
      defendant                     [COR LD NTC]
                                    Shook, Hardy & Bacon, L.L.P.
                                    One Kansas City Place
                                    1200 Main Street
                                    Kansas City, MO 64105
                                    (816) 474-6550

                                    James P. Dorr
                                     [term 05/19/00]
                                    [COR LD NTC]
                                    Wildman, Harrold, Allen & Dixon
                                    225 West Wacker Drive
                                    Chicago, IL 60606-1229
                                    (312) 201-2000

                                    Joel Cohen
                                    Fax (212) 801-6400
                                    [COR LD NTC]
                                    Greenberg, Traurig, LLP
                                    885 Third Avenue
                                    21st Floor
                                    New York, NY 10022
                                    (212) 848-1000
```

Gary R. Long
[COR LD NTC]
Shook Hardy & Bacon LLP
One Kansas City Place - 1200
Main Street
Kansas City, MI 64105

Jeffrey S. Nelson, Esq.
[COR LD NTC]
Shook Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105
(816) 474-6550

Joel M. Cohen
Below Address Terminated on 9/21/01


Docket as of November 1, 2002 7:50 pm                    Page 16

Proceedings include all events.                                   MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

                         [COR LD NTC]
                         Greenberg Traurig, LLP
                         885 Third Avenue, 21st Floor
                         New York, NY 10022
                         (212) 688-2449


SPORTSMEN OF FLORIDA
     defendant
 [term  09/15/00]


STALLARD/MAVERICK ARMS, INC.
     defendant
 [term  09/15/00]


STALLARD ARMS
     defendant
 [term  09/15/00]


STAR, BONIFACIO ECHEVERRIA
S.A.
     defendant


STI INTERNATIONAL               William H. Connor, Esq.
     defendant                   [term  02/12/01]
 [term  02/12/01]               Fax (512) 869-3486
                                [COR LD NTC]
                                624 S. Austin Avenue
                                Suite 101
                                Georgetown, TX 78626
                                (512) 863-4576


STOEGER, INC.
     defendant

```
     [term 02/18/00]


STURM, RUGER & COMPANY              Anne Giddings Kimball
     defendant                     [COR LD NTC]
                                    James P. Dorr
                                    (See above)
                                    [COR LD NTC]
                                    Wildman, Harrold, Allen & Dixon
                                    225 West Wacker Drive
                                    Chicago, IL 60606-1229
                                    (312) 201-2000


SUNDANCE INDUSTRIES, INC.


Docket as of November 1, 2002 7:50 pm            Page 17

Proceedings include all events.                             MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al     ECF


     defendant


S.W. DANIEL, INC.
     defendant


TANFOGLIO S.R.1.
     defendant
 [term 10/05/99]


TAURUS HOLDINGS, INC.              Timothy A. Bumann
     defendant                     (See above)
                                   [COR LD NTC]


TAURUS INTERNATIONAL              Timothy A. Bumann
MANUFACTURING, INC.               (See above)
     defendant                    [COR LD NTC]


FORJAS TAURUS, S.A.               Timothy A. Bumann
     defendant                    (See above)
                                  [COR LD NTC]


THOMPSON/CENTER ARMS              John F. Renzulli
     defendant                    (See above)
                                  [COR LD NTC]


UBERTI ALDO
     defendant


UBERTI USA, INC.                  Michael P. Kandler
     defendant                    (See above)
                                  [COR LD NTC]

                                  Timothy G. Atwood
                                  (See above)
```

[COR LD NTC]


ULTRA LIGHT ARMS, INC.
        defendant


VEBA AG
        defendant
  [term  07/12/00]




Docket as of November 1, 2002 7:50 pm                    Page 18

Proceedings include all events.                                        MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al        ECF

WALTHER GMBH                      Daniel J. O'Neil
        defendant                  [term  10/25/00]
                                  [COR LD NTC]
                                  Walter, Conston, Alexander &
                                  Green, P.C.
                                  90 Park Avenue
                                  New York, NY 10016-1387
                                  (212) 210-9400

                                  Terry Moritz
                                  [COR LD NTC]
                                  Roger A. Lewis, Esq.
                                  [COR LD NTC]
                                  Goldberg, Kohn, Bell, Black,
                                  Rosenbloom & Moritz, Ltd.
                                  55 East Monroe Street
                                  Suite 3700
                                  Chicago, IL 60603

                                  Thomas P. Battistoni
                                  [COR LD NTC]
                                  Balber Pickard Battistoni
                                  Maldonado & Van Der Tuin, PC
                                  1370 Avenue of the Americas
                                  New York, NY 10019-4602
                                  (212) 246-2400


WEATHERBY, INC.                   Douglas C. Conroy
        defendant                  [COR LD NTC]
                                  Paul, Hastings, Janofsky &
                                  Walker LLP
                                  1055 Washington Boulevard
                                  9th Floor
                                  Stamford, CT 06901
                                  (203) 961-7400


BRUCE JENNINGS                    Fred E. Scharf
        defendant                  [term  09/15/00]
  [term  09/15/00]                (See above)
                                  [COR LD NTC]

                                  James Clifford Sabalos, Esq.
                                   [term  09/15/00]

Case 1:99-cv-03999-JBW-CLP   Document 833   Filed 06/14/02   Page 18 of 77 PageID #: 18

```
                                         (See above)
                                         [COR LD NTC]


SYLVIA DANIEL                            Steven Jay Harfenist
     defendant                           [COR LD NTC]
                                         Friedman & Harfenist
                                         3000 Marcus Avenue, Suite 2El
                                         Lake Success, NY 11042


Docket as of November 1, 2002 7:50 pm                Page 19

Proceedings include all events.                               MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

                                         516-775-5800

                                         Steven Jay Harfenist
                                         [COR LD NTC]
                                         Friedman & Harfenist
                                         3000 Marcus Avenue
                                         Suite 2El
                                         Lake Success, NY 11042
                                         516-775-5800


WAYNE DANIEL
     defendant


AUTAUGA ARMS, INC.
     defendant


BEEMILLER, INC.                          John F. Renzulli
     defendant                           (See above)
                                         [COR LD NTC]


FIREARMS INTERNATIONAL INC.,
     defendant


IMPORT SPORTS, INC.
     defendant


NAVY ARMS COMPANY                        Frederick B. Polak
     defendant                           (See above)
                                         [COR LD NTC]


RAM-LINE, INC.
     defendant
 [term  09/13/00]


BRAZTECH INTERNATIONAL, L.C.             Timothy A. Bumann
     defendant                           (See above)
                                         [COR LD NTC]


STOEGER INDUSTRIES, INC.
```

Case 1:99-cv-03999-JBW-CLP   Document 833   Filed 06/14/02   Page 19 of 77 PageID #: 19

```
                    defendant
            [term  09/13/00]


EMCO, INC.                              R. Kent Henslee, Esq.
        defendant                       [COR LD NTC]


Docket as of November 1, 2002 7:50 pm                Page 20

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF
                                        Henslee, Robertson & Strawn,
                                        L.L.C.
                                        754 Chestnut Street, P.O. Box
                                        246
                                        Gadsden, AL 35902-0246
                                        (256) 543-9790

                                        Christie D. Knowles, Esq.
                                        [COR LD NTC]
                                        Henslee, Robertson & Strawn,
                                        L.L.C.
                                        754 Chestnut Street, P.O. Box
                                        246
                                        Gadsden, AL 35902-0246
                                        (256) 543-9790


=========================


HASKELL COMPANY                         John F. Renzulli
        defendant                       [COR LD NTC]
                                        Rutherford & Christie, LLP
                                        300 East 42nd Street
                                        New York, NY 10017-5947
                                        (212) 599-5799


TANFOGLIO FRATELLI S.R.L                John F. Renzulli
        defendant                       (See above)
                                        [COR LD NTC]


=========================


WALTHER USA LLC                         Robert Neil Feltoon, Esq
        defendant                       [COR LD NTC]
                                        Conrad, O'Brien, Gellman & Rohn,
                                        P.C.
                                        1515 Market Street
                                        16th Floor
                                        Philadelphia, PA 19102
                                        (215) 864-9600


TALON INDUSTRIES, INC.
        defendant


DAVIS INDUSTRIES
```

defendant

Docket as of November 1, 2002 7:50 pm                    Page 21

Proceedings include all events.                                         MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al        ECF

7/16/99  1     COMPLAINT filed and summons(es) issued  for A.A. Arms,
               Inc., American Arms, Inc., American Derringer, American
               Firearms, Arcadia Machine, Arms Technology, Inc, Astra-star
               C/Lbrra, Augusta Arms, Inc., Bond Arms, Inc., Braztech,
               Inc., Bersa, S.A., B.L. Jennings, Inc., Browning Arms Co.,
               Bryco Arms, Calico Light Weapon, Caspian Arms, Ltd.,
               Century Internationa, Ceska Zbrojovka, Charco 2000, Inc.,
               China North Industri, Cobray Firearms, Inc, Colt's
               Manufacturing, Cz Usa, Daewoo Precision Ind, Davis
               Industries, In, Desert Mountain Manu, Eagle Imports,
               European American Ar, Excel Industries, Fabrica D'Armi
               Pietr, Felk Incorporated, Ferunion/Hungarian, Fort Worth
               Arms, Freedom Arms, Inc., Firearms Internation, F.M.J.,
               Inc., Glock GmbH, Glock, Inc., Grendel, Inc., Hammerli
               Ltd., Harrington & Richard, Haskell, Inc., Heckler & Koch,
               GmbH, Heckler & Koch, Inc., Heritage Manufacturi, High
               Standard Manufa, Hi-Point Firearms, H&R 1871, Inc., Howa
               Machinery Ltd., Import Sports Corp., International Armame,
               Israel Military Indu, K.B.I. Inc., Kel-Tec Cnc Industri,
               L.A.R. Manufacturing, Laseraim Technologie, Llama Gabilondo
               Y Ci, Lorcin Engineering, L.W. Seecamp Co., Magnum Research
               Inc., Mauser Weke Oberndor, Maverick Arms, Inc., Mitchell
               Arms, Inc., Mks Supply, Inc., Navegar, Inc., Navy Arms,
               Inc., North American Arms, North China Industri, Olympic
               Arms, Inc., Para-Ordnance Manufa, Para-Ordnance, Inc.,
               Phoenix Arms, Inc., Quality Arms, Inc., Quality Firearms,
               In, Quality Firearms Of, Ram-Line Corp., Raven Arms, Inc.,
               Remington Arms Compa, Republic Arms, Rg Industries, Inc.,
               Rocky Mountain Arms, Rohm GmbH, Rossi, S.A., Safari Arms,
               Inc., Savage Arms, Inc., Sgs Imports Internat, Sgw
               Enterprises, Inc, Sigarms, Inc., Sigarms/Sauer, Smith &
               Wesson Corpo, Sportsmen Of Florida, Stallard/Maverick,
               Stallard Arms, Star, Bonifacio Eche, Sti International,
               Stoeger, Inc., Sturm, Ruger & Compa, Sundance Industries,
               S.W. Daniel, Inc., Tanfoglio S.r.l., Taurus Holdings, Inc,
               Taurus International, Forjas Taurus, S.A., Thompson/Center
               Arms, Uberti Aldo, Uberti Usa, Inc., Ultra Light Arms, In,
               Veba AG, Walther GmbH, Weatherby, Inc., Bruce Jennings,
               Sylvia Daniel, Wayne Daniel   FILING FEE $ 150.00  RECEIPT
               # 221297 (fxc) [Entry date 07/19/99]
               [Edit date 07/19/01]

7/25/99  222   ANSWER by Walther GmbH to amended complaint (fp)
               [Entry date 07/26/00]

9/13/99  2     ORDER, pltff voluntarily dismisses without prejudice the
               action against dft Caspian Arms Ltd.. ( signed by Judge
               Jack B. Weinstein , on 9/13/99) (fp) [Entry date 09/15/99]

9/14/99  3     NOTICE of Dismissal without prejudice as to dft Davis
               Industries Inc. (fp) [Entry date 09/15/99]


Docket as of November 1, 2002 7:50 pm                    Page 22

Proceedings include all events.                                          MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al         ECF

9/27/99   5      ORDER/NOTICE dismissing this action voluntarily without
                 prejudice as to defendant Quality Arms, Inc. (Signed by
                 Judge Jack B. Weinstein on 9/27/99). (lr)
                 [Entry date 10/01/99]

9/29/99   4      NOTICE of Dismissal without prejudice against dft MKS
                 Supply, Inc. (Mag. Pollak Notified) (fp)
                 [Entry date 09/30/99] [Edit date 09/30/99]


Docket as of November 1, 2002 7:50 pm                    Page 23

Proceedings include all events.                                          MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al         ECF

10/5/99   6      AMENDED COMPLAINT by National Association , (Answer due
                 10/15/99 for Glock, Inc., for Glock GmbH, for A.A. Arms,
                 Inc., for American Arms, Inc., for American Derringer, for
                 American Firearms, for Arcadia Machine, for Arms
                 Technology, Inc for Astra-star C/Lbrra, for Bond Arms,
                 Inc., for Braztech, Inc., for Bersa, S.A., for B.L.
                 Jennings, Inc., for Browning Arms Co., for Bryco Arms, for
                 Calico Light Weapon, for Century Internationa, for Ceska
                 Zbrojovka, for Charco 2000, Inc., for China North Industri,
                 for Cobray Firearms, Inc for Colt's Manufacturing, for Cz
                 Usa, for Daewoo Precision Ind, for Desert Mountain Manu,
                 for Eagle Imports, for European American Ar, for Excel
                 Industries, for Fabrica D'Armi Pietr, for Felk
                 Incorporated, for Ferunion/Hungarian, for Fort Worth Arms,
                 for Freedom Arms, Inc., for Firearms Internation, for
                 F.M.J., Inc., for Grendel, Inc., for Hammerli Ltd., for
                 Harrington & Richard, for Heckler & Koch, GmbH, for Heckler
                 & Koch, Inc., for Heritage Manufacturi, for High Standard
                 Manufa, for Hi-Point Firearms, for H&R 1871, Inc., for Howa
                 Machinery Ltd., for Import Sports Corp., for International
                 Armame, for Israel Military Indu, for K.B.I. Inc., for
                 Kel-Tec Cnc Industri, for L.A.R. Manufacturing, for
                 Laseraim Technologie, for Llama Gabilondo Y Ci, for Lorcin
                 Engineering, for L.W. Seecamp Co., for Magnum Research
                 Inc., for Mauser Weke Oberndor, for Maverick Arms, Inc.,
                 for Mitchell Arms, Inc., for Navegar, Inc., for Navy Arms,
                 Inc., for North American Arms, for North China Industri,
                 for Olympic Arms, Inc., for Para-Ordnance Manufa, for
                 Para-Ordnance, Inc., for Phoenix Arms, Inc., for Quality
                 Arms, Inc., for Quality Firearms Of, for Ram-Line Corp.,
                 for Raven Arms, Inc., for Remington Arms Compa, for
                 Republic Arms, for Rg Industries, Inc., for Rocky Mountain
                 Arms, for Rohm GmbH, for Rossi, S.A., for Safari Arms,
                 Inc., for Savage Arms, Inc., for Sgs Imports Internat, for
                 Sgw Enterprises, Inc, for Sigarms, Inc., for Sigarms/Sauer,
                 for Smith & Wesson Corpo, for Sportsmen Of Florida, for
                 Stallard/Maverick, for Stallard Arms, for Star, Bonifacio
                 Eche, for Sti International, for Stoeger, Inc., for Sturm,
                 Ruger & Compa, for Sundance Industries, for S.W. Daniel,
                 Inc., for Taurus Holdings, Inc, for Taurus International,
                 for Forjas Taurus, S.A., for Thompson/Center Arms, for
                 Uberti Aldo, for Uberti Usa, Inc., for Ultra Light Arms,
                 In, for Veba AG, for Walther GmbH, for Weatherby, Inc., for
                 Bruce Jennings, for Sylvia Daniel, for Wayne Daniel )

amending [1-1] complaint against Haskell Company, Tanfoglio
Fratelli S, Autauga Arms, Inc, BeeMiller, Inc. (fp)
[Entry date 10/07/99]


Docket as of November 1, 2002 7:50 pm        Page 24

Proceedings include all events.                   MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al     ECF

| | | |
|---|---|---|
| 10/29/99 | 22 | RETURN OF SERVICE executed as to Colt's Manufacturing; Century International Arms Inc; L.A.R. Manufacturing, Inc; Arms Technology Inc; North American Arms, Inc; International Armanent Corporation; Heckler & Koch; European American Armory Corp; Grendel Inc; Kel-Tec CNC Industries Inc; B.L. Jennings, Inc; CZ USA; American Arms, Inc; Desert Mountain Manufacturing; Haskell Inc; Magnum Research; Phoenix Arms; Charco 2000; Sturm. Ruger & company; L.W. Seecamp Company, Inc; Uberti (USA), Inc; Felk Inc; Hi-Point Arms; Smith & Wesson Corp; Savage Arms, Inc; H&R 1871, Inc; Harrington & Richardson, Inc; Lasaraim Technologies, Inc; Taurus Holdings Inc; Taurus International Manufacturing Inc; Braz Tech International, L.C.; Navegar Inc. d/b/a Intratec; Rocky Mountain Arms, Inc; Hi-Points Arms, Inc; High Standard Manufacturing, Inc; (AMENDED SUMMONS & COMPLAINT) (fp) [Entry date 12/02/99] |
| 11/3/99 | 7 | LETTER dated 11/1/99 from John F. Renzulli to Judge Weinstein, requesting confirmation that this court's prior ruling in Hamilton v. Accu-Tek applies to this case as well. (fp) [Entry date 11/03/99] |
| 11/3/99 | -- | Endorsed order, The view of the parties are requested. ( Signed by Judge Jack B. Weinstein , on 11/1/99) c/m (endorsed on letter, document #7) (fp) [Entry date 11/03/99] |
| 11/8/99 | 8 | LETTER dated 10/28/99 from Denise M. Dunleavy to Judge Weinstein, requesting an extension of time of 60 days to effectuate service of the amended complaint upon dfts. (fp) [Entry date 11/08/99] |
| 11/8/99 | -- | Endorsed order, application granted for a 60 day extension to effectuate service of the amended complaint upon dfts. ( Signed by Judge Jack B. Weinstein , on 11/1/99) c/m (endorsed on letter, document #8) (fp) [Entry date 11/08/99] |
| 11/8/99 | 9 | NOTICE dated 11/5/99 from June P. Lowe that a status conference will be held on 11/30/99 at 10:30 before Judge Weinstein. (fp) [Entry date 11/08/99] |
| 11/8/99 | 10 | ANSWER to Complaint by John Lenkey III on behalf of Felk Incorporated. (fp) [Entry date 11/09/99] [Edit date 11/12/99] |
| 11/12/99 | 11 | LETTER dated 11/4/99 from Denise M. Dunleavy to JBW: pltffs do not object to extending defts' time to answer. (jag) [Entry date 11/12/99] |
| 11/12/99 | 12 | ORDER staying this action until conference is held. ( signed by Judge Jack B. Weinstein , on 11/5/99) See endorsement on letter dtd 11/4/99 to JBW from Douglas C. Conroy, atty for Weatherby, requesting a stay. (jag) [Entry date 11/12/99] |

Docket as of November 1, 2002 7:50 pm                    Page 25

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al      ECF

11/12/99 13      LETTER dated 11/1/99 from Timothy A. Bumann  to JBW
                 requesting an extension of time to answer until 20 days
                 after the decision on the stay. (jag) [Entry date 11/12/99]

11/16/99 16      ANSWER to Complaint by Elisabeth Saundres, President of
                 American Derringer. (address 127 N. Lacy Drive, Waco Texas
                 76705; (254) 799-9111) (fp) [Entry date 11/22/99]
                 [Edit date 02/16/00]

11/17/99 14      STIPULATION and ORDER, that dft Olympic Arms. Inc. is
                 granted an extension to 12/15/99 to answer or respond. (
                 signed by Judge Jack B. Weinstein , on 11/15/99) (fp)
                 [Entry date 11/17/99]

11/17/99 15      ORDER, that pltff volantarily dismiss without prejdice the
                 action against dft Laseraim Technologies, Inc. ( signed by
                 Judge Jack B. Weinstein , on 11/15/99) (fp)
                 [Entry date 11/17/99]

11/24/99 26      MOTION by National Association, National Spinal Cord for
                 Jonathan E. Lowy to appear pro hac vice, Motion hearing
                 [26-1] motion (fp) [Entry date 12/03/99]

11/24/99 27      AFFIDAVIT of Jonathan E. Lowy Re: In support of [26-1]
                 motion for Jonathan E. Lowy to appear pro hac vice (fp)
                 [Entry date 12/03/99]

11/24/99 31      LETTER  dated 11/23/99 from Karen Kohn  to Clerk,
                 enclosing two motions for pro hac vice admission for
                 attorneys Karen M. Kohn and Joshua M. Horwitz, counsel for
                 pltff. (fp) [Entry date 12/09/99]

11/24/99 32      MOTION by National Association, National Spinal Cord for
                 Karen M. Kohn to appear pro hac vice, Motion hearing
                 [32-1] motion (fp) [Entry date 12/09/99]

11/24/99 33      AFFIDAVIT of Karen M. Kohn  Re: In support of [32-1] motion
                 for Karen M. Kohn to appear pro hac vice (fp)
                 [Entry date 12/09/99]

11/24/99 34      MOTION by National Association, National Spinal Cord for
                 Joshua M. Horwitz to appear pro hac vice, Motion hearing
                 [34-1] motion (fp) [Entry date 12/09/99]

11/24/99 35      AFFIDAVIT of Joshua M. Horwitz  Re: In support of [34-1]
                 motion for Joshua M. Horwitz to appear pro hac vice. (fp)
                 [Entry date 12/09/99]

11/29/99 17      CERTIFICATE OF SERVICE by Jeni Wright of the Motion to
                 Admit Counsel Pro Hac Vice and Affidavit of Jonathan E.
                 Lowy by mail on 11/24/99 upon dfts. (fp)
                 [Entry date 12/01/99]

Docket as of November 1, 2002 7:50 pm                    Page 26

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

11/29/99 18      MOTION by Sti International to dismiss the action.
                 Motion hearing [18-1] motion (fp) [Entry date 12/01/99]

11/29/99 23      RETURN OF SERVICE executed as to Sturm, Ruger & Company;
                 Import Sports, Inc; SGS Imports International Inc; Eagle
                 Imports; Stoeger Industries, Inc; Colt's Manufacturing;
                 Navy Arms Company; Lorcin Engineering Co., Inc; Raven Arms;
                 Arcadia Machine & Tool; Sundance Industries, Inc; Wetherby,
                 Inc; SGW Enterprises INc WTNI SGW Incorpated; Olympic Arms,
                 Inc; Para-Ordnance Manufacturing; Cobray Firearms, Inc;
                 Wayne Daniel; Sylvia Daniel; S.W. Daniels; RG Industries,
                 Inc; Excel Industries AKA Accu-Tek; Republic Arms; KBI Inc;
                 Remington Arms; Freedom Arms; B&E Manufacturing Co;
                 Heritigate Manufacturing, Inc; A.A. Arms. Inc; Calico Light
                 Weapon Systems; Quality Firearms, Inc; Colt Arms; STI
                 international; American Derringer Corporation; Bond Arms,
                 Inc; Maverick arms, Inc; (AMENDED SUMMONS & COMPLAINT AND
                 OR SUMMONS & COMPLAINT) (fp) [Entry date 12/02/99]

11/30/99 20      Calendar entry: Before Judge Weinstein on 11/30/99 for a
                 Conference. (fp) [Entry date 12/01/99]

11/30/99 36      MOTION by National Association, National Spinal Cord for
                 Carolyn M. Morrissette to appear pro hac vice, Motion
                 hearing [36-1] motion (fp) [Entry date 12/09/99]

11/30/99 37      AFFIDAVIT of Carolyn M. Morrissette  Re: In support of
                 [36-1] motion for Carolyn M. Morrissette to appear pro hac
                 vice. (fp) [Entry date 12/09/99]

12/1/99  19      ORDER, tht APS International Ltd is authorized to effect
                 service of process on the following six dfts: Glock, GmbH;
                 Mauswer Weke Oberndorf Waffnystemme Gmbh; Sigarms/Sauer;
                 Walther GmbH; Rohm GmbH; Veba Ag; and Heckler & Koch, GmbH
                 in Germany in accordance with the Hague Convention and
                 International law. ( signed by Judge Jack B. Weinstein
                 11/30/99 ) (fp) [Entry date 12/01/99]

12/2/99  21      STIPULATION and ORDER, the action by pltff National
                 Association for the Advancement of Colored People and dft
                 Stoeger Industries is discontinued with prejudice and
                 without costs or fees to either party. ( signed by Judge
                 Jack B. Weinstein ,  on 11/29/99) (fp) [Entry date 12/02/99]

12/2/99  24      RETURN OF SERVICE executed as to Firearms Internation
                 11/12/99. (Complaint and Amended Complaint) (fp)
                 [Entry date 12/03/99]

12/3/99  25      ANSWER to Complaint and Motion to Dismiss by A.A. Arms,
                 Inc. (submitted by Dr. Ing. Dirk A. Lindenbeck V. Pres.) (fp)
                 [Entry date 12/03/99]

Docket as of November 1, 2002 7:50 pm                Page 27

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

12/3/99  --      Endorsed order granting [26-1] motion for Jonathan E. Lowy

```
                      to appear pro hac vice ( Signed by Judge Jack B. Weinstein
                      ,  on 11/29/99) (endorsed on letter, document #26) c/m (fp)
                      [Entry date 12/03/99]

12/6/99   28          LETTER dated 12/3/99 from Richard L. Richards  to Perry
                      Weitz, advising that James W. Jarvis who was served on
                      11/11/99 with the summons and complaint is not a registered
                      agent, officer, employer, director, representative of and
                      does not have any authorization to accept service on behalf
                      of Qualify Firearms, Inc. (fp) [Entry date 12/07/99]

12/6/99   38          LETTER   dated 12/3/99 from Richard L. Richards  to Perry
                      Weitz, advising that James W. Jarvis who was served on
                      11/11/99 with the summons and complaint is not a registered
                      agent, officer, employer, director, and does not have any
                      authorization to accept service on behalf of dft Qualify
                      Firearms, Inc. (fp) [Entry date 12/14/99]

12/7/99   29          TRANSCRIPT for Status Conference before Judge Weinstein
                      filed for dates of 11/30/99. ESR, Lourdes Vazquez; ESR,
                      Lourdes Vazquez; Court Transcriber, Shari Riemer, TypeWrite
                      Word Processing Service. (fp) [Entry date 12/07/99]

12/8/99   30          STIPULATION and ORDER, the time of dft Magmum Research
                      Inc. to answer is extended to 12/20/99. ( signed by Judge
                      Jack B. Weinstein ,  on 12/6/99) (fp) [Entry date 12/08/99]

12/9/99   --          Endorsed order granting [32-1] motion for Karen M. Kohn to
                      appear pro hac vice ( Signed by Judge Jack B. Weinstein ,
                      on 11/30/99) (endorsed on letter, document #31) c/m (fp)
                      [Entry date 12/09/99]

12/9/99   --          Endorsed order granting [34-1] motion for Joshua M. Horwitz
                      to appear pro hac vice. ( Signed by Judge Jack B. Weinstein
                      on 11/30/99) (endorsed on letter, document #34) c/m (fp)
                      [Entry date 12/09/99]

12/9/99   --          Endorsed order granting [36-1] motion for Carolyn M.
                      Morrissette to appear pro hac vice ( Signed by Judge Jack
                      B. Weinstein ,  on 11/30/99) (endorsed on letter, document
                      #36) c/m (fp) [Entry date 12/09/99]

12/14/99  39          RETURN OF SERVICE executed as to BeeMiller, Inc. 10/13/99
                      (Summons and Complaint and Amended Summons and Amended
                      Complaint) (fp) [Entry date 12/15/99]

12/16/99  40          LETTER  dated 12/10/99 from Robert C. Heinemann  to Jeff
                      Karsten, enclosing 5 original copies, signed and sealed, of
                      the "Request for Service Abroad of Judicial or Extrajudical
                      Documents". (fp) [Entry date 12/16/99]

12/16/99  42          NOTICE of Dismissal without prejudice as to dft Ram-Line,
                      Inc. (fp) [Entry date 12/17/99]


Docket as of November 1, 2002 7:50 pm                  Page 28

Proceedings include all events.                                      MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al      ECF


12/17/99  41          STIPULATION and ORDER, the time for pltffs to oppose the
                      motion to dismiss of STI Internatinal, Inc is extended to
                      and includes 1/31/00 (unsigned by Judge Jack B. Weinstein
```

```
                      ) (fp) [Entry date 12/17/99]

12/20/99 44    NOTICE of Dismissal by pltffs without prejudice as to dft
               Rocky Mountain Arms, Inc. (fp) [Entry date 12/21/99]

12/21/99 43    STIPULATION and ORDER, the time for pltffs to oppose the
               motion to dismiss of STI International, Inc is extended to
               1/31/00. ( signed by Judge Jack B. Weinstein , on
               12/16/99) (fp) [Entry date 12/21/99]

12/21/99 45    ANSWER by Navy Arms, Inc. to amended complaint; jury demand
               (fp) [Entry date 12/22/99]

12/22/99 46    Suggestion of Bankruptcy filed by John D. Sigel. (fp)
               [Entry date 12/28/99]

12/28/99 47    RETURN OF SERVICE executed as to Century Internationa
               10/18/99. (AMENDED SUMMONS AND COMPLAINT) (fp)
               [Entry date 12/29/99] [Edit date 12/29/99]

12/28/99 47    RETURN OF SERVICE executed as to High Standard Manufa
               10/19/99. (AMENDED COMPLAINT & SUMMONS) (fp)
               [Entry date 12/29/99] [Edit date 12/29/99]

12/28/99 47    RETURN OF SERVICE executed as to Laseraim Technologie,
               Haskell, Inc. 10/20/99. (AMENDED COMPLAINT & SUMMONS) (fp)
               [Entry date 12/29/99] [Edit date 12/29/99]

12/28/99 47    RETURN OF SERVICE executed as to Quality Firearms, In
               11/4/99. (AMENDED COMPLAINT & SUMMONS) (fp)
               [Entry date 12/29/99] [Edit date 12/29/99]

12/28/99 47    RETURN OF SERVICE executed as to Fort Worth Arms 11/9/99.
               (AMENDED COMPLAINT & SUMMONS) (fp) [Entry date 12/29/99]
               [Edit date 12/29/99]

12/28/99 47    RETURN OF SERVICE executed as to Raven Arms, Inc. 11/8/99.
               (AMENDED COMPLAINT & SUMMONS) (fp) [Entry date 12/29/99]
               [Edit date 12/29/99]

12/28/99 48    RETURN OF SERVICE executed as to Uberti Aldo, American
               Arms, Inc. 10/14/99. (AMENDED COMPLAINT & SUMMONS) (fp)
               [Entry date 12/29/99]

12/28/99 48    RETURN OF SERVICE executed as to Ultra Light Arms, In
               10/19/99. (AMENDED COMPLAINT & SUMMONS) (fp)
               [Entry date 12/29/99]

12/28/99 48    RETURN OF SERVICE executed as to Desert Mountain Manu
               10/20/99. (AMENDED COMPLAINT & SUMMONS) (fp)


Docket as of November 1, 2002 7:50 pm              Page 29

Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

               [Entry date 12/29/99]

12/28/99 48    RETURN OF SERVICE executed as to Arcadia Machine 11/2/99.
               (AMENDED COMPLAINT & SUMMONS) (fp) [Entry date 12/29/99]

12/28/99 48    RETURN OF SERVICE executed as to Rg Industries, Inc.
               11/3/99. (AMENDED COMPLAINT & SUMMONS) (fp)
```

[Entry date 12/29/99]

12/28/99  49    RETURN OF SERVICE executed as to Braztech, Inc.,
                Para-Ordnance Manufa, Taurus International, Navegar, Inc.,
                Taurus Holdings, Inc 10/14/99. (AMENDED COMPLAINT &
                SUMMONS) (fp) [Entry date 12/29/99]

12/28/99  49    RETURN OF SERVICE executed as to Bryco Arms 11/3/99.
                (AMENDED SUMMONS & COMPLAINT) (fp) [Entry date 12/29/99]

12/28/99  50    RETURN OF SERVICE executed as to North American Arms
                10/13/99 (Amended Summons and Complaint). (dg)
                [Entry date 12/29/99]

12/28/99  50    RETURN OF SERVICE executed as to Arms Technology, Inc
                10/13/99. (Amended Summons and Complaint). (dg)
                [Entry date 12/29/99]

12/28/99  50    RETURN OF SERVICE executed as to L.A.R. Manufacturing
                10/17/99 (Amended Summon and Complaint). (dg)
                [Entry date 12/29/99]

12/28/99  50    RETURN OF SERVICE executed as to Augusta Arms, Inc.
                10/20/99 (Amended Summons and Complaint). (dg)
                [Entry date 12/29/99]

12/28/99  50    RETURN OF SERVICE executed as to Glock, Inc. 10/27/99
                (Amended Summon and Complaint). (dg) [Entry date 12/29/99]

12/28/99  50    RETURN OF SERVICE executed as to Ram-Line Corp. 11/26/99
                (Amended Summon and Complaint). (dg) [Entry date 12/29/99]

12/28/99  51    RETURN OF SERVICE executed as to A.A. Arms, Inc. 11/4/99
                (Amended Summon and Complaint). (dg) [Entry date 12/29/99]

12/28/99  51    RETURN OF SERVICE executed as to Safari Arms, Inc. 11/9/99
                (Amended Summons and Complaint). (dg) [Entry date 12/29/99]

12/28/99  51    RETURN OF SERVICE executed as to Harrington & Richard
                12/15/99 (Amended Summon and Complaint). (dg)
                [Entry date 12/29/99]


Docket as of November 1, 2002 7:50 pm              Page 30

Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al      ECF

12/30/99  52    MOTION by Arms Technology, Inc, Century International Arms,
                Inc., European American Armory, Eagle Imports, Freedom Arms
                Co., Glick, Inc., H&R 1871, Inc., Beemiller, Inc. d/b/a
                Hi-Point Firearms, Import Sports, Kel-Tec CNC Industries,
                Inc., K.B.I., Inc., L.A.R. Manufacturing, Inc., Magnum
                Research, Inc., Maverick Arms, Inc., North American Arms,
                Savage Arms, Inc., SGS Imports and Thompson/Center Arms
                for an order granting dfts motion to return this case to
                the clerk of the court for assignment via the random
                selection procedure. Motion hearing set for 10:00 1/27/00
                [52-1] motion (fp) [Entry date 12/30/99]

12/30/99  53    MEMORANDUM OF LAW by Arms Technology, Inc, et al  in
                support of [52-1] motion for an order granting dfts motion
                to return this to the clerk of the court for assignment via

the random selection procedure. (fp) [Entry date 12/30/99]

12/30/99 54          STIPULATION and ORDER, the time for pltffs to oppose the
                     motion to dismiss of A.A. Arms, Inc is extended to 1/31/00.
                     . ( signed by Judge Jack B. Weinstein , on 12/29/99) (fp)
                     [Entry date 12/30/99]

12/30/99 55          MOTION by Sigarms, Inc.  to return the case to the clerk
                     of the court for assignment via the random selection method
                     . Motion hearing [55-1] motion. (fp) [Entry date 01/03/00]

12/30/99 56          MOTION by Excel Industries to return the case to the clerk
                     of the court for assignment via the random selection
                     procedure. Motion hearing [56-1] motion. (fp)
                     [Entry date 01/03/00]

12/30/99 57          ANSWER by Excel Industries to amended complaint; jury
                     demand (fp) [Entry date 01/03/00]

12/30/99 58          ANSWER by Sigarms, Inc. to amended complaint; jury demand
                     (fp) [Entry date 01/03/00]

12/30/99 59          Disclosure of interested parties by Sigarms, Inc. (fp)
                     [Entry date 01/03/00]

12/30/99 60          ANSWER by Braztech, Inc. to amended complaint (fp)
                     [Entry date 01/03/00]

12/30/99 61          ANSWER by Forjas Taurus, S.A. to amended complaint (fp)
                     [Entry date 01/03/00]

12/30/99 62          ANSWER by Taurus Holdings, Inc to amended complaint (fp)
                     [Entry date 01/03/00]

12/30/99 63          ANSWER by Taurus International to amended complaint (fp)
                     [Entry date 01/03/00]

12/30/99 64          ANSWER by Heritage Manufacturi to amended complaint (fp)
                     [Entry date 01/03/00]


Docket as of November 1, 2002 7:50 pm                    Page 31

Proceedings include all events.                                          MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al          ECF


12/30/99 65          ANSWER by Colt's Manufacturing to amended complaint; jury
                     demand (fp) [Entry date 01/03/00]

12/30/99 66          MOTION by Colt's Manufacturing to return this case to the
                     clerk of the court for assignment via the random selection
                     procedure. Motion hearing [66-1] motion (fp)
                     [Entry date 01/03/00]

12/30/99 67          ANSWER by Cz Usa to amended complaint; jury demand (fp)
                     [Entry date 01/03/00]

12/30/99 68          MOTION by Cz Usa to return this case to the clerk of the
                     court for assignment via the random selection procedure.
                     Motion hearing [68-1] motion (fp) [Entry date 01/03/00]

12/30/99 69          ANSWER by Phoenix Arms, Inc. to amended complaint; jury
                     demand (fp) [Entry date 01/03/00]

Case 1:99-cv-03999-JBW-CLP    Document 833    Filed 06/14/02    Page 29 of 77 PageID #: 29

```
12/30/99  70    ANSWER by Weatherby, Inc. to amended complaint; jury demand
                (fp) [Entry date 01/03/00]

12/30/99  71    NOTICE of attorney appearance for Weatherby, Inc.  by
                Douglas C. Conroy. (fp) [Entry date 01/03/00]

12/30/99  72    Disclosure of interested parties by Weatherby, Inc. (fp)
                [Entry date 01/03/00]

12/30/99  73    MOTION by Weatherby, Inc. to return this case to the clerk
                of the court for assignment via the random selection
                procedure. Motion hearing [73-1] motion. (fp)
                [Entry date 01/03/00]

12/30/99  78    ANSWER by Heckler & Koch, Inc. to amended complaint; jury
                demand (fp) [Entry date 01/03/00]

12/30/99  79    Disclosure of interested parties by Heckler & Koch, GmbH (fp)
                [Entry date 01/03/00]

1/3/00    74    ORDER, Motion of various dfts to return this case to the
                clerk for assignment via the random selection procedure is
                referred to Judge Nickerson, assignment judge. ( Endorsed
                by Judge Jack B. Weinstein , on 12/30/99 on letter dated
                12/30/99 from Leonard Rosenbaum to Judge Weinstein) (fp)
                [Entry date 01/03/00]

1/3/00    75    LETTER   dated 12/29/99 from Robert L. Joyce  to the Court,
                enclosing copies of documents for filing by Sigarms, Inc.
                (fp) [Entry date 01/03/00]

1/3/00    76    ANSWER by Remington Arms Compa to amended complaint; jury
                demand (fp) [Entry date 01/03/00]

1/3/00    77    Disclosure of interested parties by Remington Arms Compa (fp)
```

Docket as of November 1, 2002 7:50 pm                    Page 32

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

```
                [Entry date 01/03/00]

1/4/00    80    Disclosure of interested parties by Bryco Arms, B.L.
                Jennings, Inc. (fp) [Entry date 01/04/00]

1/4/00    81    ANSWER by Sturm, Ruger & Compa to amended complaint; jury
                demand (fp) [Entry date 01/04/00] [Edit date 02/08/00]

1/4/00    82    MOTION by Sturm, Ruger & Compa to return this case to the
                clerk of court for assignment via the random selection
                procedure. Motion hearing [82-1] motion (fp)
                [Entry date 01/04/00]

1/4/00    83    ANSWER by Smith & Wesson Corpo to amended complaint; jury
                demand (fp) [Entry date 01/04/00]

1/4/00    84    ANSWER by Bruce Jennings, Bryco Arms, B.L. Jennings, Inc.
                to amended complaint; jury demand (fp) [Entry date 01/04/00]

1/4/00    85    NOTICE of attorney appearance for Sturm, Ruger & Compa  by
                Anne Giddings Kimball, James P. Dorr. (fp)
```

```
                    [Entry date 01/04/00] [Edit date 01/04/00]

1/4/00   86    ANSWER by Thompson/Center Arms, Sgs Imports Internat,
               Savage Arms, Inc., Para-Ordnance, Inc., North American
               Arms, Navegar, Inc., Maverick Arms, Inc., Magnum Research
               Inc., L.A.R. Manufacturing, Kel-Tec Cnc Industri, K.B.I.
               Inc., Israel Military Indu, Import Sports Corp., H&R 1871,
               Inc., Freedom Arms, Inc., European American Ar, Eagle
               Imports, Century Internationa, Arms Technology, Inc, Glock,
               Inc., BeeMiller, Inc., Browning Arms Co., to amended
               complaint; jury demand (fp) [Entry date 01/05/00]

1/4/00   87    MOTION by Remington Arms Compa to return the case to the
               the clerk of the court for assignment via the random
               selection procedure. Motion hearing [87-1] motion (fp)
               [Entry date 01/05/00]

1/4/00   88    Disclosure of interested parties by Cz Usa (fp)
               [Entry date 01/05/00]

1/4/00   89    Disclosure of interested parties by Colt's Manufacturing (fp)
               [Entry date 01/05/00] [Edit date 02/08/00]

1/4/00   90    ANSWER to Complaint by Sylvia Daniel; jury demand (fp)
               [Entry date 01/05/00]

1/5/00   91    Disclosure of interested parties by Smith & Wesson Corpo,
               Sturm, Ruger & Compa. (fp) [Entry date 01/05/00]


Docket as of November 1, 2002 7:50 pm                   Page 33

Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

1/7/00   92    ORDER, denying [82-1] motion to return this case to the
               clerk of court for assignment via the random selection
               procedure, denying [87-1] motion to return the case to the
               the clerk of the court for assignment via the random
               selection procedure, denying [52-1] motion for an order
               granting dfts motion to return this case to the clerk of
               the court for assignment via the random selection
               procedure, denying [73-1] motion to return this case to the
               clerk of the court for assignment via the random selection
               procedure, denying [68-1] motion to return this case to the
               clerk of the court for assignment via the random selection
               procedure, denying [66-1] motion to return this case to the
               clerk of the court for assignment via the random selection
               procedure, denying [56-1] motion to return the case to the
               clerk of the court for assignment via the random selection
               procedure, denying [55-1] motion  to return the case to the
               clerk of the court for assignment via the random selection
               method ( signed by Judge Eugene H. Nickerson on 1/3/00)
               (ENDORSED ON COPY OF MOTION) (fp) [Entry date 01/07/00]

1/7/00   93    LETTER  dated 12/23/99 from Karen M. Kohn  to Judge
               Weinstein, pltffs request an enlargment of time for the
               pltffs to file a response to dft Felk Inc's answer/motion
               to dismiss to 1/31/00. (fp) [Entry date 01/07/00]

1/7/00   --    Endorsed order, pltffs granted an extension until 1/31/00
               to file a response to dft Felk Inc's answer/motion to
               dismiss. ( Signed by Judge Jack B. Weinstein , on
```

```
                    12/26/99)(endorsed on letter, document #93) (fp)
                    [Entry date 01/07/00]

1/7/00    94        MOTION by Heckler & Koch, Inc. to return the case to the
                    clerk of the court for assignment via the random selection
                    procedure. Motion hearing [94-1] motion. (fp)
                    [Entry date 01/10/00]

1/10/00   95        ANSWER by Calico Light Weapon to amended complaint; jury
                    demand (fp) [Entry date 01/11/00]

1/10/00   96        Disclosure of interested parties by Calico Light Weapon (fp)
                    [Entry date 01/11/00]

1/10/00   97        CERTIFICATE OF SERVICE by Frances G. Tracy, RE: Calico Light
                    Weapons Systems, Inc. Answer to pltff's first amended
                    complaint by mail on 1/6/00 upon counsel. (fp)
                    [Entry date 01/11/00] [Edit date 02/08/00]

1/11/00   98        RETURN OF SERVICE executed as to Quality Firearms, In
                    1/6/00. (SUMMONS AND COMPLAINT, AMENDED SUMMONS AND
                    COMPLAINT) (fp) [Entry date 01/12/00]

1/11/00   98        RETURN OF SERVICE executed as to Mitchell Arms, Inc.
                    1/7/00. (COMPLAINT AND SUMMONS AND AMENDED COMPLAINT AND
                    AMENDED SUMMONS) (fp) [Entry date 01/12/00]


Docket as of November 1, 2002 7:50 pm                    Page 34

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF


1/11/00   98        RETURN OF SERVICE executed as to Mitchell Arms, Inc.
                    1/10/00. (AMENDED SUMMONS AND COMPLAINT) (fp)
                    [Entry date 01/12/00]

1/13/00   99        Disclosure of interested parties by Taurus International,
                    Taurus Holdings, Inc, Forjas Taurus, S.A., Braztech, Inc.,
                    Heritage Manufacturi (fp) [Entry date 01/14/00]

1/14/00   100       Disclosure of interested parties by Excel Industries (fp)
                    [Entry date 01/19/00]

1/18/00   111       MOTION by Sti International for William H. Connor to
                    appear pro hac vice, Motion hearing [111-1] motion (fp)
                    [Entry date 01/26/00]

1/19/00   101       MOTION by Forjas Taurus, S.A., Taurus International, Taurus
                    Holdings, Inc, Heritage Manufacturi, Braztech, Inc. for
                    Timothy A. Bumann to appear pro hac vice, Motion hearing
                    [101-1] motion (fp) [Entry date 01/19/00]

1/19/00   102       AFFIDAVIT of Timothy A. Bumann  Re: In support of [101-1]
                    motion for Timothy A. Bumann to appear pro hac vice (fp)
                    [Entry date 01/19/00]

1/19/00   103       AFFIDAVIT of David R. Gross  Re: In support of [101-1]
                    motion for Timothy A. Bumann to appear pro hac vice (fp)
                    [Entry date 01/19/00]

1/19/00   104       ORDER, granting [101-1] motion for Timothy A. Bumann to
                    appear pro hac vice ( signed by Magistrate Cheryl L. Pollak
```

```
                          , on 1/13/00) (fp) [Entry date 01/19/00]

1/19/00   105    CERTIFICATE OF SERVICE by David R. Gross, RE: Motion for
                 Pro Hac Vice, Affidavit of David Gross and Timothy A.
                 Bumann, Proposed Order and Certificate of Service via
                 federal express up Mag. Pollak's chambers. (fp)
                 [Entry date 01/19/00]

1/19/00   106    ORDER, Dft's shall answer or move to dismiss the complaints
                 on or before 2/15/00.  Pltff's response to any motions
                 shall be served by 3/7/00.  Replies are due 3/15/00.
                 Discovery is stayed in the interim in accordance with the
                 order of the district court. ( signed by Magistrate Cheryl
                 L. Pollak , ) (fp) [Entry date 01/19/00]

1/20/00   107    LETTER   dated 1/14/00 from John C. Barney  to Perry Weitz,
                 advising the court that this office is not a registered
                 agent or addressee for the service of process on any
                 california corporation named Mitchell Arms, Inc. (fp)
                 [Entry date 01/20/00]
```

Docket as of November 1, 2002 7:50 pm                   Page 35

Proceedings include all events.                                  MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al  ECF

```
1/20/00   108    ORDER, pltff voluntarily dismiss without prejudice the
                 action against dft Advance Group Ltd. doing business as
                 American Firearms Technologies. ( signed by Judge Jack B.
                 Weinstein , on 1/18/00) (SO ORDERED ON NOTICE OF DISMISSAL)
                 (fp) [Entry date 01/20/00]

1/20/00   109    ORDER, pltff voluntarily dismiss without prejudice the
                 action against dft R & G Industries, Inc.. ( signed by
                 Judge Jack B. Weinstein , on 1/18/00)  (SO ORDERED ON
                 NOTICE OF DISMISSAL) (fp) [Entry date 01/20/00]

1/21/00   110    LETTER   dated 1/11/00 from Karen M. Kohn  to Judge
                 Weinstein, enclosing letter rogatory's to be signed and
                 certified. (fp) [Entry date 01/24/00]

1/24/00   --     Endorsed order, respectfully referred to the clerk of the
                 court.  Orders are signed. ( Signed by Judge Jack B.
                 Weinstein , on 1/17/00)  (endorsed on letter, document
                 #110) (fp) [Entry date 01/24/00]

1/26/00   --     Endorsed order granting [111-1] motion for William H.
                 Connor to appear pro hac vice. ( Signed by Judge Jack B.
                 Weinstein on 1/20/00) (endorsed on motion, document #111)
                 (fp) [Entry date 01/26/00]

1/26/00   112    AFFIDAVIT OF SERVICE by Veral Sullivan Re: On 10/19/99, Re:
                 Amended Summons and Complain on High Standard Manufacturing
                 by hand. (fp) [Entry date 01/27/00]

1/26/00   113    LETTER   dated 1/17/00 from Brian Zietman  to Clerk of the
                 Court, attaching documents concerning the request for
                 service of documents. (fp) [Entry date 02/02/00]

1/28/00   117    MOTION by Excel Industries for Steven A. Silver, Esq. to
                 appear pro hac vice. (Fee paid, receipt # 228020) (clp)
                 [Entry date 02/14/00]
```

2/3/00    115    CERTIFICATE OF SERVICE by Elisa Barnes by Karen Kohn, Re:
                 Order by Mag. Pollak, document #114 by first class mail on
                 1/31/00 upon all domestic dfts and/or their counsel. (fp)
                 [Entry date 02/04/00]

2/4/00    114    ORDER, Dft's shall either answer or move to dismiss the
                 complaints on or before 2/15/00.  Pltff's response to any
                 motions shall be served by 3/7/00.  Replies are due
                 3/15/00.  Discovery is stayed in the interim in accordance
                 with the order of the District Court. ( signed by
                 Magistrate Cheryl L. Pollak , ) (fp) [Entry date 02/04/00]

2/9/00    125    MOTION by Bruce Jennings, Bryco Arms, B.L. Jennings, Inc.
                 for James Clifford Sabalos to appear pro hac vice,
                 Motion hearing [125-1] motion (fp) [Entry date 02/22/00]

2/10/00   116    ANSWER to Complaint by Navy Arms, Inc.; jury demand. (rg)


Docket as of November 1, 2002 7:50 pm              Page 36

Proceedings include all events.                                   MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al   ECF

                 [Entry date 02/11/00]

2/14/00   --     Endorsed order granting [117-1] motion for Steven A.
                 Silver, Esq. to appear pro hac vice. Endorsed by Judge Jack
                 B. Weinstein , on 2/1/00 on the face of Notice of Motion.
                 (Doc. # 117) (clp) [Entry date 02/14/00]

2/14/00   118    ANSWER to amended complaint by Jim L. Davis, President,
                 Republic Arms.  (15167 Sierra Bonita Lane, Chino,
                 California 91710) (fp) [Entry date 02/16/00]

2/16/00   119    STIPULATION and ORDER, all deadlines set forth in this
                 court's 1/21/00 order are stayed until 3/14/00. ( signed by
                 Judge Jack B. Weinstein , ) (fp) [Entry date 02/16/00]

2/16/00   120    ANSWER by Sigarms/Sauer to amended complaint; jury demand
                 (fp) [Entry date 02/17/00]

2/16/00   121    ANSWER by Hammerli Ltd. to amended complaint; jury demand
                 (fp) [Entry date 02/17/00]

2/17/00   122    MOTION by Bruce Jennings to dismiss the action. Motion
                 hearing [122-1] motion set for 3/31/00 at 9:30 (fp)
                 [Entry date 02/17/00] [Edit date 02/25/00]

2/17/00   123    MEMORANDUM OF LAW by Bruce Jennings  in support of [122-1]
                 motion to dismiss the action. (fp) [Entry date 02/17/00]

2/18/00   124    STIPULATION and ORDER,  the action is discontinued only as
                 to Stoeger Industries, Inc., with prejudice and without
                 costs or fees. ( signed by Judge Jack B. Weinstein , on
                 2/15/00) c/m (fp) [Entry date 02/18/00]

2/22/00   --     Endorsed order granting [125-1] motion for James Clifford
                 Sabalos to appear pro hac vice ( Signed by Judge Jack B.
                 Weinstein ,  on 2/14/00) (endorsed on motion, document
                 #125) (fp) [Entry date 02/22/00] [Edit date 02/22/00]

2/22/00   126    ANSWER by Bond Arms, Inc. to amended complaint; jury demand

```
                         (fp) [Entry date 02/23/00]

2/22/00   127    Disclosure of interested parties by Bond Arms, Inc. (fp)
                 [Entry date 02/23/00]

2/24/00   128    AMENDED RETURN OF SERVICE executed as to International
                 Armame, Heckler & Koch, Inc. 2/2/00 (fp)
                 [Entry date 02/25/00]

2/28/00   129    LETTER   dated 2/18/00 from David R. Gross  to Elisa
                 Barnes, requesting a response of the request to dismiss the
                 complaints. (fp) [Entry date 02/28/00]



Docket as of November 1, 2002 7:50 pm                 Page 37

Proceedings include all events.                                  MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al  ECF

3/9/00    130    MEMORANDUM OF LAW by National Association, National Spinal
                 Cord in opposition to dft Bruce Jennings [122-1] motion to
                 dismiss the action. (fp) [Entry date 03/09/00]

3/9/00    131    MEMORANDUM by National Association, National Spinal Cord
                 in opposition to dft's Felk Incorporated, A.A. Arms, Inc.,
                 and STI International Inc., Motions to Dismiss. (fp)
                 [Entry date 03/09/00]

3/10/00   132    AFFIDAVIT AND DECLARATION by Dr. Ing. Dirk A. Lindenbeck,
                 President of A.A. Arms, Inc. Re: In support of Motion to
                 Dismiss. (fp) [Entry date 03/10/00]

3/10/00   133    ANSWER by Tanfoglio Fratelli S to first amended complaint;
                 jury demand (fp) [Entry date 03/10/00]

3/13/00   134    ANSWER by Olympic Arms, Inc., Safari Arms, Inc., Sgw
                 Enterprises, Inc to amended complaint; jury demand (fp)
                 [Entry date 03/13/00]

3/14/00   135    ORDER, the law firm Bartlett McDonough Bastone & Monahan
                 shall be substituted as counsel of record for dfts Olympic
                 Arms, Inc., Safari Arms Corp. and SGW, Inc. and shall
                 replace as counsel O'Melveny & Myers LLP . ( signed by
                 Judge Jack B. Weinstein , on 3/6/00) (fp)
                 [Entry date 03/14/00]

3/14/00   136    CERTIFICATE OF SERVICE by Karen Kohn, RE: Memorandum of Law
                 on behalf of pltffs in opposition to dft's Felk
                 Incorporated, A.A. Arms, Inc and STI International Inc.
                 Motions to Dismiss and Memorandum on behalf of pltff's in
                 opposition to Bruce Jenning's Motion to Dismiss on all dfts
                 and/or their counsel on 3/7/00 by first class mail.  "All
                 motions will be heard 4/3/00 at 10:00.  The motion filed by
                 Bruce Jennings is now scheduledfor 3/31/00, it is adjourned
                 to 4/3/00 at 10:00.  Pltff's counsel is to advise all
                 parties of this hearing. (fp) [Entry date 03/14/00]
                 [Edit date 03/14/00]

3/14/00   137    LETTER   dated 3/9/00 from Fred E. Scharf  to Elisa Barnes,
                 pltffs agreed to grant an additional week, to 3/22/00 for
                 dft Jennings to respond to the NAACP opposition papers. (fp)
                 [Entry date 03/14/00]
```

```
3/15/00   138   NOTICE of Dismissal without prejudice by pltffs as to dft
                A.A. Arms, Inc. (fp) [Entry date 03/17/00]

3/22/00   139   LETTER   dated 3/15/00 from John Lenkey III (President) to
                Judge Weinstein, declining to appear for oral arguments and
                requesting immediate dismissal. (fp) [Entry date 03/22/00]

3/23/00   140   REPLY MEMORANDUM OF LAW by Bruce Jennings in further
                support of [122-1] motion to dismiss the action. (lr)
                [Entry date 03/24/00]


Docket as of November 1, 2002 7:50 pm              Page 38

Proceedings include all events.                         MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al      ECF


3/23/00   141   AFFIDAVIT by James Clifford Sabalos on behalf of Bruce
                Jennings. (lr) [Entry date 03/24/00]

3/24/00   142   MEMORANDUM OF LAW by Rohm GmbH  in support of motion to
                dismiss complaint. (fp) [Entry date 03/28/00]

3/30/00   143   ANSWER by Heckler & Koch, GmbH to first amended complaint;
                Jury Demand (fp) [Entry date 03/31/00]

4/5/00    144   LETTER   dated 3/21/00 from James Clifford Sabalos  to
                Judge Weinstein, confirming that the hearing set on 4/3/00
                on the motion to dismiss of dft Bruce Jennings has been
                reset for 5/10/00 at 10:00. (fp) [Entry date 04/05/00]

4/5/00    --    Endorsed order, Approved.  The hearing on the Motion to
                Dismiss of Dft Bruce Jennings has been reset for 5/10/00 at
                10:00. ( Signed by Judge Jack B. Weinstein , on 3/24/00)
                c/m (endorsed on letter, document #144) (fp)
                [Entry date 04/05/00]

4/5/00    145   NOTICE dated 4/4/00 by June P. Lowe, that the motions
                scheduled for 4/25/00 has been adjourned to 5/10/00 at
                10:00. Faxed. (fp) [Entry date 04/05/00]

4/11/00   146   NOTICE of voluntary dismissal without prejudice against dft
                Quality Firearms. (fp) [Entry date 04/12/00]

4/11/00   147   AFFIDAVIT OF SERVICE by Cheryl Cooper  Re: [143-1]
                complaint answer on 4/10/00 by mail upon counsel. (fp)
                [Entry date 04/12/00]

4/13/00   148   ORDER, A Status Conference has been scheduled for 5/10/00
                at 12:30 before Mag. Pollak. ( signed by Magistrate Cheryl
                L. Pollak , on 4/11/00) (fp) [Entry date 04/13/00]

4/17/00   149   ORDER, granting the motion by dft Heckler & Koch, for an
                order permitting Charles L. Coleman III to appear pro hac
                vice. ( signed by Judge Jack B. Weinstein , on 4/7/00) c/m
                (fp) [Entry date 04/17/00]

4/17/00   150   LETTER   dated 4.12.2000 from Elisa Barnes  to Defense
                Counsel  advising the status conference before Magistrate
                Poallk is set for 5.10.2000 @ 12:30 (dm)
                [Entry date 04/17/00]

4/19/00   151   AFFIDAVIT OF SERVICE by Cheryl Cooper Re: [143-1] answer of
```

```
                        dft Heckler & Koch, GMBH to amended complaint by mail on
                        4/17/00 upon counsel. (fp) [Entry date 04/20/00]

 4/21/00  152   LETTER   dated 4/12/00 from Elisa Barnes  to Defense
                        Counsel, advising that a status conference will be held on
                        5/10/00 at 12:30 before Mag. Pollak and oral argument is on
                        motions on 5/10/00 at 10:00 before Judge Weinstein. (fp)


Docket as of November 1, 2002 7:50 pm                    Page 39

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

                        [Entry date 04/21/00]

 4/24/00  153   ANSWER by Sti International to amended complaint (fp)
                        [Entry date 04/25/00]

 4/24/00  154   Rule 26(s) Initial Disclosures on behalf by Sti
                        International (fp) [Entry date 04/25/00]

 4/24/00  155   NOTICE of Withdrawal of Motion to Dismiss by Sti
                        International. (fp) [Entry date 04/25/00]

 4/24/00  156   CERTIFICATE OF SERVICE by W.H. Connor of the Answer of STI
                        International, Inc. to First Amended Complaint, Rule 26(a)
                        Initial Disclosures, Notice of Withdrawal of Motion to
                        Dismiss on 4/19/00 by mail on all dfts and pltffs. (fp)
                        [Entry date 04/25/00]

 4/25/00  157   ANSWER by Para-Ordnance Manufa to amended complaint; jury
                        demand (fp) [Entry date 04/25/00]

 4/28/00  158   ANSWER to Complaint by Fabrica D'Armi Pietro Beretta.
                        [Forwarded to Magistrate Pollak on 4.28.2000 by interoffice
                        mail.] (dm) [Entry date 04/28/00]

 4/28/00  159   Endorsed ORDER: referred to Clerk of Court. ( signed by
                        Judge Jack B. Weinstein , on 4.27.2000) See Affidavit of
                        Elisa Barnes in support of motion for default judgment for
                        the order. [Attached are exhibits A-Z.] (dm)
                        [Entry date 04/28/00]

 5/1/00   160   ANSWER by Charco 2000, Inc., International Armame, L.W.
                        Seecamp Co., Uberti Usa, Inc. to amended complaint; jury
                        demand (fp) [Entry date 05/02/00]

 5/1/00   170   LETTER   dated 4/26/00 from A. Shelby Easterly, III  to
                        Elisa Barnes, enclosing a copy of the letter of 3/10/00 to
                        Mr. Richard Akel with a copy of the Notice of Dismissal
                        prejudice dated 4/11/00. (fp) [Entry date 05/08/00]

 5/2/00   161   NOTICE of attorney appearance for Charco 2000, Inc.,
                        International Armame, L.W. Seecamp Co., Uberti Usa, Inc.
                        by Michael P. Kandler (fp) [Entry date 05/03/00]

 5/3/00   162   ANSWER by American Arms, Inc. to amended complaint (fp)
                        [Entry date 05/04/00]

 5/3/00   165   LETTER   dated 5/3/00 from A. Shelby Easterly, III  to
                        Robert C. Heinemann, enclosing a copy of pltff's notice of
                        dismissal against Qualify Firearms. (fp)
                        [Entry date 05/05/00]
```

5/3/00    168    Disclosure of interested parties by American Arms, Inc. (fp)
                 [Entry date 05/08/00]


Docket as of November 1, 2002 7:50 pm                    Page 40

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al     ECF

5/4/00    163    STIPULATION and ORDER, the time for dfts ROHM Gmbh and
                 Veba AG to answer the complaint is extended to 7/2/00 . (
                 signed by Judge Jack B. Weinstein , on 5/3/00) (fp)
                 [Entry date 05/04/00]

5/4/00    169    LETTER   dated 4/30/00 from Don Mitchell  to Clerk of the
                 Court, advising that dft Mithcell Arms Corp is not evading
                 service of the conmplaint. (fp) [Entry date 05/08/00]

5/5/00    164    LETTER   dated 5/3/00 from Elisa Barnes  to Mark Catlett,
                 advising that pltffs are withdrawing Laseraim from the
                 default motion. (fp) [Entry date 05/05/00]

5/5/00    166    LETTER returning the request for judicial assistance. (fp)
                 [Entry date 05/05/00]

5/5/00    167    LETTER   dated 4/19/00 from W.H. Connor  to Judge
                 Weinstein, withdrawing the motion to dismiss on behalf of
                 STI International, Inc. (fp) [Entry date 05/05/00]

5/5/00    --     Endorsed order, approving dft's request to withdraw the
                 motion to dismiss. ( Signed by Judge Jack B. Weinstein , on
                 4/27/00) (endorsed on letter, document #167) (fp)
                 [Entry date 05/05/00]

5/9/00    171    LETTER   dated 5/4/00 from Elisa Barnes  to A. Shelby
                 Easterly, III, advising the court that there is no reason
                 for entry of default against Quality Firearms since a
                 stiplation of discontiuance was filed. (fp)
                 [Entry date 05/09/00]

5/9/00    172    LETTER   dated 5/4/00 from Thomas E. Healy  to Elisa
                 Barnes, advising counsel that dft Colt's Manufacturing
                 Company has answered the first amended complaint and a
                 request is made to plaintiff to withdraw the default motion
                 against dft Colt's Manufacturing. (fp) [Entry date 05/09/00]

5/9/00    201    ANSWER by Haskell MFG., Inc's Sued here as Haskell Company
                 to amended complaint (fp) [Entry date 06/08/00]

5/10/00   178    Calendar entry: Before Mag. Pollak on 5/10/00 for a
                 Conference.  Pltff's to serve class certification motions
                 by 5/30.  Dft's response 6/30; Reply July 14.  Dfts wishing
                 to file motions contesting adequacy of service shall serve
                 papers by 6/16; Response 6/30; Reply 7/14.  Dfts claiming
                 deminimis contacts or lack of personal jurisdiction shall
                 notify pltffs by 5/19.  Pltff's to consider claims and
                 respond by 6/23.  Pltff's to notify court and counsel by
                 7/7 regarding discovery on issues of personal jurisdiction
                 conference 9/22 at 10:00. (fp) [Entry date 05/15/00]

Docket as of November 1, 2002 7:50 pm          Page 41

Proceedings include all events.                           MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al      ECF

5/10/00  179    Calendar entry: Before Judge Weinstein on 5/10/00 for a
                Motion Hearing. Bruce Jennings [122-1] motion to dismiss
                the complaint is granted.  Motion by STI is withdrawn.
                Motion by Felk is denied.  Stay of all proceedings is
                denied.  Respectfully referred to Mag. Judge for control of
                discovery. (fp) [Entry date 05/16/00]

5/11/00  173    LETTER  dated 5/10/00 from Jamie Johnston  to Denise M.
                Dunleavy, Esq., confirming the agreement that we would not
                need to attend the scheduling conference on 5/10/00 at
                12:30. (fp) [Entry date 05/11/00]

5/11/00  174    LETTER  dated 5/3/00 from John S. Kanzler  to Elisa
                Barnes, requesting in writing that pltff's will withdraw
                the motion for default against Hi-Point, SGS, Harrington &
                Richardson and Haskell. (fp) [Entry date 05/11/00]

5/11/00  176    ANSWER by American Derringer to amended complaint; jury
                demand (fp) [Entry date 05/12/00]

5/12/00  175    TRANSCRIPT of Conference before Judge Weinstein filed for
                dates of 5/10/00. (fp) [Entry date 05/12/00]

5/12/00  177    LETTER  dated 5/5/00 from Elisa Barnes  to Judge
                Weinstein, requesting that pltffs be permitted to withdraw
                the motion for default against certain dfts without
                prejudice and with leave to renew within the next 30 days.
                (fp) [Entry date 05/12/00]

5/12/00  --     Endorsed order, granting pltff's request to withdraw the
                motion for default against certain dfts with leave to renew
                within the next 30 days. ( Signed by Judge Jack B.
                Weinstein , on 5/5/00) c/m (endorsed on letter, document
                #177) (fp) [Entry date 05/12/00]

5/16/00  180    TRANSCRIPT of Conference before Judge Weinstein filed for
                dates of 5/10/00. (fp) [Entry date 05/16/00]

5/16/00  181    CERTIFICATE OF SERVICE by Timothy A. Bumann, Re: Certain
                Dft's First Request for Produciton of Document to National
                Associaton for the Advancement of Colored People upon
                pltff's counsel by hand delivery and all other counsel of
                record by mail on 5/10/00. (fp) [Entry date 05/17/00]

5/16/00  182    CERTIFICATE OF SERVICE by Timothy A. Bumann, Re: Certain
                Dft's First Request for Production of Documents to National
                Spinal Cord Injury Association upon pltff's counsel by hand
                delivery and all other counsel of record by U.S. Mail on
                5/10/00. (fp) [Entry date 05/17/00]

5/16/00  183    CERTIFICATE OF SERVICE by Timothy A. Bumann, Re: Certain
                Dft's First Request for Admissions to Pltff National Spinal
                Cord Injury Association upon Pltff's counsel and all other
                counsel of record by U.S. Mail on 5/10/00. (fp)

Docket as of November 1, 2002 7:50 pm          Page 42

Proceedings include all events.                           MOTREF

1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al          ECF
                    [Entry date 05/17/00]

5/16/00   184    CERTIFICATE OF SERVICE by Timothy A. Bumann, Re: Taurus
                 Holdings Inc.'s First Set of Interrogatories to pltff
                 National Association for the Advancement of Colored People
                 upon pltff's counsel by hand delivery and all other counsel
                 or record by U.S. Mail on 5/10/00. (fp)
                 [Entry date 05/17/00]

5/16/00   185    CERTIFICATE OF SERVICE by Timothy A. Bumann, Re: Taurus
                 Holdings Inc's First Set of Interrogatories to Pltff
                 National Spinal Cord Association upon pltff's counsel and
                 all other counsel of record by U.S. Mail on 5/10/00. (fp)
                 [Entry date 05/17/00]

5/16/00   186    CERTIFICATE OF SERVICE by Timothy A. Bumann, Re: Heritage
                 Manufacturing, Inc's First Set of Interrogatories to Pltff
                 National Spinal Cord Association upon pltff's counsel and
                 all other counsel of record by U.S. Mail on 5/10/00. (fp)
                 [Entry date 05/17/00]

5/16/00   187    CERTIFICATE OF SERVICE by Timothy A. Bumann, Re: Certain
                 Dft's First Request for Admissions to Pltff National
                 Association for Advancement of Colored People upon Pltff's
                 counsel by hand delivery and all other counsel of record by
                 U.S. Mail on 5/10/00. (fp) [Entry date 05/17/00]

5/16/00   188    CERTIFICATE OF SERVICE by Timothy A. Bumann, Re: Heritage
                 Manufactuing, Inc's First Set of Interrogatories to Pltff
                 National Association for the Advancement of Colored People
                 upon pltff's counsel by hand delivery and all other counsel
                 of record by U.S. Mail on 5/10/00. (fp)
                 [Entry date 05/17/00]

5/17/00   189    LETTER   dated 5/3/00 from Elisa Barnes  to Mark Catlett,
                 President of Laseraim Technologies, Inc., withdrawing
                 Laseraim Technologies, Inc. from the default motion. (fp)
                 [Entry date 05/17/00]

5/17/00   --     Endorsed order, granting the request to withdraw Laseraim
                 from the default motion. ( Signed by Judge Jack B.
                 Weinstein , on 5/5/00) (endorsed on letter, document #189)
                 (fp) [Entry date 05/17/00]

5/18/00   190    ANSWER by Felk Incorporated by John Lenkey, President of
                 Felk Inc to amended complaint. (Address 2121 Castlebridge
                 Road, Midlothian, VA 23113) (804) 794-3744. (fp)
                 [Entry date 05/18/00]

5/19/00   191    STIPULATION and ORDER, substituting attorney terminated
                 attorney James P. Dorr for Smith & Wesson Corpo Added Gary
                 R. Long, Joel M. Cohen ( signed by Judge Jack B. Weinstein
                 , on 5/10/00) c/m (fp) [Entry date 05/19/00]


Docket as of November 1, 2002 7:50 pm            Page 43

Proceedings include all events.                                   MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al          ECF

5/23/00   192    AFFIDAVIT OF SERVICE by Joel M. Cohen  Re: Stipulation and

```
                        Order of Substitution of Counsel by mail on 5/22/00 upon
                        counsel. (fp) [Entry date 05/24/00]

5/23/00  193             MOTION by Smith & Wesson Corpo for Jeffrey S. Nelson to
                        appear pro hac vice, Motion hearing [193-1] motion  and (fp)
                        [Entry date 05/30/00]

5/23/00  194            AFFIDAVIT of Joel M. Cohen  Re: In support of [193-1]
                        motion for Jeffrey S. Nelson to appear pro hac vice (fp)
                        [Entry date 05/30/00]

5/23/00  196             MOTION by Smith & Wesson Corpo for Gary R. Long to appear
                        pro hac vice, Motion hearing [196-1] motion  and (fp)
                        [Entry date 05/30/00]

5/23/00  197            AFFIDAVIT of Joel M. Cohen  Re: In support of [196-1]
                        motion for Gary R. Long to appear pro hac vice (fp)
                        [Entry date 05/30/00]

5/30/00  195            ORDER, granting [193-1] motion for Jeffrey S. Nelson to
                        appear pro hac vice ( signed by Judge Jack B. Weinstein ,
                        on 5/24/00) c/m (fp) [Entry date 05/30/00]

5/30/00  198            ORDER   granting [196-1] motion for Gary R. Long to appear
                        pro hac vice ( signed by Judge Jack B. Weinstein ,    on
                        5/24/00) (fp) [Entry date 05/30/00]

6/5/00   --             ORDER dated 6/1/2000 that pltff's motion in 99CV7037
                        seeking certification of a deft class action is deferred;
                        defts to move to dismiss; motion to be filed by 6/30/2000.
                        (filed in 99CV7037, document #11).  (Signed by Judge Jack
                        B. Weinstein). (lg) [Entry date 06/05/00]

6/7/00   199            ORDER that the motion to dismiss by Bruce Jennings is
                        granted; and further Ordered tht the motion by defendant
                        Felk, Inc. is denied.   Signed by Judge Jack B. Weinstein,
                        on 5/16/00.  (see  ce for 5/10/00) (tl)
                        [Entry date 06/07/00]

6/8/00   200            UNSIGNED Order dtd. 5/19/2000   Alternate order signed. (rj)
                        [Entry date 06/08/00] [Edit date 06/08/00]

6/14/00  202            ORDER Deferred [10-1] motion for certifying a defts class
                        in this matter. Before considering this motion, the court
                        directs deft's to move to dismiss for failure to state a
                        claim, for lack of standing, and on such other grounds as
                        they deem appropriate, These motions should be filed by
                        June ( signed by Judge Jack B. Weinstein , on 6/1/2000) (rj)
                        [Entry date 06/14/00]

6/16/00  203            REQUEST for International Judicial Assistance (Letter
                        Rogatory) (fp) [Entry date 06/19/00]


Docket as of November 1, 2002 7:50 pm           Page 44

Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

6/26/00  204            ORDER stating that the court shall set a hearing for motion
                        of dismissal by deft Felk Inc. ( signed by Judge Jack B.
                        Weinstein , on 6/22/00)(endorsed on "Prayer for
                        dismissal"). (dd) [Entry date 06/26/00]
```

```
6/27/00  --    LETTER dated 6/14/00 from John S. Kanzler  to Elisa Barnes,
               enclosing a copy of dft's letter to Judge Weinstein which
               was recently sent to counsel on 6/12/00. (DOCUMENT FILED
               ONLY IN 99 CV 7037, document #15) (fp) [Entry date 06/27/00]

6/27/00  205   NOTICE of attorney appearance for Walther GmbH  by Daniel
               J. O'Neill (fp) [Entry date 06/28/00]

6/30/00  206   LETTER  dated 6/26/00 from Elisa Barnes  to Mag. Pollak,
               correcting the statement in the previous stating that High
               Standard no longer manufactures pistols.  High Standard
               does in fact still manufacture. (fp) [Entry date 06/30/00]

7/6/00   207   RETURN OF SERVICE executed as to Israel Military Indu
               12/26/99. (AMENDED SUMMONS AND COMPLAINT) (fp)
               [Entry date 07/07/00]

7/7/00   208   LETTER  dated 6/30/00 from Elisa Barnes  to John Lenkey
               III, withdrawing the offer of a settlement and will proceed
               with discovery as against Felk Inc. (fp)
               [Entry date 07/07/00]

7/7/00   209   LETTER  dated 6/29/00 from Richard L. Mattiaccio  to Mag.
               Pollak, advising the court that counsel will pursue all the
               affirmative defenses asserted in the answer filed on behalf
               of Beretta S.p.A., including lack of jurisdiction and
               failure to join an indispensable party. (fp)
               [Entry date 07/07/00]

7/11/00  210   LETTER  dated 6/23/00 from Elisa Barnes  to Mag. Pollak,
               pltffs request to go forward with general discovery against
               all dfts except those eight to whom will offer stipulations
               of settlement. (fp) [Entry date 07/11/00]

7/12/00  211   STIPULATION and ORDER, the time for dft Carl Walther Gmbh
               to move or answer the first amended complaint shall be
               7/10/00. ( signed by Judge Jack B. Weinstein , on 6/30/00)
               (fp) [Entry date 07/12/00]

7/12/00  212   STIPULATION and ORDER, dismissing without prejudice, all
               claims asserted against dfts Veba AG and Rohm Gmbh, only.
               ( signed by Judge Jack B. Weinstein , on 7/6/00) (fp)
               [Entry date 07/12/00]

7/14/00  213   LETTER dated 7/7/00 Elisa Barnes from Mag. Pollak,
               enclosing pltff's first set of interrogatories and document
               requests to certain dfts. (fp) [Entry date 07/14/00]


Docket as of November 1, 2002 7:50 pm          Page 45

Proceedings include all events.                        MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

7/19/00  214   ANSWER to Interrogatories and Document Requests by John
               Lenkey, III, President of Felk Incorporated (fp)
               [Entry date 07/19/00]

7/19/00  215   REQUEST for Default Judgment by pltffs against dfts Arcadia
               Machine & Tool, Inc; Desert Mountain Manufacturing; Forth
               Worth Firearms, Inc.; Grendel, Inc.; Llama Gabilondo y Cia;
               Lorcin Engineering Co. Inc; Mitchell Arms, Inc; Raven Arms,
```

inc.,; Uberti Light Arms, Inc.,; and Wayne Daniel. (fp)
[Entry date 07/19/00]

7/19/00  216    AFFIDAVIT of Elisa Barnes, attorney for National
Association, National Spinal Cord Re: In support of default
judgment. (fp) [Entry date 07/19/00]

7/19/00  217    CLERK'S ENTRY OF DEFAULT noted on 7/18/00 by Catherine
Wolff as to Arcadia Machine & Tool, Inc; Desert Mountain
Manufacturing; Forth Worth Firearms; Grendel, Inc; Llama
Gabilondo Y Cia; Lorciin Engineering Co., Inc; Mitchell
Arms, Inc.; Raven Arms, Inc.; Uberti Inc; Ultra Light Arms,
Inc.; Wayne Daniel. (fp) [Entry date 07/19/00]

7/19/00  218    CERTIFICATE OF SERVICE by Elisa Barnes of the Request for
Default, Affidavit, Certificate and Proposed Default
judgment by mail on 7/12/00 upon Arcadia Machine & Tool,
Inc; Cobray Firearms, Inc; Desert Mountain Manufacturing;
Fort Worth Firearms; FMJ, Inc. d/b/a Full Metal Jacket, Inc;
Grendel, Inc; Llama Gabilondo Y Cia; Lorcin Engineering
Co., Inc; Mitchell Arms, Inc; Raven Arms, Inc.; S.W.
Daniel, Inc.; Uberti Aldo; Ultra Light Arms, Inc; Wayne
Daniel. (fp) [Entry date 07/19/00]

7/19/00  219    LETTER  dated 7/13/00 from Elisa Barnes  to Judge
Weinstein, enclosing a copy of the request to enter default
judgment. (fp) [Entry date 07/19/00]

7/19/00  --     Endorsed order, refer to clerk of court before signing. (
Signed by Judge Jack B. Weinstein , on 7/17/00) (endorsed
on letter, document #219) (fp) [Entry date 07/19/00]

7/24/00  221    ANSWER by Glock GmbH to amended complaint (fp)
[Entry date 07/25/00]

7/25/00  220    STIPULATION and ORDER, the time for dft Carl Walther GmbH
to answer with respect to the first amended complaint is
extended to 7/21/00. ( signed/ by Judge Jack B. Weinstein ,
on 7/13/00) (fp) [Entry date 07/25/00]

7/25/00  223    Disclosure of interested parties by Walther GmbH (fp)
[Entry date 07/26/00]

8/3/00   224    NOTICE of Consent to Change Attorney, that Renzulli &
Rutherford, LLP be substituted as attorneys of record for
Bond Arms, Inc in place and stead of Falk & Seimer. (fp)


Docket as of November 1, 2002 7:50 pm                    Page 46

Proceedings include all events.                                 MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al        ECF

             [Entry date 08/03/00]

8/3/00   225    ORDER, that dfts shall serve responses and/or objections to
pltff's discovery request in accordance with the FRCP. The
scheduling of motions to dismiss will be addressed at the
conference set for 9/22/00 at 10:00.  Dft Felk Incorporated
may not appear pro se in this action, but must retain duly
licensed counsel. ( signed by Magistrate Cheryl L. Pollak ,
on 8/2/00) (fp) [Entry date 08/03/00]

8/4/00   226    LETTER   dated 7/21/00 from John Lenkey III  to Mag.

Pollak, requesting that the court dismiss the pltff's
charges against Felk Incorporated with prejudice and to
order pltffs to pay out of pocket, taxable expenses to Felk
Incorporated. (fp) [Entry date 08/04/00]

8/4/00   227   LETTER  dated 7/7/00 from Elisa Barnes  to Mag. Pollak,
               pltff advises the court and defense counsel of the
               discovery necessary in relation to the request of certain
               dfts to be dismissed from this case due minimis production
               or lack of personal jurisdiction. (fp) [Entry date 08/04/00]

8/7/00   228   Certification that James Pettit, Counsel General/Federal
               Ministry of Foreign Affairs of the Republic of Austria, of
               the U.S.A., rec'd. letters rogatory & accompanying
               documents on 7/3/00. (tv) [Entry date 08/07/00]

8/10/00  229   ANSWER by Ceska Zbrojovka to amended complaint; jury demand
               (fp) [Entry date 08/11/00]

8/15/00  230   RESPONSE by Freedom Arms, Inc. to pltff's first set of
               interrogatories and document request (fp)
               [Entry date 08/15/00]

8/15/00  231   RESPONSE by Bond Arms, Inc. to pltff's first set of
               interrogatories and document request (fp)
               [Entry date 08/15/00]

8/15/00  232   RESPONSE by L.A.R. Manufacturing to pltff's first set of
               interrogatories and document requests. (fp)
               [Entry date 08/15/00]

8/15/00  233   RESPONSE by H&R 1871, Inc. to pltff's first set of
               interrogatories and document requests (fp)
               [Entry date 08/15/00]

8/21/00  234    MOTION by National Association, National Spinal Cord to
               amend [6-1] amended complaint, Motion hearing [234-1]
               motion (fp) [Entry date 08/23/00]

8/21/00  235   CERTIFICATE OF SERVICE by Sylvia Cruz on 8/16/00 by mail
               upon parties, Re: Motion to Amend and Accompanying
               Memorandum of Law. (fp) [Entry date 08/23/00]


Docket as of November 1, 2002 7:50 pm              Page 47

Proceedings include all events.                               MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al      ECF

8/21/00  236   AFFIDAVIT of Elisa Barnes  Re: In support of [234-1] motion
               to amend [6-1] amended complaint (fp) [Entry date 08/23/00]

8/21/00  237   MEMORANDUM OF LAW by National Association, National Spinal
               Cord in support of [234-1] motion to amend [6-1] amended
               complaint (fp) [Entry date 08/23/00]

8/29/00  238   NOTICE of Hearing for Motion to Amend Complaints set for
               9/11/00 at 2:00. (fp) [Entry date 08/29/00]

9/1/00   239   LETTER  dated 8/9/00 from John Lenkey III (President of
               Felk Incorporated) to Mag. Pollak, asking the court to
               appoint a public defender for felk. (fp)
               [Entry date 09/01/00]

```
9/7/00   240    MOTION by Walther GmbH for Terry Moritz and Roger A. Lewis
                to appear pro hac vice. Receipt #: 235713.. Approved by
                Judge Weinstein on 8/18/00. (wa) [Entry date 09/07/00]

9/13/00  241    ENDORSED ORDER on letter dated 9/7/00 from Robert Joyce,
                Esq. to Judge Weinstein.  Notify by consent, leve to amend
                granted.  Sept. 11 hearing cancelled.  ( signed by Judge
                Jack B. Weinstein , on 9/8/00) c/m-Chambers (tl)
                [Entry date 09/13/00]



         Docket as of November 1, 2002 7:50 pm           Page 48

         Proceedings include all events.                        MOTREF
         1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

9/13/00  243    AMENDED COMPLAINT by National Association, National Spinal
                Cord , (Answer due 9/23/00 for Braztech Internation, for
                Navy Arms Company, for Import Sports, Inc., for Firearms
                Internatio, for BeeMiller, Inc., for Autauga Arms, Inc.,
                for Tanfoglio Fratelli S, for Haskell Company, for Glock,
                Inc., for Glock GmbH, for American Arms, Inc., for American
                Derringer, for Arcadia Machine, for Arms Technology, Inc,
                for Astra-star C/Lbrra, for Bond Arms, Inc., for Bersa,
                S.A., for B.L. Jennings, Inc., for Browning Arms Co., for
                Bryco Arms, for Calico Light Weapon, for Century
                Internationa, for Ceska Zbrojovka, for Charco 2000, Inc.,
                for China North Industri, for Cobray Firearms, Inc, for
                Colt's Manufacturing, for Cz Usa, for Daewoo Precision Ind,
                for Desert Mountain Manu, for Eagle Imports, for European
                American Ar, for Excel Industries, for Fabrica D'Armi
                Pietr, for Felk Incorporated, for Ferunion/Hungarian, for
                Fort Worth Arms, for Freedom Arms, Inc., for F.M.J., Inc.,
                for Grendel, Inc., for Hammerli Ltd., for Heckler & Koch,
                GmbH, for Heckler & Koch, Inc., for Heritage Manufacturi,
                for High Standard Manufa, for Hi-Point Firearms, for H&R
                1871, Inc., for Howa Machinery Ltd., for International
                Armame, for Israel Military Indu, for K.B.I. Inc., for
                Kel-Tec Cnc Industri, for L.A.R. Manufacturing, for Llama
                Gabilondo Y Ci, for Lorcin Engineering, for L.W. Seecamp
                Co., for Magnum Research Inc., for Mauser Weke Oberndor,
                for Maverick Arms, Inc., for Mitchell Arms, Inc., for
                Navegar, Inc., for North American Arms, for North China
                Industri, for Olympic Arms, Inc., for Para-Ordnance Manufa,
                for Para-Ordnance, Inc., for Phoenix Arms, Inc., for Raven
                Arms, Inc., for Remington Arms Compa, for Republic Arms,
                for Rossi, S.A., for Safari Arms, Inc., for Savage Arms,
                Inc., for Sgs Imports Internat, for Sgw Enterprises, Inc,
                for Sigarms, Inc., for Sigarms/Sauer, for Smith & Wesson
                Corpo, for Star, Bonifacio Eche, for Sti International, for
                Sturm, Ruger & Compa, for Sundance Industries, for S.W.
                Daniel, Inc., for Taurus International, for Forjas Taurus,
                S.A., for Thompson/Center Arms, for Uberti Aldo, for Uberti
                Usa, Inc., for Ultra Light Arms, In, for Walther GmbH, for
                Weatherby, Inc., for Sylvia Daniel, for Wayne Daniel )
                amending [6-1] amended complaint (fp) [Entry date 09/15/00]

9/13/00  246    LETTER   dated 9/13/00 from Elisa Barnes  to Clerk of Court
                enclosing the Second Amended Complaint in this case. (ar)
                [Entry date 09/18/00]

9/14/00  242    LETTER   dated 9/7/00 from Robert L. Joyce  to Judge
```

Weinstein, advising that dfts do not intend to oppose
pltff's motion for leave to amend and requesting that the
9/11 hearing be taken off calendar. (fp)
[Entry date 09/14/00]


Docket as of November 1, 2002 7:50 pm              Page 49

Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

9/14/00  --      Endorsed order, By consent [234-1] motion to amend [6-1]
                 amended complaint granted.  September 11 hearing cancelled.
                 ( Signed by Judge Jack B. Weinstein , on 9/8/00) (endorsed
                 on letter, document #242) (fp) [Entry date 09/14/00]

9/18/00  244     ORDER endorsed on letter dated 9/7/00 from Robert Joyce to
                 Judge Weinstein.  By consent, leave to amend complaint is
                 granted.   September 11, 2000 hearing is cancelled. ( signed
                 by Judge Jack B. Weinstein on 9/8/00) (ar)
                 [Entry date 09/18/00]

9/18/00  245     RETURN OF SERVICE of Complaint in connection with
                 plaintiff's motion to amend executed as to all parties on
                 8/16/00.  Answer due on 9/5/00. (ar) [Entry date 09/18/00]

9/21/00  247     LETTER   dated 9/18/00 from Elisa Barnes  to Mag. Pollak,
                 providing the court with an update on the parties efforts
                 to resolve issues; service, defaults and de minimus
                 dismissals. (fp) [Entry date 09/21/00]

9/21/00  --      Endorsed order, to the extent that pltffs intend to address
                 deficiencies in dft's responses to pltffs discovery demands
                 at the next conference, pltffs are directed to send to the
                 court a copy of these requests and objections to be
                 addressed. ( Signed by Magistrate Cheryl L. Pollak , on
                 9/19/00) (endorsed on letter, document #247) (fp)
                 [Entry date 09/21/00]

9/28/00  248     LETTER   dated 9/20/00 from Charles L. Coleman  to Mag.
                 Pollak, stating Heckler & Koch, Inc's position with respect
                 to the "de minimis" issue and to facilitate a better
                 understanding of the areas of agreement and disagreement
                 between HK and pltff's counsel. (fp) [Entry date 09/28/00]

9/28/00  249     LETTER   dated 9/21/00 from Elisa Barnes  to Mag. Pollak,
                 outlining the objections of the NAACP to several of the
                 interrogatories and requests for documents interposed by
                 dfts relating to the issue of standing. (fp)
                 [Entry date 09/28/00]

10/3/00  250     LETTER   dated 9/26/00 from John S. Kanzler  to Mag.
                 Pollak, advising that parties will be meeting on 9/28/00 in
                 hopes of an agreement concerning outstanding discovery
                 disputes. (fp) [Entry date 10/03/00]

10/3/00  251     LETTER   dated 9/26/00 from Douglas C. Conroy  to Mag.
                 Pollak, objecting to any briefing schedule being set on the
                 "de minimis" issue prior to the conference now scheduled
                 for 10/17/00. (fp) [Entry date 10/03/00]

10/6/00  253      MOTION by Sti International to dismiss the action on de
                 minimis grounds. Motion hearing [253-1] motion (fp)

[Entry date 10/10/00]

Docket as of November 1, 2002 7:50 pm                    Page 50

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al      ECF

10/10/00 252    LETTER   dated 9/25/00 from John Lenkey III, President of
                Felk Incorporated to Mag. Pollak, advising the court of the
                reasons why dft cannot comply with the court's order to
                hire an attorney. (fp) [Entry date 10/10/00]

10/10/00 254     MOTION by National Association, National Spinal Cord for
                an order compelling the production of information and
                documents requested in a subpoena for documents served on
                the Bureau of Alcohol Tobacco and Firearms on 7/5/00 ,
                Motion hearing [254-1] motion  Memorandum of Law in
                Support attached. (also docketed in 99 CV 7037) (fp)
                [Entry date 10/12/00]

10/12/00 255    NOTICE dated 10/11/00 by June P. Lowe that STI's Motion to
                Dismiss will be placed on the calendar for 10/27/00 at
                10:00. (fp) [Entry date 10/12/00]

10/13/00 256    STIPULATION of Dismissal with prejudice by pltff against
                dft Remington Arms Company, Inc. ( Signed by Judge Jack B.
                Weinstein , dated: 10/10/00) (fp) [Entry date 10/13/00]

10/13/00 --     Endorsed order, Pltff's motion to compel is referred to
                Mag. Pollak ( Signed by Judge Jack B. Weinstein , on
                10/11/00) (endorsed on letter, document #254) (forwarded to
                Mag. Pollak) (fp) [Entry date 10/13/00]

10/13/00 --     Motion(s) referred: [254-1] motion for an order compelling
                the production of information and documents requested in a
                subpoena for documents served on the Bureau of Alcohol
                Tobacco and Firearms on 7/5/00 referred  to Magistrate
                Cheryl L. Pollak  ( signed by Judge Jack B. Weinstein
                10/11/00 ) (fp) [Entry date 10/13/00]

10/13/00 257    ORDER, argument on pltff's motion to compel the Bureau of
                Alcohol, Tobacco and Firearms to provide certain documents
                requested in a subpoena duces tecum served 7/5/00 will be
                heard on 10/17/00 at 2:00.  Responsive papers, if any are
                due 10/16/00 by 5:30. ( signed by Magistrate Cheryl L.
                Pollak , on 10/11/00) (also docketed in 99 cv 7037) (fp)
                [Entry date 10/13/00]

10/13/00 258    RESPONSE by National Association, National Spinal Cord  in
                opposition to STI [253-1] motion to dismiss the action on
                de minimis grounds (fp) [Entry date 10/16/00]

10/13/00 259     MOTION by National Association, National Spinal Cord for
                an order striking the affirmative defense of lack of
                personal jurisdiction from the answers of dft Fabrica
                D'Armi Pietro Beretta SpA and Walther GmbH  Motion
                hearing [259-1] motion. (fp) [Entry date 10/16/00]

Docket as of November 1, 2002 7:50 pm                    Page 51

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

10/13/00 260    MEMORANDUM OF LAW by National Association, National Spinal
                Cord in support of [259-1] motion for an order striking the
                affirmative defense of lack of personal jurisdiction from
                the answers of dft Fabrica D'Armi Pietro Beretta SpA and
                Walther GmbH (fp) [Entry date 10/16/00]

10/16/00 261    LETTER   dated 10/11/00 from Vincent Lipari  to Mag.
                Pollak, requesting that Bureau of Alcohol Tobacco and
                Firearms time to respond to pltff's motion to compel be
                extended to 10/27/00, that pltff's reply be extended to
                11/3/00 and that oral argument date set for 10/17 be
                adjourned to 11/6, 7, 8, or 10. (fp) [Entry date 10/16/00]

10/16/00 --     Endorsed order, request granted.  Oral argument set for
                10/30/00 at 2:00. ( Signed by Magistrate Cheryl L. Pollak ,
                on 10/12/00) (endorsed on letter, document #261) (fp)
                [Entry date 10/16/00]

10/17/00 266    Calendar entry: Conference held before Magistrate Pollak on
                10/17/00.  Separate order entered. (ar)
                [Entry date 10/24/00]

10/18/00 262    STIPULATION of Dismissal without prejudice as to dft
                Maverick Arms, Inc. ( Signed by Judge Jack B. Weinstein ,
                dated: 10/10/00) (fp) [Entry date 10/18/00]

10/20/00 263    ORDER setting the following schedule:  motions to dismiss by
                11/6; response by 11/13, replies, by 11/20.  Motion to
                compel discovery by 11/6; response by 11/13l reply by 11/20.
                Argument on motions set fro 11/29/00 at 10:30. Third amended
                complaint by 10/20.  Copies ofconsent form and ECF
                registration mailed to parties.  Faxed to parties on 10.29.
                ( signed by Magistrate Cheryl L. Pollak , on 10.18.00) (jag)
                [Entry date 10/20/00] [Edit date 10/20/00]

10/20/00 264    LETTER dated 10/20/00 from Elisa Barnes  to Clerk:  Elisa
                Barnes now with firm of McHugh & Barnes. This docket and
                99CV7037 updated. (jag) [Entry date 10/23/00]

10/23/00 265    LETTER dated 10/20/00 from Kelly A. Reape to ARR:  revised
                briefing scheduling:  deft's respnby by 10/20; pltff's
                reply by 10/27. (jag) [Entry date 10/23/00]

10/25/00 267    THIRD AMENDED COMPLAINT by National Association, National
                Spinal Cord as to all deft's, (Answer due 10/15/99 )
                amending [243-1] amended complaint No summons issued. (rj)
                [Entry date 10/25/00]

10/25/00 268    LETTER   dated 10/20/2000 from Elisa Barnes  to Clerk of
                the Court firm name change. (rj) [Entry date 10/25/00]

10/25/00 269    ORDER, substituting attorney terminated attorney Daniel J.
                O'Neill for Walther GmbH Added Thomas P. Battistoni (
                signed by Judge Jack B. Weinstein , on 10/22/00) c/m (fp)

Docket as of November 1, 2002 7:50 pm              Page 52

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

[Entry date 10/25/00]

10/25/00 270    LETTER   dated 10/13/00 from Elisa Barnes  to Mag. Pollak,
                presenting pltff's position on the contested discovery
                issues. (fp) [Entry date 10/25/00]

10/27/00 271    NOTICE that Balber Pickard Battistoni Maldonado & Van Der
                Tuin has been substituted as attorney of record for Carl
                Walther GmbH. (fp) [Entry date 10/30/00]

10/27/00 275    Calendar entry: Before Judge Weinstein for a Hearing on
                STI's Motion for Dismissal of the Complaint. Motion argued.
                [253-1] motion to dismiss is denied. (fp)
                [Entry date 11/06/00]

10/30/00 272    LETTER   dated 10/25/00 from Elisa Barnes  to Mag. Pollak
                and Defense Counsel, advising that pltff National Spinal
                Cord Injury Association will not be voluntarily dismissed
                from this action. (fp) [Entry date 10/30/00]

10/30/00 274    Calendar entry: Before Mag. Pollak on 10/30/00 for a
                Conference.  Oral argument on ATF motion.  Parties to
                confer and report to the court on 11/29 at 10:00. (fp)
                [Entry date 11/02/00]

10/31/00 273    ANSWER by Taurus International Manufacturing to Third
                Amended Complaint (fp) [Entry date 11/02/00]

11/6/00  276     MOTION by Olympic Arms, Inc., Safari Arms, Inc., Sgw
                Enterprises, Inc to dismiss, Motion hearing [276-1]
                motion (fp) [Entry date 11/08/00]

11/6/00  277    NOTICE of Dismissal by plaintiffs against dft Saielo, Inc.
                (fp) [Entry date 11/08/00]

11/6/00  278     MOTION by National Association, National Spinal Cord to
                compel discovery. Motion hearing [278-1] motion (fp)
                [Entry date 11/08/00]

11/6/00  279     MOTION by Excel Industries to dismiss, Motion hearing
                [279-1] motion set for 11/29/00 at 10:30 (fp)
                [Entry date 11/08/00]

11/6/00  280     MOTION by Weatherby, Inc. to dismiss the third amended
                complaint. Motion hearing [280-1] motion (fp)
                [Entry date 11/08/00]

11/6/00  281    MEMORANDUM OF LAW by Weatherby, Inc.  in support of [280-1]
                motion to dismiss the third amended complaint (fp)
                [Entry date 11/08/00]

11/6/00  282    Rule 56.1 Statement(formerly Rule 3(g) by Weatherby, Inc.
                re: [280-1] motion to dismiss the third amended complaint
                (fp) [Entry date 11/08/00]

Docket as of November 1, 2002 7:50 pm            Page 53

Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

11/6/00  283    AFFIDAVIT of Douglas C. Conroy  Re: In support of [280-1]
                motion to dismiss the third amended complaint (fp)

[Entry date 11/08/00]

11/6/00   284    ANSWER by Forjas Taurus, S.A. to third amended complaint (fp)
                 [Entry date 11/08/00]

11/6/00   285    ANSWER by Taurus Holdings, Inc to third amended complaint
                 (fp) [Entry date 11/08/00]

11/6/00   286    ANSWER by Heritage Manufacturic to third amended complaint
                 (fp) [Entry date 11/08/00]

11/6/00   287    ANSWER by Braztech Internation to third amended complaint
                 (fp) [Entry date 11/08/00]

11/6/00   288    ANSWER by Rossi, S.A. to third amended complaint (fp)
                 [Entry date 11/08/00]

11/6/00   293    MEMORANDUM OF LAW by Walther GmbH  in support of [292-1]
                 cross motion to dismiss the second amended complaint, and
                 in opposition to [259-1] motion for an order striking the
                 affirmative defense of of personal jurisdiction from the
                 answers of dft Fabrica D'Armi Pietro Beretta SpA and
                 Walther GmbH (fp) [Entry date 11/08/00]

11/7/00   289    CROSS MOTION by Fabrica D'Armi Pietr to dismiss, Motion
                 hearing [289-1] cross motion set for 11/29/00 at 10:00 (fp)
                 [Entry date 11/08/00]

11/7/00   290    MEMORANDUM OF LAW by Fabrica D'Armi Pietr  in opposition to
                 [259-1] motion for an order striking the affirmative
                 defense of of personal jurisdiction from the answers of dft
                 Fabrica D'Armi Pietro Beretta SpA and Walther GmbH and in
                 support of [289-1] cross motion to dismiss (fp)
                 [Entry date 11/08/00]

11/7/00   291    Declaration of Victor Genecin Re: In opposition to [259-1]
                 motion for an order striking the affirmative defense of
                 lack of personal jurisdiction from the answers of dft
                 Fabrica D'Armi Pietro Beretta SpA and Walther GmbH, in
                 support of [289-1] cross motion to dismiss (fp)
                 [Entry date 11/08/00]

11/7/00   292    CROSS MOTION by Walther GmbH to dismiss the second amended
                 complaint, Motion hearing [292-1] cross motion set for
                 11/29/00 at 10:30 (fp) [Entry date 11/08/00]

11/7/00   294    LETTER   dated 11/6/00 from Kevin G. Donoghue  to Court,
                 encloisng dft's motion to compel on behalf of all dfts. (fp)
                 [Entry date 11/08/00]


Docket as of November 1, 2002 7:50 pm                    Page 54

Proceedings include all events.                                      MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al     ECF

11/7/00   295    MOTION by all Defendant's to compel pltffs to comply with
                 dft's discovery requests, Motion hearing [295-1] motion (fp)
                 [Entry date 11/08/00]

11/7/00   296    Exhibits to Dfts Motion to Compel. (fp)
                 [Entry date 11/08/00]

```
11/7/00  297    LETTER   dated 11/6/00 from Kevin Donoghue  to Judge
                Weinstein, enclosing a courtesy copy of dft's motion to
                compel. (fp) [Entry date 11/08/00]

11/7/00  298     MOTION by Cz Usa to dismiss the third amended complaint,
                Motion hearing [298-1] motion set for 11/29/00 at 10:30 (fp)
                [Entry date 11/08/00]

11/7/00  299    MEMORANDUM OF LAW by Cz Usa  in support of [298-1] motion
                to dismiss the third amended complaint (fp)
                [Entry date 11/08/00]

11/7/00  300    AFFIDAVIT of Thomas E. Healy Re: In support of [298-1]
                motion to dismiss the third amended complaint (fp)
                [Entry date 11/08/00]

11/7/00  301    AFFIDAVIT of Josef Jares Re: In support of [298-1] motion
                to dismiss the third amended complaint (fp)
                [Entry date 11/08/00]

11/8/00  --     Endorsed order, dft's motion to compel is respectfully
                referred to Mag. Judge. ( Signed by Judge Jack B. Weinstein
                , on 11/7/00) (endorsed on letter, document #297) (fp)
                [Entry date 11/08/00]

11/8/00  --     Motion(s) referred: [295-1] motion to compel pltffs to
                comply with dft's discovery requests referred  to
                Magistrate Cheryl L. Pollak  ( signed by Judge Jack B.
                Weinstein 11/7/00 ) (fp) [Entry date 11/08/00]

11/9/00  302    LETTER   dated 11/3/00 from Alyssa M. Horvath  to Mag.
                Pollak, dft Mauser Weke Oberndorf Waffnysteme Gmbh request
                an extension to serve motion papers seeking dismissal. (fp)
                [Entry date 11/09/00]

11/9/00  --     Endorsed order, dispute resolved in accordance with parties
                agreement. ( Signed by Magistrate Cheryl L. Pollak , on
                11/6/00) (endorsed on letter, document #302) (fp)
                [Entry date 11/09/00]

11/9/00  303    LETTER   dated 11/3/00 from Monica Connell  to Mag. Pollak,
                pltff's request that the court deny the request by dft
                Mauser Weke Obendorf Waffnsysteme, Gmbh for a two extension
                to file the motion to dismiss. (fp) [Entry date 11/09/00]

11/13/00 304    ECF Consent filed by Thomas E. Healy, Esq., counsel for Cz
                Usa.  [Mr. Healy's ECF Registration was enclosed.] (tv)
```

Docket as of November 1, 2002 7:50 pm                 Page 55

Proceedings include all events.                                   MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

```
                [Entry date 11/13/00]

11/13/00 305    ECF Consent filed by Michael Zomcik, Esq., counsel for
                defendant Phoenix Arms, Inc.  [Mr. Zomcik's ECF
                Registration was enclosed.] (tv) [Entry date 11/13/00]

11/14/00 308    MEMORANDUM by National Association, National Spinal Cord
                in opposition to dft's motion to compel discovery
                responses. (fp) [Entry date 11/16/00]
```

11/15/00 309    AFFIDAVIT of Service by Monica Connell by mail on 11/3/00
                upon all counsel of record Re: (1) Pltff's memorandum of
                law in support of pltff's motion to strike and in
                opposition to the motions to dismiss for lack of personal
                jurisdiction by dfts Fabbrica D'Armi Pietro Beretta, SpA
                and Walther GmbH; (2) Certification of Monica Connell in
                support of Motion and in opposition to cross motion (3)
                pltffs unified opposition to motions to dismiss as de
                minimis for lack of personal jurisdiction (fp)
                [Entry date 11/16/00]

11/15/00 310    MEMORANDUM OF LAW by National Association, National Spinal
                Cord in support of of pltff's motion to strike the
                affirmative defense of lack of personal jurisdiction and in
                opposition to the motions to dismiss by dfts Fabrica D'Armi
                Pietro Beretta, SpA and Walther, GmbH (fp)
                [Entry date 11/17/00]

11/15/00 311    Certificate of Monica Connell Re: In opposition to the
                motions to dismiss by various defendants. (fp)
                [Entry date 11/17/00]

11/15/00 312    Certification of Monica Connell Re: In support of pltff's
                motion to strike the affirmative defense of lack of
                personal jurisdiction interposed by dft Fabbrica D'Armi
                Pietro Beretta and Walther, GmbH and in opposition to their
                cross motions for dismissal. (fp) [Entry date 11/17/00]

11/16/00 306    LETTER  dated 11/10/00 from Timothy A. Bumann  to Mag.
                Pollak, advising that the two interrogatories previously
                omitted from dft's motion to compel are set forth in the
                enclosed correspondnce addressed to Elisa Barnes dated
                10/5/00. (fp) [Entry date 11/16/00]

11/16/00 307    LETTER  dated 11/10/00 from Elisa Barnes  to Mag. Pollak,
                advising that pltffs are not able to address in writing the
                issues raised by Mr. Bumann in his letter of this afternoon
                and counsel will be prepared to discuss them orally on
                11/29. (fp) [Entry date 11/16/00]

11/16/00 313    ANSWER by Olympic Arms, Inc., Safari Arms, Inc., Sgw
                Enterprises, Inc to third amended complaint; jury demand (fp)
                [Entry date 11/17/00]


Docket as of November 1, 2002 7:50 pm          Page 56

Proceedings include all events.                          MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al       ECF

11/16/00 347    ANSWER by Olympic Arms, Inc., Safari Arms, Inc., Sgw
                Enterprises, Inc to third amended complaint (fp)
                [Entry date 11/29/00]

11/17/00 314    LETTER  dated 11/17/00 from Thomas E. Healy  to Clerk,
                attaching the original and copy of dft CZ-USA, Inc. and
                Ceska Zbrojovka answer to pltff's third amended complaint.
                (fp) [Entry date 11/20/00]

11/17/00 315    ANSWER by Cz Usa, Inc. to third amended complaint; jury
                demand (fp) [Entry date 11/20/00]

11/17/00 316    ANSWER by Walther GmbH to third amended complaint; jury

```
                       demand (fp) [Entry date 11/20/00]

11/17/00 317    FIRS AMENDED ANSWER by Colt's Manufacturing to amended
                complaint; jury demand (fp) [Entry date 11/22/00]

11/17/00 318    ANSWER by Navy Arms Company to third amended complaint;
                jury demand (fp) [Entry date 11/22/00]

11/17/00 319    ANSWER by Smith & Wesson Corpo to third amended complaint;
                jury demand (fp) [Entry date 11/22/00]

11/17/00 320    ANSWER by Sturm, Ruger & Compa to third amended complaint;
                jury demand (fp) [Entry date 11/27/00]

11/17/00 321    ANSWER by Ceska Zbrojovka to third amended complaint; jury
                demand (fp) [Entry date 11/27/00]

11/20/00 322    REPLY MEMORANDUM OF LAW by Weatherby, Inc.  in support of
                Motion for Summary Judgment. (fp) [Entry date 11/27/00]

11/20/00 323    REPLY AFFIRMATION by E. Gordon Haesloop Re: In reply to
                pltff's opposition to dft Olympic's Motion to Dismiss as de
                minimis. (fp) [Entry date 11/27/00]

11/20/00 324    REPLY by Excel Industries  in to opposition to motion to
                dismiss on de minimis and lack of Minimum Contact Grounds;
                Declaration of William J. Kohout; Supplemental Declaration
                of Steven A. Silver. (fp) [Entry date 11/27/00]

11/20/00 325    ANSWER by Weatherby, Inc. to third amended complaint; jury
                demand (fp) [Entry date 11/27/00]

11/21/00 326    ANSWER by Fabrica D'Armi Pietr to third amended complaint
                (fp) [Entry date 11/27/00]

11/21/00 327    Disclosure of interested parties by Fabrica D'Armi Pietr (fp)
                [Entry date 11/27/00]

11/21/00 328    REPLY MEMORANDUM OF LAW by Walther GmbH  in support of its
                cross motion to dismiss for lack of personal and subject
                matter jurisdiction (fp) [Entry date 11/27/00]


Docket as of November 1, 2002 7:50 pm                Page 57

Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al      ECF


11/21/00 329    ANSWER by dft's represented by John F. Renzulli to third
                amended complaint; jury demand (see document for details)
                (fp) [Entry date 11/27/00]

11/21/00 336    REPLY MEMORANDUM by National Association, National Spinal
                Cord in support of [278-1] motion to compel discovery (fp)
                [Entry date 11/27/00]

11/21/00 337    ANSWER by Phoenix Arms, Inc. to third amended complaint;
                jury demand (fp) [Entry date 11/27/00]

11/21/00 338    ANSWER by Sigarms, Inc. to third amended complaint; jury
                demand (fp) [Entry date 11/27/00]

11/21/00 339    ANSWER by Sigarms/Sauer to third amended complaint; jury
```

                    demand (fp) [Entry date 11/27/00]

11/21/00 340    ANSWER by Hammerli Ltd. to third amended complaint; jury
                demand (fp) [Entry date 11/27/00]

11/21/00 350    ANSWER by Heckler & Koch, Inc. to third amended complaint
                (fp) [Entry date 12/05/00]

11/22/00 330     MOTION by Mauser Weke Oberndor for summary judgment,
                Motion hearing [330-1] motion hearing set for 11/29/00 at
                10:30 (fp) [Entry date 11/27/00]

11/22/00 331    MEMORANDUM OF LAW by Mauser Weke Oberndor  in support of
                [330-1] motion for summary judgment (fp)
                [Entry date 11/27/00]

11/22/00 332    Rule 56.1 Statement(formerly Rule 3(g) by Mauser Weke
                Oberndor re: [330-1] motion for summary judgment (fp)
                [Entry date 11/27/00]

11/22/00 333    REPLY MEMORANDUM OF LAW by Mauser Weke Oberndor  in support
                [330-1] motion for summary judgment (fp)
                [Entry date 11/27/00]

11/22/00 334    REPLY AFFIDAVIT of Leslie F. Ruff  Re: In support of
                [330-1] motion for summary judgment (fp)
                [Entry date 11/27/00]

11/22/00 335    AFFIDAVIT of Leslie F. Ruff  Re: In support of [330-1]
                motion for summary judgment (fp) [Entry date 11/27/00]

11/22/00 342    REPLY MEMORANDUM OF LAW by Cz Usa  in further support of
                [298-1] motion to dismiss the third amended complaint (fp)
                [Entry date 11/28/00]

11/22/00 343    RESPONSE by Defendant's to pltff's opposition to the motion
                to compel. (fp) [Entry date 11/28/00]


Docket as of November 1, 2002 7:50 pm                    Page 58

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al        ECF

11/23/00 341    ANSWER by American Arms, Inc. to third amended complaint (fp)
                [Entry date 11/27/00]

11/27/00 344    REPLY MEMORANDUM OF LAW by Fabrica D'Armi Pietr  in further
                support of [289-1] cross motion to dismiss (fp)
                [Entry date 11/28/00]

11/27/00 345    SUPPLEMENTAL DECLARATION of Victor Genecin Re: In support
                of Fabbrica d'Armi Pietro Beretta, S.p.A. [289-1] cross
                motion to dismiss (fp) [Entry date 11/28/00]

11/29/00 346    LETTER   dated 11/27/00 from Thomas P. Battistoni  to Mag.
                Pollak, requesting that the motions relating to Carl
                Walther GmbH be placed at the end of the scheduled
                proceedings on wednesday morning. (fp) [Entry date 11/29/00]

11/29/00 --     Endorsed order, request to place motions relating to Carl
                Walther GmbH at the end of the scheduled proceedings on
                wednesday morning is granted. ( Signed by Magistrate Cheryl

```
                    L. Pollak , on 11/27/00) (endorsed on letter, document
                    #346) (fp) [Entry date 11/29/00]

11/29/00 353        Calendar entry: Before Mag. Pollak on 11/29/00 for a
                    Conference.  ATF given until 1/15 to do computer runs;
                    Pltffs given until 1/22 to review results and report to
                    court.  Pltff to serve discovery requests, re: Walther by
                    12/8.  Responses due 1/18; Pltff's to notify court by 1/15,
                    Re: depositions.  Dfts who wish to re-raise jurisdictional
                    motions to submit letter by 12/15 advising court of intent
                    to make motion and to supply any information on which they
                    reoly.  Dfts to move by 1/15; Pltffs response due 2/15;
                    reply 2/23; pltffs to conduct discovery (if any) prior &
                    2/15.  Distributions response to class certification motion
                    due 1/29.  Pltff's reply due 2/23 (fp) [Entry date 12/08/00]

11/29/00 358        Before Judge Weinstein- Case called for Motion Hearing.
                    Court Reporter: D. Pereira. Counsel for all sides present.
                    Motion for dismissal argued. Order to be submitted by
                    Court. Other decision on the record. (mrl)
                    [Entry date 12/12/00]

12/1/00  348        ECF Consent by Excel Industries (cnb) [Entry date 12/01/00]

12/1/00  349        TRANSCRIPT of conference before Magistrate Pollak filed for
                    for dates of 11/29/00.  Court reporters: Sheldon Silverman
                    and Burton Sulzer. (ar) [Entry date 12/01/00]

12/4/00  352        LETTER  dated 12/4/00 from James V. Marks  to Mag. Pollak,
                    attaching a copy of the letter to Mr. Silverman requesting
                    that he correct a mistake that appears in the transcript of
                    the 11/29/00 hearing before the court. (fp)
                    [Entry date 12/08/00]


Docket as of November 1, 2002 7:50 pm           Page 59

Proceedings include all events.                            MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al        ECF

12/5/00  351        LETTER   dated 11/27/00 from Thomas P. Battistoni  to Mag.
                    Pollak, requesting that the motions relating to Carl
                    Walther GmbH be placed at the end of the scheduled
                    proceedings on wednesday morning. (fp) [Entry date 12/05/00]

12/7/00  354        RETURN OF SERVICE executed 11/30/00 as to Leinan, Inc and
                    Saeilo, Inc (3RD AMENDED COMPLAINT) (fp)
                    [Entry date 12/08/00]

12/7/00  355        ANSWER to Complaint by Sylvia Daniel. (mrl)
                    [Entry date 12/12/00]

12/8/00  356        ANSWER to Complaint by Heckler & Koch, Inc. (mrl)
                    [Entry date 12/12/00]

12/8/00  357        ANSWER to Complaint by American Arms, Inc.; jury demand.
                    (mrl) [Entry date 12/12/00]

12/11/00 359        ANSWER by Excel Industries to third amended complaint; jury
                    demand (fp) [Entry date 12/13/00]

12/14/00 --         AMENDED ORDER signed by Judge Jack B. Weinstein on 12/7/00.
                    Motions to dismiss by Bond Arms, Freedom Arms, Mauser,
```

        Olympic Arms, Savage Arms, and Weatherby are granted.
        Motions by Carl Walther, CZ-USA, Excel, and Fabbrica d'Armi
        are denied. (this is doc. #26 in 99cv7037) (ar)
        [Entry date 12/14/00]

12/15/00 370    MOTION by Emco, Inc. for R. Kent Henslee, Christie D.
        Knowles to appear pro hac vice  Fee #: $50.00   Receipt #:
        240969, Motion hearing [370-1] motion (fp)
        [Entry date 01/17/01]

12/15/00 371    AFFIDAVIT of R. Kent Henslee  Re: In support of [370-1]
        motion for R. Kent Henslee, Christie D. Knowles to appear
        pro hac vice Fee #: $50.00 Receipt #: 240969 (fp)
        [Entry date 01/17/01]

12/15/00 372    AFFIDAVIT of Christina D. Knowles  Re: In support of
        [370-1] motion for R. Kent Henslee, Christie D. Knowles to
        appear pro hac vice Fee #: $50.00 Receipt #: 240969 (fp)
        [Entry date 01/17/01]

12/18/00 362    RETURN OF SERVICE executed 12/8/00 as to Emco, Inc.
        (AMENDED SUMMONS & THIRD AMENDED COMPLAINT) (fp)
        [Entry date 12/20/00]

12/20/00 360    LETTER  dated 12/15/00 from Robert L. Joyce  to Mag.
        Pollak, advising that SIG Arms Haemmerli, AG intends to
        move to dismiss on de minimus grounds. (fp)
        [Entry date 12/20/00]


Docket as of November 1, 2002 7:50 pm        Page 60

Proceedings include all events.                MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

12/20/00 361    LETTER  dated 12/15/00 from John S. Kanzler  to Mag.
        Pollak, advising that American Derringer will move to
        dismiss on the ground of lack of personal jurisdiction. (fp)
        [Entry date 12/20/00]

12/20/00 364    ANSWER by Leinad, Inc. to third amended complaint (fp)
        [Entry date 12/27/00]

12/27/00 363    LETTER, dated 12/6/00, from Monica Connell to W.H. Conner
        enclosing a copy of the transcript from the 11/29/00
        hearing before Judge Weinstein and a copy of M.J. Pollak's
        scheduling order. (vjf) [Entry date 12/27/00]

12/27/00 365    STIPULATION of Dismissal by pltffs without prejudice as to
        dft H&R 1871, Inc. ( Signed by Judge Jack B. Weinstein ,
        dated: 12/15/00) c/m (fp) [Entry date 12/27/00]

1/2/01  366    LETTER  dated 11/20/00 from John Kanzler  to Mag. Pollak,
        in further support of Savage Arms, Inc's Motion to Dismiss
        as De Minimis (fp) [Entry date 01/02/01]

1/2/01  367    LETTER  dated 11/20/00 from John S. Kanzler  to Mag.
        Pollak, in further support of Bond Arms Motion to Dismiss
        as De Minimis. (fp) [Entry date 01/02/01]

1/2/01  368    LETTER  dated 11/20/00 from John S. Kanzler  to Mag.
        Pollak, in further support of Freedom Arms Motion to
        Dismiss as De Minimis (fp) [Entry date 01/02/01]

```
1/5/01   373      MOTION by North American Arms for Bradley T. Beckman to
                  appear pro hac vice  Fee #: 25.00   Receipt #: 241176,
                  Motion hearing [373-1] motion (fp) [Entry date 01/17/01]

1/11/01  369      RENEWED MOTION by Sti International to dismiss on de
                  minimis grounds. Motion hearing [369-1] motion (fp)
                  [Entry date 01/12/01]

1/11/01  375      LETTER  dated 1/2/01 from W.H. Connor  to Judge Weinstein,
                  requesting that the court consider the Renewed Motion by
                  STI International, Inc. to Dismiss on De Minimus Grounds.
                  (fp) [Entry date 01/17/01]

1/16/01  377      MOTION by Emco, Inc. to dismiss, Motion hearing [377-1]
                  motion (fp) [Entry date 01/22/01]

1/17/01  --       Endorsed order granting [370-1] motion for R. Kent Henslee,
                  Christie D. Knowles to appear pro hac vice  Fee #: $50.00
                  Receipt #: 240969 ( Signed by Judge Jack B. Weinstein ,
                  on 12/28/00) (endorsed on motion, document #370) (fp)
                  [Entry date 01/17/01]

1/17/01  374      ORDER  granting [373-1] motion for Bradley T. Beckman to
                  appear pro hac vice  Fee #: 25.00   Receipt #: 241176 (
                  signed by Judge Jack B. Weinstein ,  on 1/5/01) (fp)


Docket as of November 1, 2002 7:50 pm            Page 61

Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al        ECF

                  [Entry date 01/17/01]

1/17/01  --       Endorsed order, set for argument by telephone when papers
                  are completed. ( Signed by Judge Jack B. Weinstein , on
                  1/8/01) (endorsed on letter, document #375) (fp)
                  [Entry date 01/17/01]

1/18/01  378      RESPONSE by National Association, National Spinal Cord  in
                  opposition to STI's [369-1] motion to dismiss on de minimis
                  grounds (fp) [Entry date 01/24/01]

1/19/01  376      ECF Consent filed by Joel M. Cohen, counsel for defendant
                  Smith & Wesson Corporation. (tv) [Entry date 01/19/01]

1/24/01  382      Second Amended Summons Served.  (No English Translations)
                  (see attachments) (fp) [Entry date 02/05/01]

1/25/01  379      LETTER  dated 1/12/01 from Elisa Barnes  to Mag. Pollak,
                  pltffs request an adjournment of time to provide the court
                  with a list of persons to be deposed until 1/29/00. (fp)
                  [Entry date 01/25/01]

1/25/01  --       Endorsed order, pltff's request for an adjournment of time
                  to provide the court with a list of persons to be deposed
                  until 1/29/00 is Granted. ( Signed by Magistrate Cheryl L.
                  Pollak , on 1/16/01) (endorsed on letter, document #379) (fp)
                  [Entry date 01/25/01]

2/1/01   380      LETTER  dated 1/25/01 from Thomas P. Battistoni  to Elisa
                  Barnes, advising that Roger Lewis has forwarded the letters
                  dated 1/24/01 to Carl Walther GmbH in Germany and will need
```

```
                    to confer with the client regarding discovery requests. (fp)
                    [Entry date 02/01/01]

2/1/01   381        LETTER   dated 1/24/01 from Elisa Barnes  to Mag. Pollak,
                    requesting that deposition take place in NY or
                    alternatively, at a mutually convenient law office in
                    Springfield Massachussetes where Mr. Pflaumer's company,
                    Walther USA #2 is located.  Also request that the
                    deposition be videotaped. (fp) [Entry date 02/01/01]

2/7/01   383        LETTER   dated 1/12/01 from Elisa Barnes  to Mag. Pollak,
                    requesting that the court set a date for a hearing on the
                    BATF production issue. (fp) [Entry date 02/07/01]

2/7/01   --         Endorsed order, hearing set for 3/9/01 at 9:30. ( Signed by
                    Magistrate Cheryl L. Pollak , ) (endorsed on letter,
                    document #383) (fp) [Entry date 02/07/01]

2/9/01   384        STIPULATION of Dismissal without prejudice by pltff's
                    against dft Howa Machinery Ltd. ( Signed by Judge Jack B.
                    Weinstein , dated: 1/5/01) (fp) [Entry date 02/09/01]


Docket as of November 1, 2002 7:50 pm              Page 62

Proceedings include all events.                                  MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al   ECF

2/12/01  385        STIPULATION of Dismissal Without Prejudice against dft
                    L.A.R. Mfg., Inc. ( Signed by Judge Jack B. Weinstein ,
                    dated: 1/28/01) c/m (fp) [Entry date 02/12/01]

2/12/01  386        ORDER, that unless plaintiff can show cause within 30 days,
                    the claim against Felk Incorporated will be dismissed. (
                    signed by Judge Jack B. Weinstein , on 2/8/01) c/m (fp)
                    [Entry date 02/12/01]

2/12/01  387        ORDER, that the motion to dismiss by dft STI is granted
                    with leave to resubmit should circumstances change. (
                    signed by Judge Jack B. Weinstein , on 2/8/01) c/m (fp)
                    [Entry date 02/12/01]

2/12/01  388        RESPONSE by National Association, National Spinal Cord  in
                    opposition to [369-1] motion to dismiss on de minimis
                    grounds (fp) [Entry date 02/12/01]

2/12/01  --         Endorsed order, STI is dismissed for lack of personal
                    jurisdiction with leave to resubmit should circumstances
                    change. ( Signed by Judge Jack B. Weinstein , on 1/28/01)
                    c/m (endorsed on response in opposition, document #388) (fp)
                    [Entry date 02/12/01]

2/12/01  389        LETTER   dated 1/22/01 from W.H. Connor  to Judge
                    Weinstein, follow up to determine if any further action is
                    needed on counsel's part. (fp) [Entry date 02/12/01]

2/12/01  390        LETTER    dated 1/7/01 from John Lenkey III  to Judge
                    Weinstein, enclosing the reason that Felk Inc. should never
                    have been accused by pltffs. (fp) [Entry date 02/12/01]

2/12/01  --         Endorsed order, unless plainitff can show good cause within
                    30 days the claim against Felk Incorporated will be
                    dismissed. ( Signed by Judge Jack B. Weinstein , on
```

Case 1:99-cv-03999-JBW-CLP   Document 833   Filed 06/14/02   Page 58 of 77 PageID #: 58

             1/12/01) (endorsed on letter, document #390) (fp)
             [Entry date 02/12/01]

2/13/01  391    NOTICE dated 2/9/01 from June P. Lowe, that all pending
             dispositive motions will be placed on the court's calendar
             for 3/6/01 at 10:30. (also docketed in 99 cv 7037) (fp)
             [Entry date 02/13/01]

2/13/01  393    RESPONSE by National Association, National Spinal Cord  in
             opposition to American Derringer [392-1] motion to dismiss
             the action as de minimis (fp) [Entry date 02/15/01]

2/15/01  392    Letter MOTION dated 1/12/01 from John S. Kanzler, attorney
             for American Derringer to Judge Weinstein to dismiss the
             action as de minimis. Motion hearing [392-1] motion (fp)
             [Entry date 02/15/01]


Docket as of November 1, 2002 7:50 pm          Page 63

Proceedings include all events.                       MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al     ECF

2/15/01  --     Endorsed order, pltffs are requested to respond to motion
             to dismiss by American Derringer within 20 days. ( Signed
             by Judge Jack B. Weinstein , on 1/17/01) (endorsed on
             letter motion, document #392) (fp) [Entry date 02/15/01]

2/16/01  394    RESPONSE by National Association, National Spinal Cord  in
             opposition to Felk, Inc's application for dismissal. (fp)
             [Entry date 02/20/01]

2/16/01  395    MOTION by Colt's Manufacturing  Thomas E. Fennell and
             Michael L. Rice to appear pro hac vice, Motion hearing
             [395-1] motion (fp) [Entry date 02/20/01]
             [Edit date 06/07/02]

2/16/01  396    AFFIDAVIT of Thomas E. Healy  Re: In support of [395-1]
             motion Thomas E. Fennell and Michael L. Rice to appear pro
             hac vice (fp) [Entry date 02/20/01]

2/20/01  397    ORDER, granting [395-1] motion  Thomas E. Fennell and
             Michael L. Rice to appear pro hac vice ( signed by Judge
             Jack B. Weinstein ,   on 2/12/01) (ENDORSED ON LETTER DATED
             2/8/01 FROM THOMAS HEALY TO CLERK) (fp)
             [Entry date 02/20/01]

2/23/01  398    LETTER   dated 1/14/00 from John Lenkey, President of Felk
             to Judge Weinstein, requesting to be severed from this
             action. (fp) [Entry date 02/23/01]

2/26/01  400    Evidentiary Submission by Emco, Inc. in support of Motion
             to Dismiss. (fp) [Entry date 02/28/01]

2/27/01  399    MEMORANDUM and ORDER, Dft Felk's Renewed Motion to Dismiss
             is denied with leave to renew after dft has answered
             appropriate interrogatories. ( signed by Judge Jack B.
             Weinstein on 2/21/01) c/m (fp) [Entry date 02/27/01]

3/1/01   401    LETTER   dated 2/23/01 from John Kanzler  to Mag. Pollak,
             confirming that the 3/9/01 discovery conference has been
             rescheduled for 3/7/01 at 2:00. (also docketed in 99 cv
             7037) (fp) [Entry date 03/01/01]

```
3/1/01    --      Endorsed order, the discovery conference has been
                  rescheduled to 3/7/01 at 2:00. ( Signed by Magistrate Cheryl
                  L. Pollak , on 2/23/01) (endorsed on letter, document #401)
                  (also docketed in 99 cv 7037) (fp) [Entry date 03/01/01]
                  [Edit date 03/01/01]

3/1/01    402     NOTICE of attorney appearance for Bryco Arms, B.L. Jennings,
                  Inc. by Brian Heermance (fp) [Entry date 03/02/01]
                  [Edit date 03/02/01]

3/5/01    406     NOTICE of Change of Address by attorney Thomas A. Bumann,
                  at 127 Peachtree Street, N.E., Suite 636, Atlanta, Georgia
                  30301. (This only changes the Suite number from 715 to 636)
```

Docket as of November 1, 2002 7:50 pm                    Page 64

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

```
                  (fp) [Entry date 03/06/01]

3/6/01    403     LETTER  dated 2/23/01 from John S. Kanzler to Judge
                  Weinstein, confirming that the 3/6/01 hearing before Judge
                  Weinstein for all pending dispositive motions has been
                  rescheduled o 3/7/01 at 11:00. (fp) [Entry date 03/06/01]

3/6/01    --      Endorsed order, approved.  The 3/6/01 hearing for all
                  dispositive motions has been scheduled to 3/7/01 at 11:00.
                  ( Signed by Judge Jack B. Weinstein , on 2/26/01) (endorsed
                  on letter, document 403) (fp) [Entry date 03/06/01]

3/6/01    404     LETTER  dated 2/28/01 from Leslie Ruff  to Mag. Pollak,
                  advising that Heckler & Koch, Inc., H&K GmbH's affiliated
                  distributor will be producing all or virtually all the
                  documents available to H&K GmbH responsive to plff's
                  requests.  Also requesting that this matter be discussed at
                  the conference set for 3/7/01. (fp) [Entry date 03/06/01]

3/6/01    --      Endorsed order, the issue will be addressed at the
                  conference on 3/7/01.  ( Signed by Magistrate Cheryl L.
                  Pollak , on 3/1/01) (endorsed on letter, document #404) (fp)
                  [Entry date 03/06/01]

3/6/01    405     STIPULATION Regarding Interim Protective Order, ( signed by
                  Magistrate Cheryl L. Pollak , on 3/1/01) (fp)
                  [Entry date 03/06/01]

3/6/01    409     CERTIFICATE OF SERVICE by Timothy A. Bumann, Re: Forjas
                  Taurus, S.A.'s Responses to pltffs first request for
                  production of documents upon pltff's counsel and all other
                  counsel of record by mail on 3/1/01. (fp)
                  [Entry date 03/08/01]

3/6/01    410     CERTIFICATE OF SERVICE by Timothy A. Bumann, Re: Rossi,
                  S.A.'s Responses to Pltff's first request for production of
                  documents upon pltff's counsel and all other counsel of
                  record by mail on 3/1/01. (fp) [Entry date 03/08/01]

3/6/01    411     CERTIFICATE OF SERVICE by Timothy A. Bumann, Re: Taurus
                  Holdings, Inc.'s responses to pltff's first request for
                  production of documents upon pltff's counsel and all other
                  counsel of record by mail on 3/1/01. (fp)
```

                         [Entry date 03/08/01]

3/6/01    412    CERTIFICATE OF SERVICE by Timothy A. Bumann, Re: Taurus
                 International Manufacturing, Inc's responses to pltff's
                 first request for production of documents upon pltff's
                 counsel and all other counsel of record by mail on 3/1/01.
                 (fp) [Entry date 03/08/01]

3/7/01    407    LETTER dated 2/22/01 from John Lenkey, President of Felk
                 Inc. to Judge Weinstein, requesting that the court execute
                 the dismssal as to Felk Inc. (fp) [Entry date 03/07/01]


Docket as of November 1, 2002 7:50 pm                   Page 65

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF


3/7/01    --     Endorsed order, dft may appear by telephone.  Set for
                 argument.  Settle other arguments in case.  Notify be
                 telephone. ( Signed by Judge Jack B. Weinstein , on 3/5/01)
                 (endorsed on letter, document #407) (fp)
                 [Entry date 03/07/01]

3/8/01    408    LETTER  dated 3/6/01 from Elisa Barnes  to Mag. Pollak,
                 requesting a brief adjournment of the discovery conference
                 scheduled for 3/7/01. (fp) [Entry date 03/08/01]

3/8/01    --     Endorsed order, adjournment granted.  Conference will be
                 rescheduled at a later date.  ( Signed by Magistrate
                 Cheryl L. Pollak , on 3/6/01) (endorsed on letter, document
                 #408) (fp) [Entry date 03/08/01]

3/12/01   413    LETTER  dated 3/8/01 from Elisa Barnes  to Mag. Pollak,
                 requesting an adjournment of the hearing on the motion to
                 compel batf production from 3/9/01 to 4/11/01 at 4:30. (fp)
                 [Entry date 03/12/01]

3/12/01   --     Endorsed order, granting the request to adjourn the motion
                 hearing on the motion to compel batf production to 4/11/01
                 at 4:30. ( Signed by Magistrate Cheryl L. Pollak , on
                 3/8/01) (endorsed on letter, document #413) (fp)
                 [Entry date 03/12/01]

3/16/01   415    AFFIDAVIT of Robert A. Stringer (fp) [Entry date 03/20/01]

3/16/01   417    Calendar entry: Before Judge Weinstein on 3/16/01 for a
                 Motion Hearing for Various Motions.  Motion argued.  Order
                 to be submitted by parties. Decision on the record. (fp)
                 [Entry date 03/26/01]

3/19/01   414    LETTER  dated 3/9/01 from Elisa Barnes  to Defense
                 Counsel, advising that argument on all outstanding
                 dispositive motions have been reassigned to 3/16/01 at
                 10:00. (fp) [Entry date 03/19/01]

3/19/01   --     Endorsed order. Approved.  Argument on all outstanding
                 dispositive motions have been reassigned to 3/16/01 at
                 10:00. ( Signed by Judge Jack B. Weinstein , on 3/18/01)
                 (endorsed on letter, document #414) (fp)
                 [Entry date 03/19/01]

3/23/01   416    LETTER    dated 1/24/01 from Elisa Barnes  to Mag. Pollak,

          pltff's request the deposition of Wulf-Heinz Pflaumer,
          Chairman of the Advisory Board of dft Carl Walther GmbH in
          regard to the personal jurisdiction discovery permitted
          against Carl Walther GmbH. (fp) [Entry date 03/23/01]

Docket as of November 1, 2002 7:50 pm          Page 66

Proceedings include all events.                 MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al   ECF

| 3/23/01 | 418 | ORDER signed by Judge Jack B. Weinstein on 3/16/01. American Derringer Corp.'s motion to dismiss is granted; Felk Inc.'s motion to dismiss is granted; Emco, Inc.'s motion to dismiss is granted on condition that information about the sale of equipment is furnished within ten days. Motion to dismiss by defendant gun distributors for lack of standing is denied. Plaintiff withdrew motion to certify class with leave to renew. The matter is referred to Magistrate for discovery relevant to certification. (ar) [Entry date 03/26/01] |
|---|---|---|
| 3/28/01 | 419 | LETTER dated 3/22/01 from Monica Connell to Judge Weinstein, plff request that the court deny dft Emco's motion to dismiss. (fp) [Entry date 03/28/01] |
| 3/29/01 | 420 | LETTER dated 3/22/01 from Elisa Barnes to John Renzulli, advising counsel that the responses to items 12,13, 15 and 17 have violated the court's order of November 2000. (fp) [Entry date 03/29/01] |
| 3/29/01 | 421 | LETTER dated 3/23/01 from Elisa Barnes to Mag. Pollak, plaintiffs request that the court again order dft's counsel to provide documents and responses to request 12, 13 and 17. (fp) [Entry date 03/29/01] |
| 3/29/01 | 422 | LETTER dated 3/27/01 from John S. Kanzler to Mag. Pollak, counsel advises that they are ready to meet and confer with pltff's counsel prior to the 4/20 hearing. (fp) [Entry date 03/29/01] |
| 3/29/01 | -- | Endorsed order, counsel for the parties are directed to meet and confer on the issues raised in pltff's letter. ( Signed by Magistrate Cheryl L. Pollak , on 3/27/01) (endorsed on letter, documen #422) (fp) [Entry date 03/29/01] |
| 4/2/01 | 423 | MOTION by NAACP to amend their amended complaint to add three new parties. (jag) [Entry date 04/05/01] |
| 4/6/01 | 424 | ORDER, No hearing is required unless dfts seeks it. In the absence of a hearing the [423-1] motion to amend the amended complaint is granted. ( signed by Judge Jack B. Weinstein , on 4/2/01) (ENDORSED ON COPY OF MOTION TO AMEND) (ALSO DOCKETED IN 99 CV 7037) (fp) [Entry date 04/06/01] |
| 4/9/01 | 425 | LETTER dated 3/19/01 from R. Kent Henslee to Elisa Barnes, confirming the argument that Emco, Inc. is no longer in business. (fp) [Entry date 04/09/01] [Edit date 04/09/01] |
| 4/9/01 | 426 | LETTER from R. Kent Henslee to Judge Weinstein to Judge |

Weinstein, requesting that the court enter the dismissal as
to dft Emco, Inc. (fp) [Entry date 04/09/01]


Docket as of November 1, 2002 7:50 pm                    Page 67

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

          [Edit date 04/10/01]

4/10/01  427    LETTER   dated 3/22/01 from Monica A. Connell  to Judge
                Weinstein, pltff's request that the court deny Emco's
                motion to dismiss. (fp) [Entry date 04/10/01]

4/10/01  --     Endorsed order, Motion to Dismiss; Order of Dismissal
                Stayed. ( Signed by Judge Jack B. Weinstein , on 3/23/01)
                c/m (endorsed on letter, document #427) (fp)
                [Entry date 04/10/01]

4/12/01  428    LETTER   dated 4/9/01 from Vincent Lipari  to Mag. Pollak,
                confirming that with pltff's consent, the hearing on
                pltff's motion to compel production of certain ATF
                materials is adjourned to 5/16/01 at 2:00. (fp)
                [Entry date 04/12/01]

4/12/01  --     Endorsed order, the hearing on pltff's motion to compel
                production of certain ATF materials is adjourned to 5/16/01
                at 2:00. ( Signed by Magistrate Cheryl L. Pollak , on
                4/9/01) (endorsed on letter, document #428) (fp)
                [Entry date 04/12/01]


Docket as of November 1, 2002 7:50 pm                    Page 68

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

4/12/01  430    FOURTH AMENDED COMPLAINT by National Association, National
                Spinal Cord , (Answer due 4/22/01 for Emco, Inc., for
                Stoeger Industries, for Braztech Internation, for Ram-Line,
                Inc., for Navy Arms Company, for Import Sports, Inc., for
                Internatio, for BeeMiller, Inc., for Autauga Arms, Inc., for
                Tanfoglio Fratelli S, for Haskell Company, for Glock, Inc.,
                for Glock GmbH, for A.A. Arms, Inc., for American Arms,
                Inc., for American Derringer, for American Firearms, for
                Arcadia Machine, for Arms Technology, Inc, for Astra-star
                C/Lbrra, for Augusta Arms, Inc., for Bond Arms, Inc., for
                Braztech, Inc., for Bersa, S.A., for B.L. Jennings, Inc.,
                for Browning Arms Co., for Bryco Arms, for Calico Light
                Weapon, for Caspian Arms, Ltd., for Century Internationa,
                for Ceska Zbrojovka, for Charco 2000, Inc., for China North
                Industri, for Cobray Firearms, Inc, for Colt's
                Manufacturing, for Cz Usa, for Daewoo Precision Ind, for
                Davis Industries, In, for Desert Mountain Manu, for Eagle
                Imports, for European American Ar, for Excel Industries, for
                Fabrica D'Armi Pietr, for Felk Incorporated, for
                Ferunion/Hungarian, for Fort Worth Arms, for Freedom Arms,
                Inc., for Firearms Internation, for F.M.J., Inc., for
                Grendel, Inc., for Hammerli Ltd., for Harrington & Richard,
                for Haskell, Inc., for Heckler & Koch, GmbH, for Heckler &
                Koch, Inc., for Heritage Manufacturi, for High Standard
                Manufa, for Hi-Point Firearms, for H&R 1871, Inc., for Howa

Machinery Ltd., for Import Sports Corp., for International
Armame, for Israel Military Indu, for K.B.I. Inc., for
Kel-Tec Cnc Industri, for L.A.R. Manufacturing, for Laseraim
Technologie, for Llama Gabilondo Y Ci, for Lorcin
Engineering, for L.W. Seecamp Co., for Magnum Research Inc.,
for Mauser Weke Oberndor, for Maverick Arms, Inc., for
Mitchell Arms, Inc., for Mks Supply, Inc., for Navegar,
Inc., for Navy Arms, Inc., for North American Arms, for
North China Industri, for Olympic Arms, Inc., for
Para-Ordnance Manufa, for Para-Ordnance, Inc., for Phoenix
Arms, Inc., for Quality Arms, Inc., for Quality Firearms,
In, for Quality Firearms Of, for Ram-Line Corp., for Raven
Arms, Inc., for Remington Arms Compa, for Republic Arms, for
Rg Industries, Inc., for Rocky Mountain Arms, for Rohm GmbH,
for Rossi, S.A., for Safari Arms, Inc., for Savage Arms,
Inc., for Sgs Imports Internat, for Sgw Enterprises, Inc,
for Sigarms, Inc., for Sigarms/Sauer, for Smith & Wesson
Corpo, for Sportsmen Of Florida, for Stallard/Maverick, for
Stallard Arms, for Star, Bonifacio Eche, for Sti
International, for Stoeger, Inc., for Sturm, Ruger & Compa,
for Sundance Industries, for S.W. Daniel, Inc., for
Tanfoglio S.r.l., for Taurus Holdings, Inc, for Taurus
International, for Forjas Taurus, S.A., for Thompson/Center
Arms, for Uberti Aldo, for Uberti Usa, Inc., for Ultra Light
Arms, In, for Veba AG, for Walther GmbH, for Weatherby,
Inc., for Bruce Jennings, for Sylvia Daniel, for Wayne
Daniel ) amending [267-1] amended complaint against Walther
USA LLC, Talon Industries, In, Davis Industries (fp)
[Entry date 04/16/01] [Edit date 04/16/01]


Docket as of November 1, 2002 7:50 pm           Page 69

Proceedings include all events.                   MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al      ECF


4/13/01   429      LETTER   dated 4/12/01 from John S. Kanzler   to Judge
                   Weinstein, advising that dfts do not request a hearing on
                   the issue for a motion to amend the complaint. (fp)
                   [Entry date 04/13/01]

4/16/01   431      LETTER   dated 4/11/01 from Monica Connell   to All Defense
                   Counsel, addressing certain outstanding discovery matters
                   which must be addressed prior to the 4/20 conference. (fp)
                   [Entry date 04/16/01]

4/16/01   433      NOTICE of Change of Address by Bradley T. Beckman, to Two
                   Penn Center Plaza, Suite 910, Philadelphia, Pennsylvania
                   19102. (fp) [Entry date 04/18/01]

4/17/01   432      LETTER   dated 4/12/01 from John S. Kanzler   to Judge
                   Weinstein, advising that by stipulation dft's must respond
                   and or answer the amended complaint by 5/7/01. (fp)
                   [Entry date 04/17/01]

4/17/01   --       Endorsed order, dft's must respond to the amended complaint
                   by 5/7/01. ( Signed by Judge Jack B. Weinstein , on
                   4/12/01) (endorsed on letter, document #432) (fp)
                   [Entry date 04/17/01]

4/20/01   441      Calendar entry: Before Mag. Pollak on 4/20/01 for a
                   Conference. See Transcript. (fp) [Entry date 05/22/01]

5/1/01    434    LETTER  dated 4/19/01 from John S. Kanzler  to Mag.
                 Pollak, certain manufacturing dfts suggest that the parties
                 be given time to meet and confer in an attempt to reach an
                 agreement that will result in the submission of a joint
                 proposed protective order. (fp) [Entry date 05/01/01]

5/2/01    438     MOTION by Bryco Arms, B.L. Jennings, Inc. for Robert E.
                 Scott Jr. to appear pro hac vice, Motion hearing [438-1]
                 motion  and (fp) [Entry date 05/17/01]

5/7/01    435    ANSWER by Smith & Wesson Corpo to to Fourth Amended
                 Complaint; jury demand (fp) [Entry date 05/08/01]

5/10/01   436    LETTER  dated 3/23/01 from Elisa Barnes  to Mag. Pollak,
                 pltffs request that the court issue an order that dfts
                 represented by Renzulli & Rutherford immediately comply
                 with the court's order of 11/29/00. (fp)
                 [Entry date 05/10/01]

5/11/01   437    LETTER  dated 5/11/01 from Monica Connell  to Mag. Pollak,
                 memorandum regarding the proposed protective orders. (fp)
                 [Entry date 05/15/01]

5/16/01   440    Calendar entry: Before Mag. Pollak on 5/16/01 for a
                 Conference.  Conference adjourned. (fp)
                 [Entry date 05/22/01]


Docket as of November 1, 2002 7:50 pm                 Page 70

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF


5/17/01   --     Endorsed order granting [438-1] motion for Robert E. Scott
                 Jr. to appear pro hac vice ( Signed by Judge Jack B.
                 Weinstein ,  on 5/4/01) c/m (endorsed on motion, document
                 #438) (fp) [Entry date 05/17/01]

5/21/01   439    LETTER  dated 5/11/01 from Monica Connell  to Mag. Pollak,
                 requesting that pltff's be allowed until next thursday to
                 address the issue of possible discovery against Walther,
                 GmbH by letter to the court. (also docketed in 99 cv 7037)
                 (fp) [Entry date 05/21/01] [Edit date 05/21/01]

5/21/01   --     Endorsed order, pltffs are granted until next thursday to
                 address the issue of possible discovery against Walther,
                 GmbH by letter to the court. ( Signed by Magistrate Cheryl
                 L. Pollak , on 5/16/01) (endorsed on letter, document #439)
                 (also docketed in 99 cv 7037) (fp) [Entry date 05/21/01]

5/21/01   443    ANSWER by Republic Arms to fourth amended complaint; demand
                 for jury trial. (dg) [Entry date 05/24/01]

5/22/01   445    LETTER dated 5/15/01 from J. Joseph Wilder to Judge
                 Weinstein, enclosing the Notice of Motion of Falk & Siemer,
                 LLP and J. Josphe Wilder, Esq. to withdrawal as counsel in
                 the above case. (dg) [Entry date 05/31/01]

5/24/01   442    LETTER  dated 5/21/01 from Christopher Renzulli  to Mag.
                 Pollak, manufacturing dfts request an additional 30 days to
                 comply with the court's discovery rulings outlined during
                 the 4/20/01 status conference. (fp) [Entry date 05/24/01]

```
5/24/01  --      Endorsed order, manufacturing dfts are granted an
                 additional 30 days to comply with the court's discovery
                 rulings outlined during the 4/20/01 status conference. (
                 Signed by Magistrate Cheryl L. Pollak , on 5/21/01)
                 (endorsed on letter, document #442) (fp)
                 [Entry date 05/24/01]

5/24/01  446     LETTER dated 5/22/01 from J. Joseph Wilder to all
                 defendants enclosing an order signed by Judge Weinstein on
                 5/25/01. (ar) [Entry date 06/04/01]

5/31/01  444     NOTICE OF MOTION  form Falk & Siemer, LLp and J. Joseph
                 Wilder, Esq. to withdraw as counsel for deft. Calico Light
                 Weapons Systems, Inc.. (dg) [Entry date 05/31/01]

5/31/01  --      Endorsed order on doc. #445. Casse will deem submitted on
                 5/25. Unless some party objects, The motion to withdraw is
                 granted as of 5/25/01. ( Signed by Judge Jack B. Weinstein
                 , on 5/21/01). (dg) [Entry date 05/31/01]

6/12/01  447     ANSWER by Walther USA LLC to Fourth Amended Complaint jury
                 demand (fp) [Entry date 06/14/01]



Docket as of November 1, 2002 7:50 pm              Page 71

Proceedings include all events.                             MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al       ECF

6/20/01  448     AFFIDAVIT OF SERVICE by Lance K. Tise  Re: [430-1] fourth
                 amended complaint on 4/25/01 upon dft Walther USA (fp)
                 [Entry date 06/20/01]

6/20/01  449     AFFIDAVIT OF SERVICE by Ken Martin  Re: [430-1] fourth
                 amended complaint on 5/4/01 upon Talon Industries, Inc.,
                 Sharon Edwards, Receptionish/Secretary. (fp)
                 [Entry date 06/20/01]

6/20/01  450     AFFIDAVIT OF SERVICE by Juan Hernandez  Re: [430-1] fourth
                 amended complaint on 4/24/01 upon Davis Industries. (fp)
                 [Entry date 06/20/01]

7/6/01   451     LETTER   dated 9/22/00 from Elisa Barnes  to Mag. Pollak,
                 proposing a discovery and motion schedule. (fp)
                 [Entry date 07/06/01]

7/6/01   452     MEMORANDUM by All Manufacturuing dfts in opposition to
                 pltff's motion to compel discovery. (fp)
                 [Entry date 07/06/01]

7/6/01   453     LETTER   dated 10/20/00 from Thomas P. Battistoni  to Judge
                 Weinstein, enclosing a consent to change attorney executed
                 by dft Carl Walther GmbH as its former counsel Walter,
                 Conston, Alexander & Greene, P.C. (fp) [Entry date 07/06/01]

7/6/01   454     LETTER   dated 5/5/00 from John F. Renzulli  to Elisa
                 Barnes, enclosing dft's first set of interrogatories and
                 request for production. (no enclosures) (fp)
                 [Entry date 07/06/01]

7/19/01  455     STIPULATION and ORDER of protection between pltffs'
                 experts, and BATF regarding production of the un-redacted
                 firearms trace database. The [254-1] motion for an order
```

compelling the production of information and documents
requested in a subpoena for documents served on the Bureau
of Alcohol Tobacco and Firearms on 7/5/00 is withdrawn. See
document for all terms, details and conditions. (signed by
Magistrate Cheryl L. Pollak, on 7/13/01) (tl)
[Entry date 07/19/01] [Edit date 07/19/01]

11/27/01 456    LETTER dated 11.16.01 from Leonard Rosenbaum to USMJ Pollak
requesting that the 1.14.02 and 3.04.02 dates presently
scheduled by the Court in the distributors action for
briefing and oral argument, respectively, of defts' motion
for lack of standing (only) be adjourned. (cnb)
[Entry date 11/27/01]

11/27/01 457    LETTER dated 11.19.01 from Elisa Barnes to Counselors
advising that USMJ Pollak has asked that the parties confer
with the Court in a telephone conference on 11.27.01 @ 5:15
p.m. (cnb) [Entry date 11/27/01]


Docket as of November 1, 2002 7:50 pm                    Page 72

Proceedings include all events.                                MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al      ECF

12/7/01 458     ORDER, portions of this order amend the schedule set in the
prior order of this court in NAACP v. AcuSport, dated
10.22.01. Responses to pltff's discovery relating to the
issue of personal jurisdiction in the distributors' action
NAACP v. AcuSport, served on 10.26.01 are due on 12.14.01.
Pltff has agreed to reasonable extensions for those defts
unable to provide responses by 12.14. The previously
scheduled for personal jurisdiction, subject matter
jurisdiction and lack of standing are adjourned w/o date,
pending completion of the initial personal jurisdiction and
standing discovery in both actions. The standing discovery
sought by pltffs in the manufacturers' action, NAACP v.
American Arms, should completed by 1.18.02. By 1.2.02, pltff
is to advise the Court of any irresolvable discovery
problems. (Signed by Magistrate Cheryl L. Pollak, on
11.30.01). (cnb) [Entry date 12/07/01]
[Edit date 12/07/01]

1/9/02   459    LETTER dated 01.02.02 from Elisa Barnes to Magistrate
Pollak requesting a two week adjournment in pltff's time to
provide the Court with notification of the outstanding &
unresolved discovery disputes in the manufacturers' action
until 1/16/02. W/enclosure. (kn) [Entry date 01/09/02]

1/9/02   --     Endorsed order, on document # 459, request granted. (Signed
by Magistrate Cheryl L. Pollak, on 01.07.02). (kn)
[Entry date 01/09/02]

1/22/02  460    (FAXED) LETTER dated 1.15.02 from Elisa Barnes to UMSJ
Pollak requesting the following motion and briefing
schedule: Pltffs' submission of motions to compel by
2.13.02; Defts' oppositions by 3.15.02; Pltff's reply by
3.29.02. (cnb) [Entry date 01/22/02]

1/22/02  --     Endorsed order, on document # 460, request granted. (Signed
by Magistrate Cheryl L. Pollak, on 1.15.02). (cnb)
[Entry date 01/22/02]

2/13/02  461    ORDER, a conference has been scheduled for 5.1.02 @ 1:30
                p.m. to replace the March 4 conference. (Signed by
                Magistrate Cheryl L. Pollak, on 2.12.02). [Endorsed on
                letter, dated 2.11.02, from Elisa Barnes to USMJ Pollak].
                {w/attachments}. (cnb) [Entry date 02/13/02]
                [Edit date 02/13/02]

2/19/02  475    MOTION by the National Association For The Advancement of
                Colored People & The National Spinal Cord Injury
                Association for an order compelling certain defts. to
                permit inspection and copying of docs. and to present reps.
                for depositions. Motion hearing set for 5.01.02. Motion
                file stamped: 2.19.02. {w/attached Certification of Elisa
                Barnes and Exhibits A-J}. (cnb) [Entry date 05/02/02]


Docket as of November 1, 2002 7:50 pm              Page 73

Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al      ECF

2/25/02  462    (FAXED) UNSIGNED PROPOSED ORDER, which memorializes the
                amended discovery and motion schedule established at the
                telephone conference with the parties in both cases on
                11.27.01. w/attached service list. (cnb)
                [Entry date 02/25/02]

3/15/02  464    RESPONSE by Carl Walther, GmbH, to pltff's motion to
                compel. {w/attached exhibits A-C}. *Forwarded to USMJ
                Pollak. (cnb) [Entry date 03/19/02]

3/18/02  463    MEMORANDUM by Smith & Wesson Corp. in opposition to pltffs'
                motion to compel the inspection of documents. *Forwarded to
                June Lowe. (cnb) [Entry date 03/18/02]

3/18/02  465    RESPONSE by Forjas Taurus, S.A., Taurus International,
                Taurus Holdings, Inc, Heritage Manufacturing & Braztech to
                motion to compel of certain defts. *Forwarded to June Lowe.
                (cnb) [Entry date 03/19/02]

3/18/02  466    DEFENDANTS' Cz Usa, Inc., and Ceska Zbrojovka, A.S.'S
                certification in opposition to pltff's motion to compel.
                {w/attached exhibits A-F}. *Forwarded to June Lowe. (cnb)
                [Entry date 03/19/02]

3/26/02  467    LETTER dated 3.20.02 from Elisa Barnes to USDJ Weinstein &
                USMJ Pollak advising of a change of address & telephone/fax
                numbers. Docket sheet updated. (cnb) [Entry date 03/26/02]

3/27/02  468    Notice of Address change from Chambers for Elisa Barnes,
                Counsel for Pltff. New address is: 111 Broadway, 4th Floor,
                New York, New York 10006. Phone #: 212-693-2330; fax #:
                212-693-2334. (mjv) [Entry date 03/27/02]

4/10/02  469    ORDER: the attorneys for all parties shall appear at 11:00
                a.m. on 5.02.02 to set a schedule for completing
                preparation for trial, & to fix trial dates. (Signed by
                Judge Jack B. Weinstein, on 5.02.02). C/M from Chambers.
                (cnb) [Entry date 04/15/02]

4/10/02  470    Amended Disclosure of interested parties by Smith & Wesson
                Corporation. (tj) [Entry date 04/18/02]

| 4/23/02 | 471 | LETTER dated 4.15.02 from Elisa Barnes to Counselors enclosing notices from Judge Weinstein's Chambers setting down conferences in certain matters for 5.02.02 @ 11 a.m. {w/enclosures}. (cnb) [Entry date 04/23/02] |
|---|---|---|
| 4/26/02 | 473 | B.L. Jennings, Inc.'s Amended Responses to Plaintiff's First Request for Production of Documents. [Forwarded to June Lowe]. (cnb) [Entry date 04/30/02] |
| 4/26/02 | 474 | Bryco Arms' Amended Responses to Plaintiff's First Request For Production of Documents. [*Forwarded to June Lowe] (cnb) [Entry date 04/30/02] |

Docket as of November 1, 2002 7:50 pm                    Page 74

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al      ECF

| 4/29/02 | -- | TENTATIVE ORDER to help structure discussions & supplement the undersigned's general pretrial order dated 4.10.02. (Signed by Judge Jack B. Weinstein, on 4.25.02). C/M from Chambers. [SEE: civil case no. 99-cv-7037, document # 198, for further details] (cnb) [Entry date 05/02/02] |
|---|---|---|
| 4/30/02 | 472 | LETTER dated 4.22.02 from Elisa Barnes to Mr. LiPari advising of the agreement to adjourn oral argument in pltff's motion to compel production of complete BATF records to 5.17.02 @ 9:30 a.m. & that BATF's opposition papers be provided to her by 5.10.02. (cnb) [Entry date 04/30/02] |
| 5/2/02 | 476 | (FAXED) LETTER dated 4.30.02 from Leonard Rosenbaum to USDJ Weinstein, o/b/o the manufacturind defts., requesting that the court dismiss certain cases & outlining the status of other cases. (cnb) [Entry date 05/02/02] |
| 5/2/02 | 477 | (FAXED) LETTER dated 4.30.02 from David Ross to USDJ Weinstein advising that the Distributors agree that the Prosper, Garena, Harris and Sweeting cases should be dismissed. Also, requesting permission to oppose reinstatement on a more formal basis should Your Honor proceed with this cases notwithstanding the positions as otherwise stated in the Manufactures' letter to the court. (cnb) [Entry date 05/02/02] |
| 5/2/02 | 478 | (FAXED) LETTER dated 4.30.02 from Elisa Barnes to USDJ Weinstein summarizing the status of various gun cases pending before this court and outlining pltffs' theories and proof. (cnb) [Entry date 05/02/02] |
| 5/2/02 | -- | Calendar entry: Before USDJ Weinstein on 5.02.02 at 11:00 a.m. case called for status conference held. Counsel for all sides present. Case marked ready for trial on 11.18.02 for cv-99-7037. Rulings on the record. Stay is continued as to cv-00-3641. SEE: civil case no. 97-cv-2730, doc. # 63, for further details. (cnb) [Entry date 05/10/02] |
| 5/6/02 | 479 | (FAXED) LETTER dated 4.29.02 from R. Kent Henslee to USMJ Pollak enclosing a Joint Motion to Dismiss the Deft., Emco, Inc. {w/enclosed Joint Motion to Dismiss and unsigned order}. (cnb) [Entry date 05/06/02] |

```
5/6/02    480    (FAXED) LETTER dated 5.02.02 from Elisa Barnes to
                 Counselors advising that the argument and determination of
                 pltff's motion to compel BATF production is scheduled for
                 5.23.02 @ 10:00 a.m. before USDJ Weinstein. Also, inquiring
                 as to whether additional time is necessary to complete
                 their opposition. (cnb) [Entry date 05/06/02]



Docket as of November 1, 2002 7:50 pm               Page 75

Proceedings include all events.                             MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

5/6/02    --     LETTER dated 5.02.02 from Elisa Barnes to USDJ Weinstein
                 enclosing pltff's motion and letter of 4.60.02 enclosing
                 the recent decision of the Court of Appeals for the Seventh
                 Circuit. (Annexed to doc. # 480) (cnb) [Entry date 05/06/02]

5/9/02    481    LETTER dated 4.29.02 from Elisa Barnes to USMJ Pollak
                 enclosing a copy of the Seventh Circuit's decision in City
                 of Chicago v. BATF. {w/o enclosure}. (cnb)
                 [Entry date 05/09/02]

5/9/02    482    ORDER: Taurus Intl. is ordered to meet and confer with
                 plaintiffs' counsel after producing full and complete
                 responses to pltffs' discovery requests on or before
                 5.10.02. Pltff's are directed to provide responses to
                 defts' requests and meet and confer on any disputes. To the
                 extent that any issues remain outstanding, the parties
                 shall appear before this court on 5.31 @ 12:30 a.m. (So
                 Ordered: Magistrate Cheryl L. Pollak, on 5.08.02). C/F by
                 Chambers on 5.08.02. [Endorsed on letter, dated 5.07.02,
                 from Elisa Barnes to USMJ Pollak] {w/attachments} (cnb)
                 [Entry date 05/09/02]

5/9/02    483    (FAXED) LETTER dated 5.08.02 from Timothy A. Bumann to
                 Magistrate Pollak enclosing a copy of the document log of
                 documents transmitted to the plaintiffs. {w/enclosures} (cnb)
                 [Entry date 05/09/02]

5/9/02    484    (FAXED) LETTER dated 5.08.02 from Timothy A. Burmann to
                 Elisa Barnes proposing that the interrogatory answers and
                 documents be received by his office on or before 5.13.02 and
                 that they meet and confer on the 15th. If necessary, the
                 motion to be compelled will be served on 5.21. Her response
                 can be served by fax on the 28th and his reply on 5.30.02.
                 (cnb) [Entry date 05/09/02] [Edit date 06/28/02]

5/10/02   --     TRANSCRIPT of conference before USDJ Weinstein filed for
                 date of 5.02.02. Counsel for all sides present. Official
                 C/R: Mickey Brymer. SEE: civil case no. 97-cv-2730,
                 document # 62, for further details. (cnb)
                 [Entry date 05/10/02]

5/10/02   485    LETTER dated 5.07.02 from Elisa Barnes to Magistrate Pollak
                 requesting that the Court order the deft. Taurus
                 International Manuf. Inc. to produce a marketing and sales
                 employee with knowledge of the documents maintained
                 regarding sales and marketing at deft. Taurus for
                 deposition during the first week in June. {w/attachments}
                 (cnb) [Entry date 05/10/02]

5/10/02   525    NOTICE OF MOTION to admit counsel pro hac vice of Michael
```

                Zomick. Fee #: 25.00; Receipt #: 262026. No motion
                hearing set. Motion file stamped: 5.10.02. {w/attached
                affidavit in support & additional docs.} (cnb)
                [Entry date 06/18/02]


Docket as of November 1, 2002 7:50 pm          Page 76

Proceedings include all events.                   MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al     ECF


5/20/02   486     TRANSCRIPT of proceedings before USMJ Cheryl Pollak filed
                 for date of 5.02.02. Counsel for all sides present. C/R:
                 Marsha Diamond. (cnb) [Entry date 05/20/02]

5/21/02   487     ORDER the schedule for responses and depositions is as
                 follows: responses from defts on all items not previously
                 responded to by 6.17.02; depositions of defts, by
                 videotape, starting 7/8 and continuing through the summer.
                 (Signed by Magistrate Cheryl L. Pollak, undated). [Endorsed
                 on faxed letter dated, 5.14.02, from Elisa Barnes to USDJ
                 Weinstein]. C/F-ch on 5.15.02. (cnb) [Entry date 05/21/02]

5/21/02   488     (FAXED) LETTER dated 5.15.02 from Timothy Bumann to Elisa
                 Barnes advising that he still plans on presenting his
                 papers for hearing on 5.31.02, as ordered. (cnb)
                 [Entry date 05/21/02]

5/21/02   495     Notice of MOTION by Elisa Barnes, counsel for NAACP, for
                 reinstatement of claims against Bruce Jennings. Motion
                 hearing set for 5.23.02 @ 10:00 a.m. Motion file stamped:
                 5.21.02. (cnb) [Entry date 06/07/02]
                 [Edit date 06/07/02]

5/21/02   --      MEMORANDUM by Elisa Barnes, counsel for the NAACP, in
                 support of pltff's application to vacate the order of this
                 court dismissing claims against Bruce Jennings, personally.
                 [w/attached certificates of services, and exhibits A-G].
                 [Annexed to doc. #495]. (cnb) [Entry date 06/07/02]

5/21/02   496     NOTICE of MOTION by Elisa Barnes, counsel for pltff NAACP,
                 to consolidate and joinder of additional claims. Motion
                 hearing set for 5.23.02 @ 10:00 a.m. Motion file stamped:
                 5.21.02. {w/attached memorandum in support & exhibit A}.
                 (cnb) [Entry date 06/07/02] [Edit date 06/07/02]

5/22/02   489     (FAXED) LETTER dated 5.15.02 from Leonard Rosenbaum, o/b/o
                 manufacturer defts, to Magistrate Pollak requesting
                 clarification of Your Honor's "so order" of plaintiffs'
                 letter to the Court dated 5.14.02. {w/attachments}. (cnb)
                 [Entry date 05/22/02]

5/22/02   490     LETTER dated 5.15.02 from Elisa Barnes to USMJ Pollak in
                 response to Mr. Rosenbaum's complaining about the need to
                 discuss objections before submitting reponses. (cnb)
                 [Entry date 05/22/02]

5/22/02   491     LETTER dated 5.21.02 from James Dorr to Ms. Barnes
                 confirming that she will not be available on any of the
                 dates (5/29, 6/5, 6/7) that were proposed for the
                 deposition of Sturm, Ruger. (cnb) [Entry date 05/23/02]

Docket as of November 1, 2002 7:50 pm            Page 77

Proceedings include all events.                                   MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

5/22/02  497    MEMORANDUM by Attys for the deft. Smith & Wesson Corp., and
                for the purposes of this opposition only, for other
                manufacturer defts., in opposition to the [496-1] motion to
                consolidate and joinder of additional claims. {w/attached
                exhibit A & additional attachments}. (cnb)
                [Entry date 06/07/02] [Edit date 06/07/02]

5/23/02  494    Calendar entry: before USDJ Weinstein on 5.23.02 @ 11:30
                a.m. case called for various relief motion hearing. For
                pltff.: Elisa Barnes et al. For deft.: David Gross et al.
                Counsel for all sides present. Motion argued. Decision on
                the record. Dispositive motions will be heard 8.30.02. (cnb)
                [Entry date 06/05/02]

5/23/02  524    STIPULATION of discontinuance on behalf of the National
                Spinal Cord Injury Association. (So Ordered: Judge Jack B.
                Weinstein, dated: 5.23.02). (cnb) [Entry date 06/18/02]

5/24/02  498    (FAXED) LETTER dated 5.23.02 from Timothy Bumann to
                Magistrate Pollak requesting that discovery issues with
                pltffs be adjourned from 5.31. (cnb) [Entry date 06/07/02]

5/28/02  492    (FAXED) LETTER dated 5.22.02 from Elisa Barnes to USDJ
                Weinstein requesting that this Court vacate the Stipulation
                and Order of Protection and order BATF to produce all data
                pltff requested immediately. (cnb) [Entry date 05/28/02]

5/28/02  499    NOTICE of Change of Address & tel. nos. for Steven Silver.
                New info.: The Law Offices of Steven Silver, 83 E. Harrison
                Ave., Porterville, CA 93257-3700. Tel.: 559-788-2906. Fax:
                559-788-2909. *w/attached service list. {Docket sheet
                updated}. (cnb) [Entry date 06/07/02]

5/30/02  500    ORDER, approving confirmation that the undersigned will be
                available on 6.27.02 @ 11:00 a.m. to argue the de minimus
                motions @ 11:00 a.m. (Signed by Judge Jack B. Weinstein, on
                5.20.02). [Endorsed on letter, dated 5.15.02, from
                Christopher M. Chiafullo to Ms. Lowe]. (cnb)
                [Entry date 06/07/02]

5/30/02  526    ORDER, granting Michael J. Zomick admission to practice
                pro hac vice. (Signed by Judge Jack B. Weinstein, on
                5.26.02). C/M-CH (cnb) [Entry date 06/18/02]

5/31/02  493    TRANSCRIPT of civil cause for status conference before
                Magistrate Pollak on 10/17/02. Henri LeGendre Court
                Reporter. (aman) [Entry date 05/31/02]

5/31/02  512    AFFIDAVIT by Susan M. Perlinski, for the [506-1] letter
                moving for an order dismissing the pltff's Third Amended
                Complaint. (cnb) [Entry date 06/12/02]


Docket as of November 1, 2002 7:50 pm            Page 78

Proceedings include all events.                                   MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF

6/3/02   502   BUREAU of Alcohol, Tobacco and Firearms' memorandum of law,
               by Vincent Lipari, in opposition to plffs' motion for an
               order compelling disclosure of firearms trace database.
               *Returned to June Lowe. (cnb) [Entry date 06/07/02]
               [Edit date 06/07/02]

6/3/02   503   BUREAU of Alcohol, Tobacco and Firearms' exhibit binder in
               opposition to plffs' motion for an order compelling
               disclosure of firearms trace database. [w/attached exhibits
               A-I] *Returned to June Lowe. (cnb) [Entry date 06/07/02]

6/4/02   504   NOTICE of Motion, by Elisa Barnes, for production of
               documents. Motion hearing set for 5.01.02 @ 1:30 p.m.
               Motion file stamped: 6.04.02. {w/attached memorandum in
               support, exhibits A-B, affidavits of Lucy Allen & Gerald
               Nunziato}. *Returned to June Lowe. (cnb)
               [Entry date 06/07/02]

6/5/02   505   NOTICE of MOTION by Brian Bender, counsel for Warehouse 610,
               to dismiss this action for lack of personal jurisdiction.
               Motion hearing set for 6.27.02 @ 9:30 a.m. Motion file
               stamped: 6.05.02. {w/attached affirmation in support &
               exhibits A-F}. (cnb) [Entry date 06/07/02]
               [Edit date 06/07/02]

6/5/02   514   MEMORANDUM, by Brian Bender, in support of Warehouse 610's
               [505-1] motion to dismiss this action for lack of personal
               jurisdiction. *Returned to June Lowe. (cnb)
               [Entry date 06/12/02]

6/7/02   501   LETTER dated 5.31.02 from Elisa Barnes to USMJ Pollak
               enclosing copies of various discovery decisions in Hamilton
               v. Accu-tek. {w/o encl.} (cnb) [Entry date 06/07/02]

6/10/02  506   LETTER dated 5.31.02 from Richard Leamy, Jr. to USDJ
               Weinstein advising that deft. DB Riley's Inc. moves for an
               order dismissing the pltff's Third Amended Complaint on the
               basis of lack of personal jurisdiction as to Riley's.
               {w/attached exhibits A-E}. *Returned to June Lowe. (cnb)
               [Entry date 06/10/02]

6/10/02  507   ORDER: defts are directed to confer with counsel for ATF to
               agree upon & execute a stipulation to be filed on or before
               6.11.02. If the parties cannot resolve this issue counsel
               are directed to contact this court for a conference.
               (Signed by Magistrate Cheryl L. Pollak, on 6.05.02).
               [Endorsed on faxed letter, dated 6.05.02, from Vincent
               Lipari to USMJ Pollak]. C/F-CH 6.05.02. (cnb)
               [Entry date 06/10/02]

6/10/02  513   NOTICE of Service, by Robert Scott, Jr. counsel for Bryco
               Arms, Inc. for certain docs. o/b/o B.L. Jennings, Inc. and
               Bryco Arms. *NOTE: see document for detailed list. (cnb)
               [Entry date 06/12/02] [Edit date 06/12/02]

Docket as of November 1, 2002 7:50 pm                Page 79

Proceedings include all events.                                    MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al    ECF


6/10/02  532   ECF Consent by Alan Mansfield, counsel for Smith & Wesson

Case 1:99-cv-03999-JBW-CLP    Document 833    Filed 06/14/02    Page 73 of 77 PageID #: 72

```
                    Corp. *CC Terry Vaughn. (cnb) [Entry date 06/21/02]

6/10/02   533       ECF Consent by Joel M. Cohen, counsel for Smith & Wesson
                    Corp. *CC Terry Vaughn. (cnb) [Entry date 06/21/02]

6/10/02   540       ECF Consent by David G. Tobias, counsel for defts Riley's
                    Inc. and Faber Brothers, Inc. Note: parties are related to
                    civil action case no.: 99-cv-7037. *CC Terry Vaughn. (cnb)
                    [Entry date 06/25/02]

6/11/02   510       CARL WALTHER, GMBH'S First set of Interrogatories to
                    plaintiff NAACP. *Forwarded to June Lowe. (cnb)
                    [Entry date 06/12/02]

6/11/02   511       CARL WALTHER, GMBH'S first set of requests for admissions
                    and requests for production of documents to pltff NAACP.
                    *Forwarded to June Lowe. (cnb) [Entry date 06/12/02]
                    [Edit date 07/12/02]

6/12/02   508       ORDER: the request for an adjournment of the 8.30.02 date
                    for dispositive motions is respectfully referred to the
                    magistrate judge for decision. (Signed by Judge Jack B.
                    Weinstein, on 6.10.02). [w/attachments]. {Endorsed on
                    letter, dated 6.07.02, from Elisa Barnes to USDJ Weinstein}.
                    *Returned to June Lowe. (cnb) [Entry date 06/12/02]
                    [Edit date 06/12/02]

6/12/02   509       ORDER, granting the ATF's & defendants' request for an
                    extension of time from 6.11.02 to 6.18.02 to submit the
                    stipulation & order of protection. (Signed by Magistrate
                    Cheryl L. Pollak, on 6.10.02). C/F-CH 6.10.02. [Endorsed on
                    faxed letter, dated 6.10.02, from Vincent Lipari to USMJ
                    Pollak]. (cnb) [Entry date 06/12/02]

6/12/02   515       LETTER dated 6.06.02 from James P. Dorr to Ms. Barnes
                    confirming their conversation in which she advised him that
                    she has elected not to take the deposition of a Ruger
                    witness on the limited issues ordered by USMJ Pollak on
                    5.01.02. (cnb) [Entry date 06/12/02]

6/12/02   516       LETTER dated 6.07.02 from James P. Tenney to USMJ Pollak
                    advising that pltff's counsel has agreed to w/draw pltff's
                    sanctions application against Jerry's w/respect to service
                    issues. (cnb) [Entry date 06/12/02]

6/12/02   517       LETTER dated 6.07.02 from Elisa Barnes to USMJ Pollak
                    enclosing subpoenas for police records for four NAACP
                    members in this action. {w/o encl.} (cnb)
                    [Entry date 06/12/02]



Docket as of November 1, 2002 7:50 pm                Page 80

Proceedings include all events.                                   MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al   ECF

6/12/02   518       ORDER ADMITTING COUNSEL pro hac vice. Mark R. Hall is
                    admitted pro hac vice to the Bar of this Court for the
                    purposes of appearance & participation in this action.
                    (Signed by Judge Jack B. Weinstein, on 5.31.02). C/M-CH.
                    (cnb) [Entry date 06/12/02]

6/12/02   523       ORDER: all papers in this case shall be filed
```

electronically and each party is directed to obtain and
file the necessary ECF consent & registration forms. Mr.
Gross is appointed as defense liaison to confer
w/co-counsel and counsel for pltffs. All depositions are to
be limited to 7 hours. Pltffs' responses to defts'
outstanding discovery requests are due by 6.07.02. Those
defts who have not served discovery requests shall do so by
6.07.02. Pltffs' responses are due 6.21.02. The
manufacturer defts and those distributor defts who are not
contesting personal jurisdiction shall serve their
responses to pltffs' discovery requests by 6.07.02. All
other defts shall serve responses to pltffs' discovery
requests by 6.17.02. All fact discovery, including
depositions of fact witnesses, shall be completed by
7.19.02. Pltffs' expert discovery is due 7.26.02. Defts'
expert dicovery is due 8.16.02. Expert depositions shall be
completed by 8.23.02. Motions for summary judgment to be
fully briefed prior to oral argument on 8.30.02. To the
extent that defts intend to file motions contesting
standing prior to 8.30.02, the parties are directed to
propose a briefing schedule. Pltffs' counsel is directed to
provide copies of this Court's prior orders re: discovery
to those defts who were not parties in the Hamilton action.
If any of those defts wish to raise objections not
previously considerd by the Court, they are directed to
file such objections on or before 6.05.02. Pltffs'
responses are due 6.07.02. (Signed by Magistrate Cheryl L.
Pollak, on 6.03.02). *SEE: doc. for further details. (cnb)
[Entry date 06/18/02]

6/13/02  539    ECF Consent by James V. Marks, counsel for Heckler & Koch,
                Inc. *CC Terry Vaughn. (cnb) [Entry date 06/25/02]


Docket as of November 1, 2002 7:50 pm                 Page 81

Proceedings include all events.                               MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al       ECF

6/14/02  519    REVISED ORDER: pltffs' responses to defts' outstanding
                discovery requests are due by 6.07.02. Defts who have not
                served discovery requests shall do so by 6.07.02. Pltffs'
                responses are due 6.21.02. The manufacturer defts and those
                distributor defts who are not contesting personal
                jurisdiction shall serve their responses to pltffs'
                discovery requests by 6.07.02. All other defts shall serve
                responses to pltffs' discovery requests by 6.17.02. All
                fact discovery, including depositions of fact witnesses,
                shall be completed by 8.30.02. Pltffs' expert discovery is
                due 9.09.02. Defts' expert discovery is due 10.14.02.
                Expert depositions shall be completed by 10.23.02. Motions
                for summary judgment to be fully briefed prior to oral
                argument on 10.31.02. With respect to the motion for
                summary judgment, defts' motion papers are to be served and
                filed on 10.11.02; pltffs' opposition papers are due on
                10.23.02; defts' reply papers are due 10.29.02, with oral
                argument on 10.31.02. (So Ordered: by Magistrate Cheryl L.
                Pollak, on 6.12.02). C/M-CH (cnb) [Entry date 06/14/02]

6/14/02  528    STIPULATION of discontinuance on behalf of the National
                Spinal Cord Injury Association, w/o prejudice and w/o costs
                to either party as against the other. (Signed by Judge Jack
                B. Weinstein, dated: 6.13.02). C/M-CH {w/attached letter}.

                        (cnb) [Entry date 06/19/02]

6/17/02   520    LETTER dated 6.13.02 from Elisa Barnes to USMJ Pollak
                 enclosing subpoenas for emergency medical services, medical
                 treatment, and medical examiner reports for four NAACP
                 members. {w/o encl.} (cnb) [Entry date 06/17/02]

6/17/02   521    MOTIONS for protective orders of B.L. Jennings, Inc.,
                 Bryco Arms, Inc., Bruce Jennings and Janice Jennings. No
                 Motion hearing set. Motion file stamped: 6.17.02.
                 {w/attached memorandum in support}. *Forwarded to USMJ
                 Pollak. (cnb) [Entry date 06/17/02]

6/17/02   535    Calendar entry: Before USMJ Pollak on 6.17.02 case called
                 for telephone conference. Bryco and Jennings to notify
                 court & counsel whether they will produce witnesses in N.Y.
                 or pay costs of counsel to fly to California. (cnb)
                 [Entry date 06/21/02]

6/18/02   522    LETTER dated 6.07.02 from Elisa Barnes to USDJ Weinstein
                 seeking clarification and proposing a slightly amended
                 schedule for motions and concomitantly discovery, per the
                 6.03.02 order of USMJ Pollak. {w/attachments}. (cnb)
                 [Entry date 06/18/02]


Docket as of November 1, 2002 7:50 pm              Page 82

Proceedings include all events.                              MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al        ECF

6/18/02   529    MEMORANDUM of Law by Elisa Barnes, counsel for the National
                 Association of the Advancement of Colored People, in
                 opposition to motions to dismiss by certain defts on the
                 grounds of lack of personal jurisdiction and de minimis
                 participation in the market. {w/attached exhibit A &
                 additional docs.} (cnb) [Entry date 06/19/02]

6/18/02   530    ORDER, granting Michael Bransia admission to practice pro
                 hac vice. (Signed by Judge Jack B. Weinstein, on 6.17.02).
                 {w/attachments}. (cnb) [Entry date 06/21/02]

6/19/02   527    (FAXED) LETTER dated 6.18.02 from Robert Scott to Ms. Barnes
                 advising that he will produce Bruce Jennings and Janice
                 Jennings in NY for their depositions on an alternate date to
                 be scheduled. (cnb) [Entry date 06/19/02]
                 [Edit date 06/19/02]

6/19/02   534    ECF Consent by Thomas E. Healy, counsel for Cz Usa,
                 co-counsel for Colt's Manufacturing, counsel for Ceska
                 Zbrojovka, & co-counsel for Excel Industries. *CC Terry
                 Vaughn. (cnb) [Entry date 06/21/02]

6/24/02   536    ORDERED that all depositions be conducted in New York.
                 (Signed by Magistrate Cheryl L. Pollak, on 6.20.02). (cnb)
                 [Entry date 06/24/02]

6/24/02   537    ORDER, granting defts an extension of time until 7.01.02
                 to file a stipulation and order of protection with the
                 court. (Signed by Magistrate Cheryl L. Pollak, on
                 6.21.02). [Endorsed on letter, dated 6.21.02, from Leonard
                 Rosenbaum to USMJ Pollak]. (cnb) [Entry date 06/24/02]

```
6/24/02  538    MEMORANDUM by Elisa Barnes, counsel for the National
                Association for the Advancement of Colored People, in
                opposition to [521-1] motion for protective orders  and to
                vacate deposition notices for B.L. Jennings, Inc., Bryco
                Arms, Inc., Bruce Jennings and Janice Jennings.
                {w/attachments}. (cnb) [Entry date 06/24/02]
                [Edit date 06/24/02]

6/24/02  542    TRANSCRIPT of civil cause before USMJ Pollak for conference
                filed for date of 5.31.02. Counsel for all sides present.
                C/T: Elizabeth Barron. (cnb) [Entry date 06/26/02]

6/24/02  --     LETTER/REPLY memorandum by Richard Leamy, Jr. in support
                of Riley's motion to dismiss for lack of personal
                jurisdiction. {w/attachments}. SEE: civil case no.
                99-cv-7037, doc. # 224, for further details. (cnb)
                [Entry date 06/26/02]

6/24/02  543    LETTER/REPLY, by David R. Gross, to plaintiff's opposition
                to certain distributor-defts' motion to dismiss for lack of
                personal jurisdiction under CPLR 302 (De Minimis).
                *Returned to June Lowe. (cnb) [Entry date 06/26/02]


Docket as of November 1, 2002 7:50 pm          Page 83

Proceedings include all events.                          MOTREF
1:99cv3999 National Association, et al v. A.A. Arms, Inc., et al      ECF


6/26/02  541    NOTICE of motion by Elisa Barnes, counsel for plaintiff
                NAACP, for a protective order. (cnb) [Entry date 06/26/02]

6/26/02  --     Endorsed order, on document # 541. Defts wishing to respond
                shall do so on or before 7.01.02. Pltff's time to respond
                to outstanding discovery requests is extended pending a
                ruling on the motion. (Signed by Magistrate Cheryl L.
                Pollak, on 6.25.02). (cnb) [Entry date 06/26/02]

6/26/02  544    (FAXED) LETTER dated 6.21.02 from Timothy Burmann to Elisa
                Barnes confirming that the Taurus depositions are not going
                forward until 7.02 & 03, 02, in Ft. Lauderdale. (cnb)
                [Entry date 06/26/02]

6/26/02  545    ORDER, the parties are directed to work out a schedule for
                depositions w/in the time frames previously discussed.
                Otherwise, this court will set the schedule. (Signed by
                Magistrate Cheryl L. Pollak, on 6.24.02). C/F-CH. [Endorsed
                on faxed letter, dated 6.21.02, from Elisa Barnes to
                Counselors]. (cnb) [Entry date 06/26/02]

6/26/02  546    (FAXED) LETTER dated 6.24.02 from Robert E. Scott to Elisa
                Barnes advising that Bruce Jennings & Janice Jennings will
                be available for their depositions on 7/18-19. Additional
                dates are 7/22-23 & 7/25-26. (cnb) [Entry date 06/26/02]

6/26/02  547    ECF Consent by Jeffrey S. Nelson, and Tina M Schaefer, both
                counsel for Smith & Wesson Corp. *CC Terry Vaughn. (cnb)
                [Entry date 06/26/02]

6/27/02  548    MAIL RETURNED: revised order signed by USMJ Pollak on
                6.12.02 was returned on 6.27.02. Addressed to: Charles L.
                Coleman III, 44 Montgomery Street, Suite 4050, San
                Francisco, CA 94104. Returned w/notations: "Moved, not
```

Case 1:99-cv-03999-JBW-CLP    Document 833    Filed 06/14/02    Page 77 of 77 PageID #: 77

```
                           forwardable." *Forwarded to June Lowe. (cnb)
                           [Entry date 06/27/02]

6/28/02  --        Case selected for Electronic Case Filing (ECF)  all further
                           proceedings will be entered on ECF docket. Please refer to
                           www.nyed.uscourts.gov.  Per chambers. (tv)
                           [Entry date 06/28/02]

10/31/02 549       LETTER dated 10/29/02 from Donald G. McGrath to Magistrate
                           Pollak and Robert C. Heinemann, Clerk of Court informing
                           that the firm, McGrath & Polvino, PLLC, never appeared in
                           this case, therefore, would like to be removed, along with
                           Falk & Siemer LLP, from the distribution lists. (aman)
                           [Entry date 11/01/02]

[END OF DOCKET: 1:99cv3999]

 1:99cv3999              11/01/02                 U.S. District Court for the Eastern
```