**MANDATE**

E.D.N.Y.
99-cv-3999
99-cv-7037
Weinstein, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 3RD day of August Two Thousand and Four,

Present:

Hon. John M. Walker, Jr.,
  *Chief Judge,*
Hon. Barrington D. Parker, Jr.,
Hon. Richard C. Wesley,
  *Circuit Judges.*

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ AUG 3 0 2004 ★

[Second Circuit stamp: FILED AUG 0 3 2004, Roseann B. MacKechnie, Clerk]

---

National Association for the Advancement of Colored People, Inc.,

  Plaintiff-Appellee,

v.                                          03-9354-cv

A.A. Arms, Inc.., *et al.,*

  Defendants-Appellants,

---

The Appellee moves to dismiss the appeal. The Appellants move for summary disposition, requesting this Court to vacate the "unnecessary findings" within the district court's July 2003 order. Upon due consideration, it is ORDERED that the motion to dismiss is granted. *Allstate Ins. Co., v. A.A. McNamara & Sons, Inc.*, 1 F.3d 133, 137 (2d Cir. 1993); *In re DES Litig.*, 7 F.3d 20, 23-25 (2d Cir. 1993). It is FURTHER ORDERED that the motion for summary disposition is denied as moot.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *[signature: Lucille Carr]*

SAOAT

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature: Satisha Gibbs]*
DEPUTY CLERK

CERTIFIED 8/25/04